FILED
BEVERLY WILSON, DISTRICT CLERK
LEON COUNTY, TEXAS
06-04-18
JUN 04 2018
BY Ballard

CAUSE NO. O-10-498

| | | |
|---|---|---|
| RIPPY OIL COMPANY, RIPPY INTEREST LLC, THE GENECOV GROUP, INC., AND JOHN D. PROCTOR,<br>　　　　*Plaintiffs*, | § § § § § § | IN THE DISTRICT COURT OF |
| VS. | § § | LEON COUNTY, TEXAS |
| KNIGHT OIL TOOLS, INC. AND PIONEER DRILLING COMPANY,<br>　　　　*Defendants*. | § § § § | 278TH JUDICIAL DISTRICT |

## FINAL JUDGMENT

BE IT REMEMBERED that on the 1st day of May 2018, came on to be heard the above-entitled and numbered cause for trial, with due and proper notice to all parties, and came Plaintiff Rippy Oil Company ("Plaintiff"), by and through its attorneys of record, and announced ready for trial, and came Defendants Knight Oil Tool, Inc. and Pioneer Drilling Co., by and through their attorneys of record, and announced ready for trial.

A jury of twelve (12) good and lawful citizens of Leon County was duly qualified, selected, impaneled, and sworn. The case proceeded to trial and the parties presented their evidence.

At the conclusion of the evidence, the Court submitted the questions of fact to the jury. The jury returned and announced its verdict in open Court in the presence of the parties and their counsel. The verdict was by ten jurors who together concurred in and agreed to the answers to all required questions and who signed their names to the verdict. There being no objection, the Court thereafter accepted the verdict and ordered same duly filed. The charge of the Court and the verdict of the jury are incorporated herein for all purposes by reference.

**EXHIBIT E**

Based on the pleadings, the evidence, the jury verdict, and the stipulations of the parties, the Court finds that Plaintiff is entitled to recover from Defendant Knight Oil Tools, Inc. as follows.

It is ORDERED, ADJUDGED and DECREED that Plaintiff Rippy Oil Company have and recover $5,900,000.00 in past damages from Defendant Knight Oil Tools, Inc., less the amount of Defendant Knight Oil Tools' counterclaim of $361,356.87, for a net recovery of $5,538,643.13. Additionally, the Court awards prejudgment interest on these past damages in the amount of $2,056,885.14 through June 1, 2017 and an additional $758.72 per day until the day before this final judgment is signed.

IT IS FURTHER ORDERED that this judgment will bear interest at the rate of 5.00%, compounded annually, from the date of this judgment until paid.

All costs of court spent or incurred in this cause are adjudged against Defendant.

All writs and processes for the enforcement and collection of this judgment or court costs may issue as necessary. All relief requested in this case and not expressly granted is denied. This judgment finally disposes of all parties and claims and is appealable.

SIGNED this ___4___ day of June 2018.

_____
THE HONORABLE HAL R. RIDLEY
JUDGE PRESIDING

APPROVED AS TO SUBSTANCE AND FORM:

| LAW OFFICE OF KENNETH TEKELL, SR. PLLC | HERRICK & ASSOCIATES, P.C. |

By: _____
Kenneth Tekell
State Bar No.
ktekell@balagiatekell.com
1221 McKinney, Suite 3200
Houston, TX 77010
(713) 654-5191

By: _____
David P. Herrick
State Bar No. 00785957
dherrick@herrickassociates.com
18111 Preston Road, Suite 480
Dallas, TX 75252
(214) 303-1258
(214) 303-1257 (Fax)

THE KRIST LAW FIRM, P.C.

DAVID HAMMIT LLC

By: _____
Ronald D. Krist
State Bar No. 11727000
psteele@kristlaw.com
The Krist Building
17100 El Camino Real
Houston, TX 77058
(281) 283-8500
(281) 488-3489 (Fax)

By: _____
David Hammit
State Bar No. 08857660
david@hammitlaw.com
109 South Madison Street
Madisonville, TX 77864
(936) 349-1600
(936) 349-0505 (Fax)

BECK REDDEN LLP

By: _____
David M. Gunn
State Bar No. 08621600
dgunn@beckredden.com
John S. Adcock
State Bar No. 00790206
jadcock@beckredden.com
1221 McKinney, Suite 4500
Houston, TX 77010
(713) 951-3700
(713) 951-3720 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

**APPROVED AS TO FORM ONLY:**

DONATO, MINX, BROWN & POOL, P.C.

By: _____
Randy Donato
State Bar No. 05973300
rdonato@donatominxbrown.com
James T. Sunosky
State Bar No. 24033372
jsunosky@donatominxbrown.com
3200 Southwest Freeway, Suite 2300
Houston, TX 77027
(713) 877-1112
(713) 877-1138 (Fax)


WRIGHT CLOSE & BARGER, LLP


By: _____
Jessica Z. Barger
State Bar No. 24032706
barger@wrightclosebarger.com
One Riverway, Suite 2200
Houston, TX 77056
(713) 572-4321
(713) 572-4320 (Fax)

**ATTORNEYS FOR DEFENDANTS**

4