

# COURT OF APPEALS
### TENTH DISTRICT OF TEXAS

November 10, 2021

No. 10-18-00284-CV

## KNIGHT OIL TOOLS, INC.

v.

## RIPPY OIL COMPANY, RIPPY INTEREST LLC, THE GENECOV GROUP, INC., AND JOHN D. PROCTOR

From the 278th District Court
Leon County, Texas
Trial Court No. O-10-498

## JUDGMENT

    This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly, the trial court's judgment signed on June 4, 2018, is affirmed.

    It is further ordered that Rippy Oil Company, is awarded judgment against Knight Oil Tools, Inc. for Rippy Oil Company's appellate costs that were paid, if any, by Rippy Oil Company; and all unpaid appellate court costs, if any, are taxed against Knight Oil Tools, Inc.

    A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.

PER CURIAM

**Nita Whitener**, Clerk

*Kim Wernet*
By: Kim Wernet, Deputy Clerk

**EXHIBIT I**