**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY)** | * * * * | **CIVIL ACTION NO.** |
| | * | **JUDGE** |
| **VERSUS** | * * | |
| | * | **MAGISTRATE** |
| **KNIGHT OIL TOOLS, INC.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CORPORATE DISCLOSURE STATEMENT**

AIG Specialty Insurance Company is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation.

Respectfully Submitted,

*s/ Robert I. Siegel*
ROBERT I. SIEGEL (#10263)
ALISTAIR M. WARD (#24693)
**GIEGER, LABORDE & LAPEROUSE, LLC**
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile:    (504) 561-1011
E-mail: rsiegel@glllaw.com
E-mail: award@glllaw.com
*Attorneys for AIG Specialty Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December 2021, I electronically filed this **Corporate Disclosure Statement** with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding.

*s/ Robert I. Siegel*
ROBERT I. SIEGEL