UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY) | § § § § § | CIVIL ACTION NO. 6:21-CV-04191-RRS CBW<br><br>JUDGE ROBERT R SUMMERHAYS |
| VS. | § § | MAGISTRATE CAROL B WHITEHURST |
| KNIGHT OIL TOOLS, INC. | § § § | (ORAL ARGUMENT REQUESTED) |

## ORDER GRANTING PROPOSED INTERVENOR RIPPY OIL COMPANY'S MOTION FOR LEAVE TO INTERVENE

Before the Court is the Motion of Rippy Oil Company, as Proposed Intervenor, for Leave to Intervene. The Court concludes that the Motion should be and is hereby GRANTED. Proposed Intervenor, Rippy Oil Company, is given leave to intervene.

It is so ORDERED.

SIGNED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE