UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY) | § § § § § | CIVIL ACTION NO. 6:21-CV-04191-RRS CBW |
| | | JUDGE ROBERT R SUMMERHAYS |
| VS. | § § | MAGISTRATE CAROL B WHITEHURST |
| KNIGHT OIL TOOLS, INC. | § § § | (ORAL ARGUMENT REQUESTED) |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for United States District Court, Western District of Louisiana, application is made to be admitted *pro hac vice* to the bar of this court to appear on behalf of RIPPY OIL COMPANY in the above-described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Courts for the Eastern and Southern Districts of Texas and the bar of the State of Texas and Texas Supreme Court, which is the highest court of such state. A Certificate of Good Standing from the Supreme Court of Texas and the State Bar of Texas are attached.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, James H. Gibson of the firm of Gibson Law Partners, LLC is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.CR.P. 49, LR 5.7.10. I

also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| | |
|---|---|
| _Kenneth Tekell Sr._ | /s/ JAMES H. GIBSON |
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney must sign. No "s/ Signature" accepted. | Local counsel may use typed "s/signature" and must file electronically. |

PLEASE TYPE OR PRINT LEGIBLY:       LOCAL COUNSEL INFORMATION:

Name:   Kenneth Tekell, Sr.              NAME:   JAMES H. GIBSON
        (Texas State Bar No. 19764000)            (LA #14285)

Firm:   LAW OFFICE OF KENNETH TEKELL,            GIBSON LAW PARTNERS, LLC
        SR., PLLC

Address: 6 Broad Oaks Lane                        2448 Johnston Street
         Houston, Texas 77056                     Lafayette, LA 70505

Telephone: 713-832-6558                           Telephone: 337-761-6025
Fax:                                              Fax:       337-761-6061
E-mail:    ktekell@balagiatekell.com              E-mail:    jimgibson@givbsonlawpartners.com

## CERTIFICATE OF SERVICE

I certify that on this  7th   day of January, 2022, a true and correct copy of the foregoing instrument was served via electronic means through transmission facilities from the Court upon those parties authorized to participate and access the Electronic Filing System for the United States District Court, Western District of Louisiana:

/s/ JAMES H. GIBSON
JAMES H. GIBSON