UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY) | § § § § § | CIVIL ACTION NO. 6:21-CV-04191-RRS CBW<br><br>JUDGE ROBERT R SUMMERHAYS |
| VS. | § § | MAGISTRATE CAROL B WHITEHURST |
| KNIGHT OIL TOOLS, INC. | § § | (ORAL ARGUMENT REQUESTED) |

## ORDER

CONSIDERING the Motion to Appear Proc Hac Vice filed by Kenneth Tekell, Sr., it is ordered that he be enrolled Pro Hac Vice to the bar of this court to appear on behalf of RIPPY OIL COMPANY in the above-described action.

SIGNED at _____, Louisiana, this _____ day of January, 2022.

_____
JUDGE