UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY) | § § § § § | CIVIL ACTION NO. 6:21-CV-04191-RRS CBW |
| | | JUDGE ROBERT R SUMMERHAYS |
| VS. | § § | MAGISTRATE CAROL B WHITEHURST |
| KNIGHT OIL TOOLS, INC. | § § § | (ORAL ARGUMENT REQUESTED) |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for United States District Court, Western District of Louisiana, application is made to be admitted *pro hac vice* to the bar of this court to appear on behalf of RIPPY OIL COMPANY in the above-described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Courts for the Eastern, Southern, and Northern Districts of Texas and the Fifth Circuit Court of Appeals and the bar of the State of Texas and Texas Supreme Court, which is the highest court of such state. A Certificate of Good Standing from the Supreme Court of Texas and the State Bar of Texas are attached.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, James H. Gibson of the firm of Gibson Law Partners, LLC is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.CR.P. 49, LR 5.7.10. I

also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| | |
|---|---|
| _____<br>Signature of Applying Attorney | /s/ James H. Gibson<br>_____<br>Signature of Local Counsel |
| Applying attorney must sign. No "s/ Signature" accepted. | Local counsel may use typed "s/signature" and must file electronically. |
| PLEASE TYPE OR PRINT LEGIBLY: | LOCAL COUNSEL INFORMATION: |
| Name:  MICHAEL P. "MIKE" MORRIS<br>           (Texas State Bar No. 14495800) | NAME:   JAMES H. GIBSON<br>              (LA #14285) |
| Firm:  TAYLOR BOOK ALLEN &<br>           MORRIS, LLP | GIBSON LAW PARTNERS, LLC |
| Address:   1221 McKinney, Suite 4300<br>                Houston, Texas 77010 | 2448 Johnston Street<br>Lafayette, LA 70505 |
| Telephone:  713-222-9542<br>Fax:             713-655-7727<br>E-mail:         mmorris@taylorbook.com | Telephone:  337-761-6025<br>Fax:             337-761-6061<br>E-mail:   jimgibson@givbsonlawpartners.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's electronic filing system.

Lafayette, Louisiana, this 7th day of January, 2022.

                                                */s/ James H. Gibson*
                                                JAMES H. GIBSON