UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **A I G SPECIALTY INSURANCE CO** | **CASE NO.   6:21-CV-04191** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **KNIGHT OIL TOOLS INC** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Motion to Intervene filed on January 07, 2022 by Rippy Oil Co was DEFICIENT for the following reason(s):

- ✓  A Motion to Intervene   must be accompanied by the proposed Complaint for Intervention. The court will not act on such a motion without reviewing the document sought to be filed. Please refer to LR 7.6 for more information. The motion cannot be referred to chambers until this deficiency is corrected.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.   PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.