**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**A I G SPECIALTY INSURANCE CO**          **CASE NO.  6:21-CV-04191**

**VERSUS**                               **JUDGE ROBERT R. SUMMERHAYS**

**KNIGHT OIL TOOLS INC**                 **MAGISTRATE JUDGE CAROL B. WHITEHURST**

<u>**NOTICE OF MOTION SETTING**</u>

    Please take notice that the Motion  to Strike [13] Motion to Dismiss/Intervenor Complaint (Document No. 15) filed by A I G Specialty Insurance Co on February 1, 2022 has been set before the Honorable Robert Summerhays.

**Deadlines**

    Any party who opposes the motion must file a memorandum in opposition within **twenty-one (21) days** after service of the motion. See LR 7.5.  The movant may **file a reply** within **fourteen (14) days** after the memorandum in opposition is filed.  OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

**No Oral Argument**
    It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues.  All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

**Courtesy Copies Not Required**

    The parties are relieved of their obligation under LR 7.1 to provide chambers with courtesy copy of the briefs and any attachments filed in connection with this motion.

**DATE OF NOTICE: February 2, 2022**

                        TONY R. MOORE
                        CLERK OF COURT