**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **A I G SPECIALTY INSURANCE CO** | **CASE NO. 6:21-CV-04191** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **KNIGHT OIL TOOLS INC** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## NOTICE OF MOTION SETTING WITHOUT ORAL ARGUMENT

Please take notice that the Motion to Intervene (Document No. 17) filed by Ace American Insurance Co on February 10, 2022 has been referred to Honorable Carol B. Whitehurst and has been assigned the April 20, 2022 motion date.

### Deadlines

Any response to said motion is due within twenty-one (21) days after service of the motion (see LR 7.5). OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED. The movant may **seek leave of court to file a reply** within seven **(7) calendar days** after the memorandum in opposition is filed. LR 7.8 governs the length of the memoranda.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

**DATE OF NOTICE: February 11, 2022**

TONY R. MOORE
CLERK OF COURT