**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| To: | All Counsel of Record |
| Issued By: | Judge Robert R. Summerhays |
| Re: | AIG Specialty Insurance Company v. Knight Oil Tools, Inc. 21-cv-4191 |
| Date: | February 23, 2022 |

## MINUTE ENTRY

The Motion to Strike [ECF No. 15] is REFERRED to Magistrate Judge Whitehurst