UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY) | § § § § | NO. 6:21-CV-04191-RRS -CBW |
| | § | JUDGE ROBERT R SUMMERHAYS |
| VS. | § § | |
| KNIGHT OIL TOOLS, INC. | § § § § | MAGISTRATE CAROL B. WHITEHURST |
| | | (ORAL ARGUMENT REQUESTED) |
| | | (JURY REQUESTED) |

# ORDER

CONSIDERING THE FOREGOING "Unopposed Motion for Extension of Time" filed by intervenor Rippy Oil Company:

IT IS HEREBY ORDERED that the motion is **GRANTED** and that Rippy Oil Company is hereby granted an extension of time until March 8, 2022 to file an opposition to the "Motion to Strike Rippy Oil Company's Motion to Dismiss Complaint for Declaratory Judgment" [R. Doc. 15] filed by plaintiff AIG Specialty Insurance Company.

SIGNED in Lafayette, Louisiana, this 23rd day of February, 2022.

_____
HON ROBERT R. SUMMERHAYS
District Court Judge

1