IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY** | § § § § § § § § § § § § § § § | **NO: 6:21-CV-04191-RRS-CBW** <br><br> **JUDGE ROBERT S SUMMERHAYS** <br><br> **MAG. CAROL B WHITEHURST** |
| **v.** | | |
| **KNIGHT OIL TOOLS, INC.** | | |

**ACE AMERICAN INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant, ACE American Insurance Company, files this Corporate Disclosure Statement and shows as follows:

- **ACE American Insurance Company is a Pennsylvania corporation. ACE American Insurance Company is an indirect wholly-owned subsidiary of Chubb Limited, a publicly traded company.**

                                                       Respectfully submitted,

                                                       **BROWN SIMS, PC**

                          BY:    */s/ Thear J. Lemoine*
                                        Thear J. Lemoine (# 26383)
                                        Gregory M. Burts (#39133)
                                        1100 Poydras St., 39th Floor
                                        New Orleans, LA 70163
                                        P: (504) 569-1007
                                        F: (504) 569-9255
                                        E: *tlemoine@brownsims.com*
                                        E: *gburts@brownsims.com*

                                        **Attorneys for ACE American Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Thear J. Lemoine*
Thear J. Lemoine