IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY | § § § § § § § | NO: 6:21-CV-04191-RRS-CBW<br><br>JUDGE ROBERT S SUMMERHAYS<br><br>MAG. CAROL B WHITEHURST |
| v. | § § | |
| KNIGHT OIL TOOLS, INC. | § § § | |

## ACE AMERICAN INSURANCE COMPANY'S
## CERTIFICATE OF INTERESTED PARTIES

ACE American Insurance Company (ACE), files this Certificate of Interested Parties reflecting all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are believed to be financially interested in the outcome of this litigation as indicated by the current state of the pleadings:

1. Rippy Oil Co., Plaintiff;

2. AIG Specialty Insurance Company;

3. Risk Specialists Companies Insurance Agency, Inc.;

4. ACE American Insurance Company; and

5. Knight Oil Tools.

Should other parties be added to this lawsuit who thereby become financially interested in the outcome of this litigation, ACE will file an amended certificate with the Clerk identifying such interested parties.

Respectfully submitted,

**BROWN SIMS, PC**

BY: */s/ Thear J. Lemoine*
Thear J. Lemoine (# 26383)
Gregory M. Burts (#39133)
1100 Poydras St., 39th Floor
New Orleans, LA 70163
P: (504) 569-1007
F: (504) 569-9255
E: tlemoine@brownsims.com
E: gburts@brownsims.com

**Attorneys for ACE American Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Thear J. Lemoine*
Thear J. Lemoine