UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY) | § § § § | NO. 6:21-CV-04191-RRS -CBW JUDGE ROBERT R SUMMERHAYS |
| VS. | § § | MAGISTRATE CAROL B. WHITEHURST |
| KNIGHT OIL TOOLS, INC. | § § | (JURY REQUESTED) |

**INTERVENOR RIPPY OIL COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes Intervenor, RIPPY OIL COMPANY, who respectfully represents as follows:

1.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 5.6, intervenor Rippy Oil Company states that there is no parent corporation or any publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

GIBSON LAW PARTNERS, LLC

/s/ James H. Gibson
James H. Gibson (LA Bar No. 14285)
Alan W. Stewart (LA Bar No. 34107)
2448 Johnston St. (70503)
P.O Box 52124
Lafayette, LA 70505
Direct: 337-767-6025
Main:  337-761-6023
Fax:   337-761-6061
Email: jimgibson@gibsonlawpartners.com
Email: alanstewart@gibsonlawpartners.com

>LAW OFFICE OF KENNETH TEKELL, SR.PLLC
>Kenneth Tekell, Sr.
>TX State Bar No. 19764000
>ktekell@balagiatekell.com
>6 Broad Oaks Lane
>Houston, Texas 77056
>Telephone:  713-823-6558
>(Appearance pro hac vice granted January 10, 2022, Doc. # 9)
>
>TAYLOR, BOOK, ALLEN & MORRIS, L.L.P.
>Mike Morris
>TX State Bar No. 14495800
>1221 McKinney, Suite 4300
>Houston, Texas 77010
>(713) 222-9542
>(713) 655-7727 - Fax
>mmorris@taylorbook.com
>(Appearance pro hac vice granted January 10, 2022, Doc. # 10)
>
>***ATTORNEYS FOR INTERVENOR,***
>***RIPPY OIL COMPANY***

## CERTIFICATE OF SERVICE

I certify that on this 25th day of February, 2022, a true and correct copy of the foregoing instrument was served via electronic means through transmission facilities from the Court upon those parties authorized to participate and access the Electronic Filing System for the Western District of Louisiana.

>*/s/ James H. Gibson*
>JAMES H. GIBSON