IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY | § § § § § § § | NO: 6:21-CV-04191-RRS-CBW<br><br>JUDGE ROBERT S SUMMERHAYS<br><br>MAG. CAROL B WHITEHURST |
| v. | § § | |
| KNIGHT OIL TOOLS, INC. | § § § § | |

### ORDER GRANTING MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Considering the foregoing Motion to Enroll Additional Counsel of Record,

**IT IS HEREBY ORDERED** that the Motion is Granted, and Gregory M. Burts of Brown Sims, P.C., 1100 Poydras Street, 39th Floor, New Orleans, Louisiana 70163, be enrolled as additional counsel of record for ACE in the above entitled matter.

_____Lafayette_____, Louisiana, this _25th_ day of _February_____, 2022.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**