UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY) | § § § § § | NO. 6:21-CV-04191-RRS CBW  JUDGE ROBERT R SUMMERHAYS |
| VS. | § § § | MAGISTRATE CAROL B WHITEHURST |
| KNIGHT OIL TOOLS, INC. | | |

### ORDER

CONSIDERING THE FOREGOING "Unopposed Motion for Extension of Time" filed by intervenor Rippy Oil Company:

IT IS HEREBY ORDERED that the motion is **GRANTED** and that Rippy Oil Company is hereby granted an extension of time until March 8, 2022 to file an opposition to the "Motion for Leave to File Complaint-In-Intervention" [R. Doc. 17] filed by proposed intervenor ACE American Insurance Company.

SIGNED in Lafayette, Louisiana, this 4th day of March, 2022.

**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**