UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY) | § § § § § | NO. 6:21-CV-04191-RRS CBW  JUDGE ROBERT R SUMMERHAYS |
| VS. | § § | MAGISTRATE CAROL B WHITEHURST |
| KNIGHT OIL TOOLS, INC. | § § § | |

**<u>ORDER</u>**

CONSIDERING THE FOREGOING, "Unopposed Motion for Extension of Time" filed by intervenor Rippy Oil Company:

IT IS HEREBY ORDERED that the motion is GRANTED and that Rippy Oil Company is hereby granted an extension of time until March 15, 2022, to file an opposition to the "Motion to Strike Rippy Oil Company's Motion to Dismiss Complaint for Declaratory Judgment" [R. Doc. 15], and to file an opposition to the "Motion for Leave to File Complaint-In-Intervention" [R. Doc. 17] filed by proposed Intervenor ACE American Insurance Company.

SIGNED in Lafayette, Louisiana, this _____ day of _____, 2022.

_____
HON ROBERT M. SUMMERHAYS
District Court Judge