IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY COMPANY) | § § § § § § § | CIVIL ACTION NO. 6:21-CV-041919 |
| VS. | | JUDGE ROBERT R SUMMERHAYS |
| KNIGHT OIL TOOLS, INC. | | MAGISTRATE CAROL B WHITEHURST |

### AFFIDAVIT OF JAMES R. RIPPY

STATE OF TEXAS §
§
COUNTY OF SMITH §

BEFORE ME, the undersigned authority, on this day personally appeared **James R. Rippy**, known to me to be the person whose name is subscribed hereto, and after first being duly sworn, the witness stated on oath as follows:

1. "My name is **James R. Rippy**. I am over eighteen years of age. I am fully competent to make this affidavit. I have personal knowledge of all the statements contained herein and they are true and correct."

2. "I am an officer, currently serving as Vice-President, and Director of Rippy Oil Company."

3. "Rippy Oil Company was the operator on the Easterling No. 1-H well in Leon County, Texas. The working interest owners in the Easterling No. 1-H well are Rippy Interest, L.L.C., The Genecov Group, Inc., and John D. Procter."

4. "Rippy Oil Company is a privately held Texas corporation organized and incorporated under the laws of Texas in 1987. Rippy Oil Company has its principal place of business and principal office at 121 S. Broadway, Suite 404, Tyler, Smith County, Texas 75702. A true and correct copy of the last two Texas Franchise Public Information Reports regarding Rippy Oil Company filed with the Texas Secretary of State are attached as Exhibit 1 to this Affidavit."

5. "Rippy Oil Company did not conduct business operations of any kind in the Western District of Louisiana, Lafayette Division, including the parishes of St. Martin, Acadia, Evangeline, Iberia, Lafayette, St. Mary, St. Landry, and Vermilion in 2021."

6. "Rippy Interest, LLC is a Texas Limited Liability Company organized under the law of Texas in 2007. The members of Rippy Interest, LLC, Charles "Charlie" G.

1

Rippy, James R. Rippy, and Lewis B. Rippy are residing and domiciled in Texas, having a fixed habitation or abode in Texas and intending to remain there permanently or indefinitely."

7. "Rippy Interests, LLC has its principal place of business and principal office at 121 S. Broadway, Suite 404, Tyler, Smith County, Texas 75702. True and correct copies of the last two Texas Franchise Public Information Reports regarding Rippy Interests, LLC filed with the Texas Secretary of State are attached to this Affidavit as Exhibit 2."

8. "Rippy Interest LLC did not conduct business operations of any kind in the Western District of Louisiana, Lafayette Division, including the parishes of St. Martin, Acadia, Evangeline, Iberia, Lafayette, St. Mary, St. Landry, and Vermilion in 2021."

9. "The Genecov Group, Inc. is a privately held Texas corporation organized and incorporated under the laws of Texas in 1996. The Genecov Group, Inc. has its principal place of business and principal office at 1350 Dominion Plaza, Tyler, Smith County, Texas 75703. True and correct copies of the last two Texas Franchise Public Information Reports regarding The Genecov Group, Inc. filed with the Texas Secretary of State are attached to this Affidavit as Exhibit 3."

10. "The Genecov Group, Inc. did not conduct business operations of any kind in the Western District of Louisiana, Lafayette Division, including the parishes of St. Martin, Acadia, Evangeline, Iberia, Lafayette, St. Mary, St. Landry, and Vermilion in 2021."

11. "John D. Procter is an individual residing and domiciled in Texas, having a fixed habitation or abode in Texas and in tending to remain there permanently or indefinitely."

"Further affiant sayeth not."

_____
James R. Rippy,
Vice-President of Rippy Oil Company and
Member of Rippy Interests, LLC

SUBSCRIBED AND SWORN TO BEFORE ME by the said **James R. Rippy** on this __23__ day of __February__, 2022.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

JOSEPH DENNING KEY
Notary ID #126639333
My Commission Expires
August 26, 2024

2

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

**Filing Number:** 106076100  
**Original Date of Filing:** September 2, 1987  
**Formation Date:** N/A  
**Tax ID:** 17521925705  
**Duration:** Perpetual  

**Entity Type:** Domestic For-Profit Corporation  
**Entity Status:** In existence  
**FEIN:**

**Name:** RIPPY OIL COMPANY  
**Address:** 121 S BROADWAY SUITE 404  
TYLER, TX 75702 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| November 13, 2021 | JAMES REED RIPPY | Vice Pres. | 121 S BROADWAY SUITE 404 TYLER, TX 75702 USA |
| November 13, 2021 | JAMES REED RIPPY | DIRECTOR | 121 S BROADWAY SUITE 404 TYLER, TX 75702 USA |
| November 13, 2021 | CHARLES G RIPPY | S/T | 121 S BROADWAY SUITE 404 TYLER, TX 75702 USA |
| November 13, 2021 | CHARLES G RIPPY | DIRECTOR | 121 S BROADWAY SUITE 404 TYLER, TX 75702 USA |
| November 13, 2021 | LEWIS B RIPPY | DIRECTOR | 121 S BROADWAY SUITE 404 TYLER, TX 75702 USA |

Order    Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**EXHIBIT 1**

 05-102 (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions



■ Tcode 13196 Franchise

| Taxpayer number | Report year | |
|---|---|---|
| 1 7 5 2 1 9 2 5 7 0 5 | 2 0 2 0 | You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |

| Taxpayer name | RIPPY OIL COMPANY | ○ Blacken circle if the mailing address has changed. |
|---|---|---|
| Mailing address | 121 S BROADWAY SUITE 404 | Secretary of State (SOS) file number or Comptroller file number |
| City: TYLER | State: TX   ZIP code plus 4: 75702 | 0106076100 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 121 S BROADWAY SUITE 404, TYLER, TX, 75702
Principal place of business: 121 S BROADWAY SUITE 404, TYLER, TX, 75702

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

1000000000015

### SECTION A — Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| JAMES REED RIPPY | Vice Pres. | ● YES | |
| Mailing address: 121 S BROADWAY SUITE 404 | City: TYLER | State: TX | ZIP Code: 75702 |
| CHARLES G RIPPY | S/T | ● YES | |
| Mailing address: 121 S BROADWAY SUITE 404 | City: TYLER | State: TX | ZIP Code: 75702 |
| LEWIS B RIPPY | | ● YES | |
| Mailing address: 121 S BROADWAY SUITE 404 | City: TYLER | State: TX | ZIP Code: 75702 |

### SECTION B — Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

### SECTION C — Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)
Agent: JAMES H. RIPPY
Office: 121 SOUTH BROADWAY STE 404   City: TYLER   State: TX   ZIP Code: 75702

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | REED RIPPY | Title: Vice-President | Date: 05/21/2020 | Area code and phone number: (903) 595-0929 |

**Texas Comptroller Official Use Only**

VE/DE ○   PIR IND ○

**EXHIBIT 1**



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions

■ **Tcode** 13196 Franchise



| Taxpayer number | Report year | |
|---|---|---|
| 1 7 5 2 1 9 2 5 7 0 5 | 2 0 2 1 | You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |

| Taxpayer name | | |
|---|---|---|
| RIPPY OIL COMPANY | | ○ Blacken circle if the mailing address has changed. |
| Mailing address | | Secretary of State (SOS) file number or Comptroller file number |
| 121 S BROADWAY SUITE 404 | | |
| City: TYLER | State: TX    ZIP code plus 4: 75702 | 0106076100 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 121 S BROADWAY SUITE 404, TYLER, TX, 75702 |
| Principal place of business | 121 S BROADWAY SUITE 404, TYLER, TX, 75702 |

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| JAMES REED RIPPY | Vice Pres. | ○ YES | m m d d y y |
| Mailing address: 121 S BROADWAY SUITE 404 | City: TYLER | State: TX | ZIP Code: 75702 |
| CHARLES G RIPPY | S/T | ○ YES | |
| Mailing address: 121 S BROADWAY SUITE 404 | City: TYLER | State: TX | ZIP Code: 75702 |
| LEWIS B RIPPY | | ○ YES | |
| Mailing address: 121 S BROADWAY SUITE 404 | City: TYLER | State: TX | ZIP Code: 75702 |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)
Agent: JAMES H. RIPPY

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

| Office: 121 SOUTH BROADWAY STE 404 | City: TYLER | State: TX | ZIP Code: 75702 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | REED RIPPY | Title: Vice-President | Date: 04/12/2021 | Area code and phone number (903) 595-0929 |

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |

**EXHIBIT 1**

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

**Filing Number:** 800913586  
**Original Date of Filing:** December 20, 2007  
**Formation Date:** N/A  
**Tax ID:** 32034358682  
**Duration:** Perpetual  

**Entity Type:** Domestic Limited Liability Company (LLC)  
**Entity Status:** In existence  
**FEIN:**  

**Name:** Rippy Interests, LLC  
**Address:** 121 S BROADWAY AVE STE 404  
TYLER, TX 75702 USA  

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|// 
| Last Update | Name | | Title | | Address | |
| May 31, 2017 | CHARLES G RIPPY | | MANAGER | | 121 S BROADWAY AVE 404 TYLER, TX 75702 USA | |
| May 31, 2017 | JAMES R RIPPY | | MANAGER | | 121 S BROADWAY AVE 404 TYLER, TX 75702 USA | |
| May 31, 2017 | LEWIS B RIPPY | | MANAGER | | 121 S BROADWAY AVE 404 TYLER, TX 75702 USA | |

Order | Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**EXHIBIT 2**

 05-102 (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions



■ Tcode 13196 Franchise

| Taxpayer number | Report year |
|---|---|
| 3 2 0 3 4 3 5 8 6 8 2 | 2 0 2 0 |

You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

**Taxpayer name:** RIPPY INTERESTS LLC

○ Blacken circle if the mailing address has changed.

**Mailing address:** 121 S BROADWAY AVE STE 404
**City:** TYLER   **State:** TX   **ZIP code plus 4:** 75702

**Secretary of State (SOS) file number or Comptroller file number:** 0800913586

● Blacken circle if there are currently no changes from previous year; If no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:** Rippy Interests LLC, 121 S Broadway Ste 404, Tyler, TX, 75702
**Principal place of business:**

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| CHARLES G RIPPY | MANAGER | ○ YES | m m d d y y |
| Mailing address: 121 S BROADWAY AVE 404 | City: TYLER | State: TX | ZIP Code: 75702 |
| JAMES R RIPPY | MANAGER | ○ YES | m m d d y y |
| Mailing address: 121 S BROADWAY AVE 404 | City: TYLER | State: TX | ZIP Code: 75702 |
| LEWIS B RIPPY | MANAGER | ○ YES | m m d d y y |
| Mailing address: 121 S BROADWAY AVE 404 | City: TYLER | State: TX | ZIP Code: 75702 |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| NONE | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)
**Agent:** JAMES R RIPPY
**Office:** 121 S BROADWAY AVE 404   **City:** TYLER   **State:** TX   **ZIP Code:** 75702

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | MICHAEL KIMBALL CPA | **Title:** TAX FILING AGENT | **Date:** 07/31/2020 | **Area code and phone number:** (903) 595-0957 |

**Texas Comptroller Official Use Only**

VE/DE ○   PIR IND ○

**EXHIBIT 2**

  05-102 (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■ Tcode 13196 Franchise

| Taxpayer number | Report year | |
|---|---|---|
| 3 2 0 3 4 3 5 8 6 8 2 | 2 0 2 1 | You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |

Taxpayer name: **RIPPY INTERESTS LLC**

Mailing address: **121 S BROADWAY AVE STE 404**

City: **TYLER**  State: **TX**  ZIP code plus 4: **75702**

Secretary of State (SOS) file number or Comptroller file number: **0800913586**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **121 S BROADWAY AVE STE 404, TYLER, TX, 75702**
Principal place of business: **121 S BROADWAY AVE STE 404, TYLER, TX, 75702**

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| CHARLES G RIPPY | MEMBER | ○ YES | |
| Mailing address: 121 S BROADWAY 404 | City: TYLER | State: TX | ZIP Code: 75702 |
| JAMES R RIPPY | MEMBER | ○ YES | |
| Mailing address: 121 S BROADWAY 404 | City: TYLER | State: TX | ZIP Code: 75702 |
| LEWIS B RIPPY | MEMBER | ○ YES | |
| Mailing address: 121 S BROADWAY 404 | City: TYLER | State: TX | ZIP Code: 75702 |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)
You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

Agent: **JAMES R RIPPY**
Office: **121 S BROADWAY 404**  City: **TYLER**  State: **TX**  ZIP Code: **75702**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ▶ **MIKE KIMBALL AGENT**  Title: **AGENT**  Date: **03/31/2021**  Area code and phone number: **( 903 ) 597 - 5555**

Texas Comptroller Official Use Only

VE/DE ○   PIR IND ○

**EXHIBIT 2**

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 138941600 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | February 22, 1996 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17526366889 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** THE GENECOV GROUP, INC.
**Address:** PO BOX 132450
TYLER, TX 75713 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| October 16, 2021 | FELICITY A REEDY | VICE-PRESIDENT | 1350 DOMINION PLAZA TYLER, TX 75703 USA |
| October 16, 2021 | FELICITY A REEDY | DIRECTOR | 1350 DOMINION PLAZA TYLER, TX 75703 USA |
| October 16, 2021 | RAYMOND C MCKINNEY | PRESIDENT | 1350 DOMINION PLAZA TYLER, TX 75703 USA |
| October 16, 2021 | RAYMOND C MCKINNEY | DIRECTOR | 1350 DOMINION PLAZA TYLER, TX 75703 USA |
| October 16, 2021 | WILLIAM R BREWER | VICE-PRESIDENT | 1350 DOMINION PLAZA TYLER, TX 75703 USA |
| October 16, 2021 | JOE N FREEMAN | VICE-PRESIDENT | 1350 DOMINION PLAZA TYLER, TX 75703 USA |
| October 16, 2021 | TERRY MUNTZ DARRYL | DIRECTOR | 1350 DOMINION PLAZA TYLER, TX 75073 USA |

Order | Return to Search

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

**EXHIBIT 3**



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

**Tcode** 13196 Franchise

| Taxpayer number | Report year |
|---|---|
| 1 7 5 2 6 3 6 6 8 8 9 | 2 0 2 0 |

You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

| Taxpayer name | Genecov Group, Inc. | | | |
|---|---|---|---|---|
| Mailing address | 1350 Dominion Plaza | | | Secretary of State (SOS) file number or Comptroller file number |
| City | Tyler | State TX | ZIP code plus 4 75703 | 0138941600 |

○ Blacken circle if the mailing address has changed.

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 1350 Dominion Plaza, Tyler, TX, 75703
Principal place of business: 1350 Dominion Plaza, Tyler, TX, 75703

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| Trey Brewer | Vice-President | ○ YES | m m d d y y |
| Mailing address 1350 Dominion Plaza | City Tyler | State TX | ZIP Code 75703 |
| Joe Freeman | Vice-President | ○ YES | m m d d y y |
| Mailing address 1350 Dominion Plaza | City Tyler | State TX | ZIP Code 75703 |
| Felicity A Reedy | Vice-President | ● YES | m m d d y y |
| Mailing address 1350 Dominion Plaza | City Tyler | State TX | ZIP Code 75703 |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)
Agent: Raymond McKinney
Office: 1350 Dominion Plaza   City: Tyler   State: TX   ZIP Code: 75703

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Raymond McKinney | Title President | Date 08/21/2020 | Area code and phone number (903) 509-8844 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○

**EXHIBIT 3**



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions



**Tcode** 13196 Franchise

| Taxpayer number | Report year |
|---|---|
| 1 7 5 2 6 3 6 6 8 8 9 | 2 0 2 0 |

You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

| Taxpayer name | | |
|---|---|---|
| Genecov Group, Inc. | | ○ Blacken circle if the mailing address has changed. |
| Mailing address | | Secretary of State (SOS) file number or Comptroller file number |
| 1350 Dominion Plaza | | |
| City: Tyler | State: TX   ZIP code plus 4: 75703 | 0138941600 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 1350 Dominion Plaza, Tyler, TX, 75703
Principal place of business: 1350 Dominion Plaza, Tyler, TX, 75703

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| Terry Muntz Darryl | Director | ● YES | |
| Mailing address: 1350 Dominion Plaza | City: Tyler | State: TX | ZIP Code: 75703 |
| Raymond C McKinney | President | ● YES | |
| Mailing address: 1350 Dominion Plaza | City: Tyler | State: TX | ZIP Code: 75703 |
| William R Brewer | Vice-President | ○ YES | |
| Mailing address: 1350 Dominion Plaza | City: Tyler | State: TX | ZIP Code: 75703 |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)
Agent: Raymond McKinney
Office: 1350 Dominion Plaza      City: Tyler      State: TX      ZIP Code: 75703

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Raymond McKinney | Title: President | Date: 08/21/2020 | Area code and phone number: (903) 509-8844 |

**Texas Comptroller Official Use Only**

VE/DE ○      PIR IND ○

**EXHIBIT 3**



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

**Tcode** 13196 Franchise

| Taxpayer number | Report year | |
|---|---|---|
| 1 7 5 2 6 3 6 6 8 8 9 | 2 0 2 0 | You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |

| Taxpayer name | Genecov Group, Inc. | | ○ Blacken circle if the mailing address has changed. |
|---|---|---|---|
| Mailing address | 1350 Dominion Plaza | | Secretary of State (SOS) file number or Comptroller file number |
| City | Tyler | State TX   ZIP code plus 4 75703 | 0138941600 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 1350 Dominion Plaza, Tyler, TX, 75703 |
|---|---|
| Principal place of business | 1350 Dominion Plaza, Tyler, TX, 75703 |

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| Joe N Freeman | Vice-President | ○ YES | |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)    You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

| Agent: | Raymond McKinney | | | |
|---|---|---|---|---|
| Office: | 1350 Dominion Plaza | City Tyler | State TX | ZIP Code 75703 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Raymond McKinney | Title President | Date 08/21/2020 | Area code and phone number (903) 509-8844 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE ○     PIR IND ○

**EXHIBIT 3**



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions

**Tcode** 13196 Franchise

**Taxpayer number:** 17263668 9

**Report year:** 2021

You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381

**Taxpayer name:** GENECOV GROUP, INC.

**Mailing address:** 1350 DOMINION PLAZA

**City:** TYLER  **State:** TX  **ZIP code plus 4:** 75703

○ Blacken circle if the mailing address has changed.

**Secretary of State (SOS) file number or Comptroller file number:** 0138941600

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:** 1350 DOMINION PLAZA, TYLER, TX, 75703
**Principal place of business:** 1350 DOMINION PLAZA, TYLER, TX, 75703

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| FELICITY A REEDY | VICE-PRESIDENT | ● YES | |
| Mailing address: 1350 DOMINION PLAZA | City: TYLER | State: TX | ZIP Code: 75703 |
| RAYMOND C MCKINNEY | PRESIDENT | ● YES | |
| Mailing address: 1350 DOMINION PLAZA | City: TYLER | State: TX | ZIP Code: 75703 |
| WILLIAM R BREWER | VICE-PRESIDENT | ○ YES | |
| Mailing address: 1350 DOMINION PLAZA | City: TYLER | State: TX | ZIP Code: 75703 |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

**Registered agent and registered office currently on file** (see instructions if you need to make changes)

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

**Agent:** RAYMOND C. MCKINNEY

**Office:** 1350 DOMINION PLAZA  **City:** TYLER  **State:** TX  **ZIP Code:** 75703

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶ RAYMOND MCKINNEY  **Title:** PRESIDENT  **Date:** 09/03/2021  **Area code and phone number:** (903) 509-8844

**Texas Comptroller Official Use Only**

VE/DE ○   PIR IND ○

**EXHIBIT 3**



05-102
(Rev.9-15/33)

Tcode 13196 Franchise

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions



**Taxpayer number:** 17526366889
**Report year:** 2021

You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

**Taxpayer name:** GENECOV GROUP, INC.

○ Blacken circle if the mailing address has changed.

**Mailing address:** 1350 DOMINION PLAZA
**City:** TYLER **State:** TX **ZIP code plus 4:** 75703

**Secretary of State (SOS) file number or Comptroller file number:** 0138941600

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:** 1350 DOMINION PLAZA, TYLER, TX, 75703
**Principal place of business:** 1350 DOMINION PLAZA, TYLER, TX, 75703

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| JOE N FREEMAN | VICE-PRESIDENT | ○ YES | |
| Mailing address: 1350 DOMINION PLAZA | City: TYLER | State: TX | ZIP Code: 75703 |
| TERRY MUNTZ DARRYL | DIRECTOR | ● YES | |
| Mailing address: 1350 DOMINION PLAZA | City: TYLER | State: TX | ZIP Code: 75073 |
| | | ○ YES | |
| Mailing address: | City: | State: | ZIP Code: |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes). You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

**Agent:** RAYMOND C. MCKINNEY
**Office:** 1350 DOMINION PLAZA **City:** TYLER **State:** TX **ZIP Code:** 75703

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here:** RAYMOND MCKINNEY **Title:** PRESIDENT **Date:** 09/03/2021 **Area code and phone number:** (903) 509-8844

**Texas Comptroller Official Use Only**

VE/DE ○  PIR IND ○

**EXHIBIT 3**