IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE | § | CIVIL ACTION NO. 6:21-CV-041919 |
| COMPANY (f/k/a CHARTIS | § | |
| SPECIALTY INSURANCE COMPANY) | § | |
| | § | JUDGE ROBERT R SUMMERHAYS |
| VS. | § | |
| | § | |
| KNIGHT OIL TOOLS, INC. | § | MAGISTRATE CAROL B WHITEHURST |

# MORRIS
# AFFIDAVIT
# EXHIBIT J

| Fill in this information to identify the case: |
|---|
| Debtor 1 __Knight Energy Holdings, LLC__ |
| Debtor 2 __Knight Oil Tools, LLC__ |
| (Spouse, if filing) |
| United States Bankruptcy Court __Western District of Louisiana__ |
| Case number: __17–51014__ |

**FILED**

**U.S. Bankruptcy Court**
**Western District of Louisiana**

9/27/2017

**Edward A. Takara, Clerk**

## Official Form 410
## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | ACE American Insurance Company |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| | ACE American Insurance Company | Thomas A. Groves |
| | Name | Name |
| | Thomas A. Groves<br>Vice Preseident, Chubb Global Casualty<br>1 Beaver Valley Road<br>Wilmington, DE 19803 | Vice Preseident, Chubb Global Casualty<br>1 Beaver Valley Road<br><br>Wilmington, DE 19803 |
| | Contact phone _____302–476–6760_____ | Contact phone _____302–476–6760_____ |
| | Contact email<br>___thomas.groves@chubb.com___ | Contact email<br>___thomas.groves@chubb.com___ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____ | |

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____<br>MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                      Proof of Claim                      page 1

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6.Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

| | | |
|---|---|---|
| **7.How much is the claim?** | $    3668444.73 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| **8.What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Insurance policies and related agreements, see attached. |

| | |
|---|---|
| **9. Is all or part of the claim secured?** | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☑ Other. Describe:   See attached.<br><br>**Basis for perfection:**   See attached.<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**   $   3668444.73<br>**Amount of the claim that is secured:**   $   3668444.73<br>**Amount of the claim that is unsecured:**   $   00.00   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $   157191.07<br><br>**Annual Interest Rate** (when case was filed)   00.00   %<br>☑ Fixed<br>☐ Variable |

| | |
|---|---|
| **10.Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| | |
|---|---|
| **11.Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                    Proof of Claim                    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the lawl imits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ _____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date     9/27/2017
_____
MM / DD / YYYY

/s/  Catherine Heitzenrater
_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Catherine Heitzenrater |
|---|---|
| | First name     Middle name     Last name |
| Title | |
| Company | Duane Morris LLP |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 30 S. 17th Street |
| | Number  Street |
| | Phiadelphia, PA 19103 |
| | City   State   ZIP Code |
| Contact phone | 215-979-7342         Email     cheitzenrater@duanemorris.com |

Official Form 410                    Proof of Claim                    page 3

## ADDENDUM TO PROOF OF CLAIM OF
## ACE AMERICAN INSURANCE COMPANY

1.       This Addendum is attached to and a part of the proof of claim (the "Proof of Claim") filed by ACE American Insurance Company (together with its affiliates and successors, the "Claimant" or the "ACE Companies") against Knight Energy Holdings, LLC, and the other entities set forth on Exhibit "A" attached hereto (collectively, the "Debtors") in their respective bankruptcy cases.  As the documents supporting this claim are voluminous and contain confidential information, Claimant has not attached such supporting documentation to Claimant's Proof of Claim.  Copies of the documents referenced herein are or should be, upon information and belief, in the possession of the Debtors, and Claimant will provide copies of such documents to other parties upon request provided that appropriate steps can be taken to ensure their confidentiality, as necessary or appropriate.

2.       On August 8, 2017 (the "Petition Date"), the Debtors filed their respective voluntary petitions for bankruptcy relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Louisiana (the "Court").

3.       Prior to the Petition Date, the ACE Companies issued certain insurance policies (as renewed, amended, modified, endorsed or supplemented from time to time, collectively, the "Policies") to the Debtors as named insureds.

4.       Prior to the Petition Date, the ACE Companies and the Debtors and/or their affiliates also entered into certain written agreements in connection with the Policies (as renewed, amended, modified, endorsed or supplemented from time to time, and including any exhibit or addenda thereto, collectively, the "Insurance Agreements").

DM3\4812940.1

MM AFFIDAVIT EXHIBIT J

5.      Pursuant to the Policies and Insurance Agreements (collectively, the "ACE Insurance Program"), the ACE Companies provide, *inter alia*, certain workers' compensation, general liability, automobile liability, international casualty, excess workers' compensation, excess general liability, energy/mining, accident and health, and certain other insurance for specified policy periods subject to certain limits, deductibles, retentions, exclusions, terms and conditions, as more particularly described therein; and the insureds, including one or more of the Debtors, are required to pay to the ACE Companies certain amounts including, but not limited to, insurance premiums (including audit premiums), deductibles, funded deductibles, expenses, taxes, assessments and surcharges, as more particularly described in the ACE Insurance Program (the "Obligations").

6.      To the extent that a Debtor is an insured under the ACE Insurance Program and has in the past or the present received, or in the future receives, any benefit under the ACE Insurance Program related to any claim made by or related to such Debtor under the ACE Insurance Program, including but not limited to any payment by any of the ACE Companies to or on behalf of the Debtor with respect to a claim made under the ACE Insurance Program, then the Debtor is jointly and severally liable with other insureds for the Obligations arising with respect to such claim under the ACE Insurance Program.

7.      As of the date hereof, the Debtors are liable to the ACE Companies

8.      As of the date hereof, the Debtors are liable to the ACE Companies in the amount of $170,285.65, plus the estimated ultimate amount of $3,668,444.73,[1] plus additional contingent and unliquidated amounts (collectively, the "Claim") for the Obligations.

---

[1]     This estimated amount is based on the ACE Companies' most recent collateral calculation for the Obligations under the ACE Insurance Program. The estimated portion of the Claim is based on a snapshot in time, and does not fully account for, *inter alia*, incurred but not reported claims, claims that are closed

(Continued…)

MM AFFIDAVIT EXHIBIT J

9.     The estimated amount of the Claim is based on, *inter alia*, actuarial calculations and financial factors including those disclosed in relation to the bankruptcy case.

10.     Although the Claimant has provided an estimate, part of the Claim is currently contingent, unliquidated, and subject to further and future adjustments and estimations by the Claimant, from time to time, in accordance with the terms of the ACE Insurance Program including, without limitation, (i) adjustments for any change in the financial condition of the insureds and/or (ii) addition of amounts that may become due for premium, deductibles, expenses, taxes, assessments and surcharges.

11.     The Claim is evidenced by the ACE Insurance Program, including, without limitation, those Policies and Insurance Agreements listed on Exhibit "B" hereto.

12.     A portion of the Claim is or may be entitled to administrative expense priority under 11 U.S.C. §§ 503(b) and 507(a)(2).

13.     The Claim is secured by the proceeds of a letter of credit in the amount of $3,668,444.73 (the "LOC Proceeds").[2]

14.     The Claim may also be secured by letters of credit, cash collateral, paid loss deposit funds, or other amounts.

15.     The Claimant reserves and preserves the right: (a) to file and seek payment of additional claims for (i) administrative expenses, (ii) attorneys' fees and costs, and (iii) cure

_____

(Continued…)

> but could reopen, and unexpected development of claims. Generally, any such estimate can change at any time and in certain cases, on a daily basis, as the insured's financial condition changes and/or losses/claims are reported, develop, are reanalyzed, or are paid by the insurer and/or reimbursed by the insured(s) and/or collateral. Estimates are provided in order to advise the Debtors, the Court and other parties in interest of the approximated exposure as of a particular evaluation time.

[2]     The LOC Proceeds are not property of the Debtors' estates. *See EOP-Colonnade of Dallas Ltd. P'ship v. Faulkner (In re Stonebridge)*, 430 F.3d 260, 269 (5th Cir. 2005).

MM AFFIDAVIT EXHIBIT J

amounts or rejection damages; (b) to estimate contingent claims and assert additional claims if contingent claims are estimated or liquidated; and (c) to assert any other claims the Claimant may have against the Debtors relating to or incidental to the Obligations and the documents referenced herein. The Claimant reserves and preserves all rights to assert any and all defense, setoff and/or recoupment against the Debtors. The Claimant reserves the right to amend and/or further supplement this Proof of Claim to, *inter alia*, (a) adjust the amount of the Claim to reflect an updated actuarial review and/or financial analysis and/or (b) include additional collateral required as a result thereof.

16.    The filing of this Proof of Claim is not intended, and should not be construed as (a) an election of remedies; (b) a waiver of any past, present or future default or event of default; (c) a waiver or limitation of the Claimant's rights or defenses; (d) a waiver of the Claimant's claims against the Debtors or any of the Debtors' subsidiaries or affiliates; (e) a waiver of the Claimant's right to draw on any collateral or security; (f) a waiver of the Claimant's claims against any person, entity, property, or other parties liable to it (whether under the ACE Insurance Program or otherwise); (g) a determination as to coverage or entitlements to benefits as to coverage under the ACE Insurance Program; (h) a waiver of the ACE Companies' rights under the ACE Insurance Program, including the right to require arbitration; or (i) a waiver or release of the right to request withdrawal of the reference with respect to the subject matter of the Proof of Claim, any objection thereto, any other proceeding commenced with respect thereto, or any other proceeding that may be commenced in this case against or otherwise involving the Claimant.

17.    All notices to the Claimant relating to this Proof of Claim should be sent to the Claimant as follows:

c/o Chubb f/k/a ACE
436 Walnut Street
Philadelphia, PA 19106
Attention: Collateral Manager

With a copy to counsel for the Claimant:

Wendy M. Simkulak, Esquire
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103

18.     This Proof of Claim is filed as a separate claim from other claims that may be

filed by or on behalf of the Claimant or any of its affiliates against the Debtor, and does not

replace or supersede such other claims.

**EXHIBIT A**

**DEBTOR NAMES**

| | Debtor Name | Case No. |
|---|---|---|
| 1. | Knight Energy Holdings, LLC | 17-51014 |
| 2. | Knight Oil Tools, LLC | 17-51015 |
| 3. | Knight Manufacturing, LLC | 17-51016 |
| 4. | KDCC, L.L.C. | 17-51017 |
| 5. | Tri-Drill, LLC | 17-51018 |
| 6. | Advanced Safety and Training Management, LLC | 17-51019 |
| 7. | Knight Security, L.L.C. | 17-51020 |
| 8. | Knight Information Systems, L.L.C. | 17-51021 |
| 9. | El Caballero Ranch, Inc. | 17-51022 |
| 10. | Rayne Properties, L.L.C. | 17-51023 |
| 11. | Knight Aviation, L.L.C. | 17-51024 |
| 12. | Knight Research & Development, LLC | 17-51025 |
| 13. | Knight Family Enterprises, L.L.C. | 17-51026 |
| 14. | HMC Leasing, LLC | 17-51027 |
| 15. | HMC Investments, L.L.C. | 17-51029 |

DM3\4812940.1

MM AFFIDAVIT EXHIBIT J

## EXHIBIT B

The ACE Companies' Claim is evidenced by, without limitation, the Policies and Insurance Agreements, and includes, without limitation, the following and all other documents, instruments, agreements or policies, and any and all endorsements, addenda, amendments, renewals, supplements and modifications to any of the following:

**Policies include, but are not limited to:**

| Policy Number | Policy Period | Insurer | Type of Coverage |
|---|---|---|---|
| C47316017 | 3/31/2013 – 3/31/2014 | ACE American Insurance Company | Workers' Compensation |
| C4787807A | 3/31/2014 – 3/31/2015 | ACE American Insurance Company | Workers' Compensation |
| C4814679A | 3/31/2015 – 3/31/2016 | ACE American Insurance Company | Workers' Compensation |
| D36922138 | 11/23/2012 – 11/23/2013 | ACE American Insurance Company | International Casualty |
| D36928864 | 11/23/2011 – 11/23/2012 | ACE American Insurance Company | International Casualty |
| D38041162 | 1/23/2016 – 1/23/2017 | ACE American Insurance Company | International Casualty |
| D38468303 | 11/23/2013 – 11/23/2014 | ACE American Insurance Company | International Casualty |
| D38468686 | 11/23/2014 – 11/23/2015 | ACE American Insurance Company | International Casualty |
| G27017277 | 3/31/2013 – 3/31/2014 | ACE American Insurance Company | General Liability |
| G27019742 | 3/31/2013 – 3/31/2014 | Illinois Union Insurance Company | Excess Workers' Compensation |
| G27330344 | 3/31/2014 – 3/31/2015 | ACE American Insurance Company | Excess General Liability |
| G27333576 | 3/31/2014 – 3/31/2015 | Illinois Union Insurance Company | Excess Workers' Compensation |
| G27391667 | 3/31/2015 – 3/31/2016 | ACE American Insurance Company | Excess General Liability |
| G2739341A | 3/31/2015 – 3/31/2016 | Illinois Union Insurance Company | Excess Workers' Compensation |
| G27433078 | 3/31/2015 – 3/31/2016 | Westchester Surplus Lines Insurance Company | Energy/Mining |
| G27433078 | 3/31/2014 – 3/31/2015 | Westchester Surplus Lines Insurance Company | Energy/Mining |
| H08695751 | 3/31/2012 – 3/31/2013 | ACE American Insurance Company | Automobile Liability |
| H0871468A | 3/31/2013 – 3/31/2014 | ACE American Insurance Company | Automobile Liability |
| H0881871A | 3/31/2014 – 3/31/2015 | ACE American Insurance Company | Automobile Liability |
| H08853381 | 3/31/2015 – 3/31/2016 | ACE American Insurance Company | Automobile Liability |
| C43441322 | 10/1/2002 – 10/1/2003 | ACE Fire Underwriters Insurance Company | Workers' Compensation |
| C44345444 | 3/31/2008 – 3/31/2009 | ACE American Insurance Company | Workers' Compensation |
| C44356685 | 3/31/2009 – 3/31/2010 | ACE American Insurance Company | Workers' Compensation |
| C44462242 | 3/31/2007 – 3/31/2008 | ACE American Insurance Company | Workers' Compensation |
| C46132294 | 3/31/2010 – 3/31/2011 | ACE American Insurance Company | Workers' Compensation |
| C46471362 | 3/31/2011 – 3/31/2012 | ACE American Insurance Company | Workers' Compensation |
| C46781260 | 3/31/2012 – 3/31/2013 | ACE American Insurance Company | Workers' Compensation |
| G21705925 | 3/31/2007 – 3/31/2008 | Illinois Union Insurance Company | General Liability |
| G23725046 | 3/31/2008 – 3/31/2009 | ACE American Insurance Company | Excess General Liability |
| G2374143A | 3/31/2008 – 3/31/2009 | ACE American Insurance Company | General Liability |
| G23741660 | 3/31/2008 – 3/31/2009 | Illinois Union Insurance Company | Excess Workers' Compensation |
| G23749257 | 3/31/2009 – 3/31/2010 | ACE American Insurance Company | General Liability |
| G24930361 | 3/31/2009 – 3/31/2010 | Illinois Union Insurance Company | Excess Workers' Compensation |
| G24940214 | 3/31/2010 – 3/31/2011 | ACE American Insurance Company | General Liability |
| G24941565 | 3/31/2010 – 3/31/2011 | Illinois Union Insurance Company | Excess Workers' Compensation |
| G25523386 | 3/31/2011 – 3/31/2012 | ACE American Insurance Company | General Liability |
| G25528396 | 3/31/2011 – 3/31/2012 | Illinois Union Insurance Company | Excess Workers' Compensation |
| G26438767 | 3/31/2012 – 3/31/2013 | ACE American Insurance Company | General Liability |
| G27009207 | 3/31/2012 – 3/31/2013 | Illinois Union Insurance Company | Excess Workers' Compensation |
| H07835115 | 3/31/2007 – 3/31/2008 | ACE American Insurance Company | Automobile Liability |
| H08244248 | 3/31/2008 – 3/31/2009 | ACE American Insurance Company | Automobile Liability |
| H08252403 | 3/31/2009 – 3/31/2010 | ACE American Insurance Company | Automobile Liability |

DM3\4812940.1

| Policy Number | Policy Period | Insurer | Type of Coverage |
|---|---|---|---|
| H08588351 | 3/31/2010 – 3/31/2011 | ACE American Insurance Company | Automobile Liability |
| H08633393 | 3/31/2011 – 3/31/2012 | ACE American Insurance Company | Automobile Liability |
| H08695751 | 3/31/2012 – 3/31/2013 | ACE American Insurance Company | Automobile Liability |
| N0484399A | 1/23/2016 – 1/23/2017 | ACE American Insurance Company | Accident & Health |
| N0484399A | 11/11/2014 – 1/23/2016 | ACE American Insurance Company | Accident & Health |
| N0484399A | 11/11/2013 – 11/11/2014 | ACE American Insurance Company | Accident & Health |
| N0484399A | 11/11/2012 – 11/11/2013 | ACE American Insurance Company | Accident & Health |
| N0484399A | 11/11/2011 – 11/11/2012 | ACE American Insurance Company | Accident & Health |
| N0484399A | 11/11/2010 – 11/11/2011 | ACE American Insurance Company | Accident & Health |
| N0484399A | 11/11/2009 – 11/11/2010 | ACE American Insurance Company | Accident & Health |

**Insurance Agreements include, but are not limited to:**

- Collateral Agreement, as renewed, amended, modified, endorsed or supplemented from time to time and including any exhibit or addenda thereto, by and between ACE American Insurance Company and Knight Oil Tools Inc., effective as of March 31, 2007.

- Casualty Program SOLD Proposal, as renewed, amended, modified, endorsed or supplemented from time to time and including any exhibit or addenda thereto, by and between ACE American Insurance Company and Knight Oil Tools, L.L.C., effective as of March 31, 2012.

- Casualty Program Final Proposal, as renewed, amended, modified, endorsed or supplemented from time to time and including any exhibit or addenda thereto, by and between ACE American Insurance Company and Knight Energy Holdings, L.L.C., effective as of March 31, 2014.

**Reservation of Rights**
The brief summary of the Policies and Insurance Agreements contained herein is for descriptive purposes only and is not intended to be binding on the ACE Companies or constitute their position with respect to the proper interpretation and meaning thereof. For a complete and accurate explanation of the terms and conditions of the Policies and Insurance Agreements, reference should be made to the actual Policies and Insurance Agreements.

DM3\4812940.1

MM AFFIDAVIT EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE | § | CIVIL ACTION NO. 6:21-CV-041919 |
| COMPANY (f/k/a CHARTIS | § | |
| SPECIALTY INSURANCE COMPANY) | § | |
| | § | JUDGE ROBERT R SUMMERHAYS |
| VS. | § | |
| | § | |
| KNIGHT OIL TOOLS, INC. | § | MAGISTRATE CAROL B WHITEHURST |

# MORRIS AFFIDAVIT EXHIBIT K



**SO ORDERED.**

**SIGNED October 24, 2017.**

ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

IN RE: § CASE NO. 17-51014
§
KNIGHT ENERGY HOLDINGS, LLC, § CHAPTER 11
et al.,[1] §
§
DEBTORS. §
§

### AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration the Motion for an Order Granting Relief From the Automatic Stay

(Doc. 357) (the "Motion"), filed herein by Rippy Oil Company, Rippy Interests LLC, The Genecov

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLA (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (0000) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (0000) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027); and HMC Investments, LLC (0000) (Case No. 17-51029). The Debtors' service address is 2272 SE Evangeline Thruway, Lafayette, Louisiana 70508, except for Knight Manufacturing, LLC, which can be served at 2710-A Melancon Road, Broussard, Louisiana 70518, and Advanced Safety and Training Management, LLC, which can be served at 1042 Forum Drive, Broussard, Louisiana 70518.

DM3\4872250.1

{00360226-2} 1

MM AFFIDAVIT EXHIBIT K

Group, Inc., and John D. Proctor (together, "Rippy Oil"), the agreement of the Debtors to the relief requested therein, and the Court finding that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (iv) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein; therefore:

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the automatic stay be and is hereby modified as to Knight Oil Tools, LLC (the "Subject Debtor") for the limited purpose of allowing the prosecution of the case captioned as *Rippy Oil Company, et al. v. Knight Oil Tools, Inc., et al.*, No. 0-10-498, pending in the 369th Judicial District Court in Leon County, Texas (the "Proceeding").

IT IS FURTHER ORDERED that Rippy Oil shall seek recovery on the claims asserted in the Proceeding solely from applicable insurance policies of the Subject Debtor and the other non–Debtor defendants; it is further

IT IS FURTHER ORDERED that the Subject Debtor's liability in the Proceeding, and for any claims or causes of action that were or could have been raised in the Proceeding, shall be limited to the extent of any coverage provided by the Subject Debtor's applicable insurance policies.

IT IS FURTHER ORDERED that except as expressly provided herein, no collection action shall be commenced against the Subject Debtor without prior order of this Court.

IT IS FURTHER ORDERED that Rippy Oil may seek and conduct such discovery involving the Subject Debtor as allowed by the applicable rules of civil procedure, local rules and scheduling orders in the Proceeding.

IT IS FURTHER ORDERED that nothing herein (i) alters or amends the terms and conditions of any insurance policies issued to the Debtor by ACE American Insurance Company or any of its affiliates or successors (collectively, "Chubb") or any related agreements; (ii) relieves the Debtors of any obligations to Chubb to pay any retentions or to pay (or reimburse Chubb for) any deductibles; (iii) relieves the Debtors of any of their other obligations to Chubb under the insurance policies and related agreements; (iv) creates or permits a direct right of action by Rippy Oil against Chubb that would not otherwise exist under applicable law; or (v) precludes or limits, in any way, any rights of Chubb to contest and/or litigate the existence, primacy and/or scope of available coverage.

###

This Agreed Order was prepared and is being submitted by:

*/s/ Benjamin W. Kadden*
Benjamin W. Kadden (La. Bar. No, 29927)
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras St., Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

*Attorneys for Rippy Oil Company, Rippy Interests LLC, The Genecov Group, Inc., and John D. Proctor*

*/s/ Tristan Manthey*
**Heller, Draper, Patrick, Horn & Dabney, L.L.C.**
William H. Patrick, III (La. Bar No. 10359)
Tristan Manthey (La. Bar No. 24539)
Cherie Dessauer Nobles (La. Bar No. 30476)
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: (504) 299-3300
Facsimile: (504) 299-3399

*Attorneys for the Debtors*

DM3\4872250.1

{00360226-2}3

17-51014 - #445  File 10/24/17  Enter 10/24/17 15:38:13  Main Document   Pg 3 of 3

MM AFFIDAVIT EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE | § | CIVIL ACTION NO. 6:21-CV-041919 |
| COMPANY (f/k/a CHARTIS | § | |
| SPECIALTY INSURANCE COMPANY) | § | |
| | § | JUDGE ROBERT R SUMMERHAYS |
| VS. | § | |
| | § | |
| KNIGHT OIL TOOLS, INC. | § | MAGISTRATE CAROL B WHITEHURST |

# MORRIS AFFIDAVIT EXHIBIT L

> THIS NOTICE SEEKS TO ASSUME CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES. PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE NOTICE TO SEE IF THEIR CONTRACTS OR LEASES ARE INCLUDED IN THE EXHIBIT ATTACHED HERETO TO DETERMINE WHETHER THE MOTION AFFECTS THEIR CONTRACTS OR LEASES.

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-51014 |
| KNIGHT ENERGY HOLDINGS, LLC, *ET AL.*[1] | (JOINTLY ADMINISTERED) |
| DEBTORS | CHAPTER 11 |
| | JUDGE ROBERT SUMMERHAYS |

## NOTICE OF ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND PROPOSED CURE COSTS FOR SUCH EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO DEBTORS' JOINT CHAPTER 11 PLAN OF <u>REORGANIZATION AS OF OCTOBER 17, 2017 [P-417]</u>

**PLEASE TAKE NOTICE** that pursuant to Article V(A) of the *Debtors' Joint Chapter 11 Plan of Reorganization as of October 17, 2017* [P-417] (as may be further amended from time to time (the "<u>Plan</u>") filed by Knight Energy Holdings, LLC, Knight Oil Tools, LLC, Knight Manufacturing, LLC, KDCC, LLC f/k/a Knight Well Services, LLC, Tri-Drill, LLC, Advanced Safety & Training Management, LLC, Knight Security, LLC, Knight Information Systems, LLC, El Caballero Ranch, Inc., Rayne Properties, LLC, Knight Aviation, LLC; Knight Research &

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (9787) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (7235) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (8254) (Case No. 17-51029). The Debtors' service address is 2727 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 2725 SE Evangeline Thruway, Lafayette, Louisiana 70508.

MM AFFIDAVIT EXHIBIT L

Development, LLC; Knight Family Enterprises, LLC, HMC Leasing, LLC; and HMC Investments, LLC (collectively, the "Debtors"), the Executory Contracts and Unexpired Leases listed on Exhibit "A" attached hereto are anticipated to be assumed by the applicable Reorganized Debtor[2] (whether or not the correct Reorganized Debtor is listed on Exhibit "A" as the counterparty to any particular contract or lease) (as amended or modified from time to time including any supplements or sub-parts thereto, the "Executory Contracts and Unexpired Leases for Assumption") on the Effective Date pursuant to Section 365 of the Bankruptcy Code;

**PLEASE TAKE FURTHER NOTICE** that the Executory Contracts and Unexpired Leases for Assumption may be amended through the Effective Date.  Notice of any such amendment shall promptly be given through a supplemented notice of assumption to all affected parties;

**PLEASE TAKE FURTHER NOTICE** that, if the non-Debtor party to any of the Executory Contracts and Unexpired Leases for Assumption objects to the proposed assumption of its respective Executory Contract or Unexpired Lease, by the Reorganized Debtors, such non-Debtor counterparty must file an objection with the Bankruptcy Court to such assumption **on or before five (5) days prior to the Confirmation Hearing Date, or November 24, 2017. Any counterparty to any of the** Executory Contracts and Unexpired Leases for Assumption **that fails to timely object to the proposed assumption of its respective Executory Contract or Unexpired Lease will be deemed to have consented to such assumption.**

**PLEASE TAKE FURTHER NOTICE** that Exhibit A reflects the applicable proposed cure payment (the "Proposed Cure") related to each of the Executory Contracts and Unexpired Leases for Assumption, which may be amended through the Effective Date, and subject to the

---

2 Unless otherwise defined in this Notice, capitalized terms used in this Notice shall have the meanings set forth in the Plan.

MM AFFIDAVIT EXHIBIT L

occurrence of, the Effective Date of the Plan, that is required to be paid pursuant to section 365 of the Bankruptcy Code to cure any defaults under such contracts or leases upon the assumption thereof;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article V(B) of the Plan, if the non-Debtor counterparty to any of the Executory Contracts and Unexpired Leases for Assumption objects to the applicable Proposed Cure set forth on the attached Exhibit A, such non-Debtor party must file an objection with the Bankruptcy Court to such Proposed Cure **on or before five (5) days prior to the Confirmation Hearing Date, or November 24, 2017. Any such request and/or objection that is not timely filed shall be disallowed and forever barred, estopped, and enjoined from assertion, and shall not be enforceable against any Reorganized Debtor, without the need for any objection by the Reorganized Debtors or any other party in interest or any further notice to or action, order, or approval of the Bankruptcy Court.** Any objection relating to the Proposed Cure shall specify the cure payment proposed by the counterparty for the applicable Executory Contract or Unexpired Lease to be assumed;

**PLEASE TAKE FURTHER NOTICE** that, if there is any dispute regarding any Proposed Cure, the ability of the Reorganized Debtors or any assignee to provide "*adequate assurance of future performance*" within the meaning of section 365 of the Bankruptcy Code, or any other matter pertaining to assumption, then payment of such Proposed Cure shall occur as soon as reasonably practicable after entry of a Final Order resolving such dispute, approving such assumption (and, if applicable, assignment), or as may be agreed upon by the Debtors or the Reorganized Debtors, as applicable, and the counterparty to the Executory Contract or Unexpired Lease.

**PLEASE TAKE FURTHER NOTICE** that to the extent that any dispute with respect to the amount of any Proposed Cures regarding any of the Executory Contracts and Unexpired Leases

MM AFFIDAVIT EXHIBIT L

for Assumption is resolved or determined, including by entry of an order by the Bankruptcy Court, in a manner that is not acceptable to the Debtors or Reorganized Debtors, as applicable, the Debtors or Reorganized Debtors, as applicable, may reject the applicable Executory Contract or Unexpired Lease within twenty (20) days after such resolution or determination by filing and serving upon the counterparty to such Executory Contract or Unexpired Lease a notice of rejection. Upon service of such notice of rejection, such Executory Contract or Unexpired Lease shall be deemed to be rejected without the need for further action or an order from the Bankruptcy Court, and such counterparty may thereafter file a Proof of Claim in the manner set forth in Article V.G of the Plan.

    **PLEASE TAKE FURTHER NOTICE** that, assumption of any of the Executory Contracts and Unexpired Leases for Assumption pursuant to the Plan or otherwise shall result in the full release and satisfaction of any Cures, Claims, or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under such assumed Executory Contract or Unexpired Lease at any time prior to the effective date of assumption. **Any and all Proofs of Claim (but, for the avoidance of doubt, not including Cures) based upon any of the Executory Contracts and Unexpired Leases for Assumption that have been assumed in the Chapter 11 Cases, including pursuant to the Confirmation Order, shall be deemed disallowed and expunged as of the Effective Date without the need for any objection thereto or any further notice to or action, order, or approval of the Bankruptcy Court.**

    **PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything to the contrary in the Plan, the Debtors or the Reorganized Debtors, as applicable, reserve the right to alter, amend, modify, or supplement the schedule of Executory Contracts and Unexpired Leases for Assumption identified in this Notice and the Plan at any time prior to the Effective Date.

MM AFFIDAVIT EXHIBIT L

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding any provisions of this Notice or the Plan, the Debtors make no admission and reserve all rights to dispute whether any of the Executory Contracts and Unexpired Leases for Assumption constitute executory contracts or unexpired leases under Section 365 of the Bankruptcy Code.

Dated: November 6, 2017

Respectfully submitted,

*/s/ Tristan E. Manthey*

William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey (La. Bar No. 24539)
Cherie Dessauer Nobles (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn
& Dabney, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
**Counsel for Debtors**

MM AFFIDAVIT EXHIBIT L

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IDENTIFIED IN THIS NOTICE AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE.

NOTWITHSTANDING ANYTHING IN THIS NOTICE OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS OR UNEXPIRED LEASES FOR ASSUMPTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Blanket Accident Policy Amendment | ADD N0484599A | November 11, 2009 | November 11, 2010 | $ - |
| 2 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Blanket Accident Policy Amendment | ADD N0484599A | November 11, 2010 | November 11, 2011 | $ - |
| 3 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Blanket Accident Policy Amendment | ADD N0484599A | November 11, 2011 | November 11, 2012 | $ - |
| 4 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Blanket Accident Policy Amendment | ADD N0484599A | November 11, 2012 | November 11, 2013 | $ - |
| 5 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Blanket Accident Policy Amendment | ADD N0484599A.R | November 23, 2013 | November 23, 2014 | $ - |
| 6 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Blanket Accident Policy Amendment | ADD N0484599A.R | November 23, 2014 | November 23, 2015 | $ - |
| 7 | Ace American Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | Blanket Accident Policy Amendment | ADD N0484599A | November 23, 2015 | November 23, 2016 | $ - |
| 8 | Ace American Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | Blanket Accident Policy Amendment | ADD N0484599A | January 23, 2016 | January 23, 2017 | $ - |
| 9 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Auto Coverage | ISA - H07835115 | March 31, 2007 | March 31, 2008 | $ - |
| 10 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Auto Coverage | H08424248 | March 31, 2008 | March 31, 2009 | $ - |
| 11 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Auto Coverage | ISA - H08252403 | March 31, 2009 | March 31, 2010 | $ - |
| 12 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Auto Coverage | ISA - H08583351 | March 31, 2010 | March 31, 2011 | $ - |
| 13 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Auto Coverage | ISA - H08663393 | March 31, 2011 | March 31, 2012 | $ - |
| 14 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Auto Coverage | ISA - H08695751 | March 31, 2012 | March 31, 2013 | $ - |
| 15 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Auto Coverage | ISA - H08818714 | March 31, 2013 | March 31, 2014 | $ - |
| 16 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Auto Coverage | ISA - H08871468A | March 31, 2014 | March 31, 2015 | $ - |
| 17 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Auto Coverage | ISA - H0885338I | March 31, 2015 | March 31, 2016 | $ - |
| 18 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Auto Coverage | G23725046 | March 31, 2007 | March 31, 2008 | $ - |
| 19 | Ace American Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | Commercial Auto Coverage | G2374143A | March 31, 2008 | March 31, 2009 | $ - |
| 20 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | General Liability Policy | HDO - G24940214 | March 31, 2010 | March 31, 2011 | $ - |
| 21 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | General Liability Policy | HDO - G25523386 | March 31, 2011 | March 31, 2012 | $ - |
| 22 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | General Liability Policy | HDO - G26438767 | March 31, 2012 | March 31, 2013 | $ - |
| 23 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | General Liability Policy | HDO - G27017277 | March 31, 2013 | March 31, 2014 | $ - |
| 24 | Ace American Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | General Liability Policy | XSI - G27310344 | March 31, 2014 | March 31, 2015 | $ - |
| 25 | Ace American Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | General Liability Policy | XSI - G27391667 | March 31, 2015 | March 31, 2016 | $ - |

* All of the above listed Executory Contracts and Unexpired Leases shall be assumed in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

MM AFFIDAVIT EXHIBIT L

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR ASSUMPTION IDENTIFIED IN THIS NOTICE AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE.

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS OR UNEXPIRED LEASES FOR ASSUMPTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

**EXHIBIT A**

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 26 | Ace American Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | International/Commercial Insurance Policy | CXCD36928864 | November 23, 2011 | November 23, 2012 | $ - |
| 27 | Ace American Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | International/Commercial Insurance Policy | CXCD36922138 | November 23, 2012 | November 23, 2013 | $ - |
| 28 | Ace American Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | International/Commercial Insurance Policy | CXCD3848303 002 | November 23, 2013 | November 23, 2014 | $ - |
| 29 | Ace American Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | International/Commercial Insurance Policy | CXCD3848686 001 | November 23, 2014 | January 23, 2015 | $ - |
| 30 | Ace American Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | International/Commercial Insurance Policy | CXCD3848686 001 | January 23, 2015 | January 23, 2016 | $ - |
| 31 | Ace American Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | International/Commercial Insurance Policy | CXCD38041162 001 | January 23, 2016 | January 23, 2017 | $ - |
| 32 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Workers Compensation & Employer Liability | WLR - C44662242 | March 31, 2007 | March 31, 2008 | $ - |
| 33 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Workers Compensation & Employer Liability | C44354444 | March 31, 2008 | March 31, 2009 | $ - |
| 34 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Workers Compensation & Employer Liability | C445356685 | March 31, 2009 | March 31, 2010 | $ - |
| 35 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Workers Compensation & Employer Liability | C46132294 | March 31, 2010 | March 31, 2011 | $ - |
| 36 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Workers Compensation & Employer Liability | C46471362 | March 31, 2011 | March 31, 2012 | $ - |
| 37 | Ace American Insurance Company | Knight Oil Tools, LLC | Commercial Lines Policy | Workers Compensation & Employer Liability | C46731260 | March 31, 2012 | March 31, 2013 | $ - |
| 38 | Ace American Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | Workers Compensation & Employer Liability | C47316017 | March 31, 2013 | March 31, 2014 | $ - |
| 39 | Ace American Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | Workers Compensation & Employer Liability | C47878074 | March 31, 2014 | March 31, 2015 | $ - |
| 40 | Ace American Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | Workers Compensation & Employer Liability | WLR - C4814679A | March 31, 2015 | March 31, 2016 | $ - |
| 41 | Acronis | Knight Oil Tool, LLC | Software License | Software License | ACRONIS TRUEIMAGE 2016 | Undetermined | Undetermined | $ - |
| 42 | Adobe Systems Incorporated | Knight Oil Tool, LLC | Software License | Software License | ADOBE ACROBAT 2016 | Undetermined | Undetermined | $ - |
| 43 | Adobe Systems Incorporated | Knight Oil Tool, LLC | Software License | Software License | ADOBE ACROBAT PROFESSIONAL | Undetermined | Undetermined | $ - |
| 44 | ADP | Knight Oil Tools, LLC | Time and Labor Management Sales Order Form- Subscription | License Agreement | ADP Time & Attendance System (EZlabor Manager) | February 2009 | Month to Month | $ - |
| 45 | AIG Specialty Insurance Company | Knight Energy Holdings, LLC | Specialty Risk Protector | Corporate Counsel Premier Insurance | 022177019 | March 31, 2017 | March 31, 2018 | $ - |
| 46 | AIG Specialty Insurance Company | Knight Energy Holdings, LLC | Specialty Risk Protector | Corporate Counsel Premier Insurance | 22174792 | March 31, 2016 | March 31, 2017 | $ - |
| 47 | AIG Specialty Insurance Company | Knight Oil Tools, LLC | Private Company Management Liability Company | Management Liability Policy | 13043565 | March 31, 2017 | March 31, 2018 | $ - |
| 48 | Alaska Communications Contracts | Knight Oil Tools LLC | Alaska Communications Services Agreement | Internet/Telecom Services | 1861453 | May 16, 2017 | March 31, 2018 | $ - |
| 49 | Alaska Communications | Knight Oil Tools LLC | Alaska Communications Services Agreement | Telecom Services | 1938774 | May 16, 2017 | Month to Month | $ - |
| 50 | Alliance Global Corporate & Specialty | Knight Oil Tools LLC | Confidentiality agreement | Confidentiality Agreement | Confidentiality agreement | Undetermined | Undetermined | $ - |
| 51 | Allied Waste Services | Knight Energy Holdings, LLC | Allied Waste Services | Service Agreement | Service Agreement | June 20, 2016 | June 20, 2019 | $ - |

* All of the above listed Executory Contracts and Unexpired Leases shall be assumed in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

2

17-51014 - #488-1 File 11/06/17 Enter 11/06/17 21:14:58 Exhibit A Pg 2 of 14

MM AFFIDAVIT EXHIBIT L

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR ASSUMPTION IDENTIFIED IN THIS NOTICE AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE. NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS OR UNEXPIRED LEASES FOR ASSUMPTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 52 | Alterra America Insurance Company | Knight Energy Holdings, LLC | Market Global Insurance | Marine Cargo and Equipment Insurance | MAXA5IM0049829 | March 31, 2016 | March 31, 2017 | $ - |
| 53 | Always Care | Knight Oil Tools, LLC | Dental Insurance Policy | Dental Insurance | Group ID# KOT116 | January 1, 2016 | December 31, 2017 | $ - |
| 54 | Always Care | Knight Oil Tools, LLC | Vision Insurance Policy | Vision Insurance Policy | Group ID# KOT116 | January 1, 2016 | December 31, 2017 | $ - |
| 55 | American Heritage Life Insurance Company | Knight Oil Tools, LLC | Cancer and Specified Disease Plan | Cancer and Specified Disease Plan | 75004 | March 1, 2001 | December 31, 2017 | $ - |
| 56 | American Heritage Life Insurance Company | | Group Critical Illness Policy | Group Critical Illness Policy | 75004, 75015, 75017, 87788, 87790, 97173, 97185 | April 1, 2009 | December 31, 2017 | $ - |
| 57 | AT&T | Knight Oil Tools, LLC | Telecom Services Agreement | Telecom Services | 281-752-6660 430 3 | Undetermined | Month to Month | $ - |
| 58 | AT&T | Knight Oil Tools, LLC | Telecom Services Agreement | Telecom Services | 281-752-6664 597 5 | Undetermined | Month to Month | $ - |
| 59 | AT&T | Knight Oil Tools, LLC | Telecom Services Agreement | Telecom Services | 337-233-3666 066 0511 | Undetermined | Month to Month | $ - |
| 60 | AT&T | Knight Manufacturing, LLC | Telecom Services Agreement | Telecom Services | 337-234-4326 327 0515 | Undetermined | Month to Month | $ - |
| 61 | AT&T | Knight Oil Tools LLC | Telecom Services Agreement | Telecom Services | 337-289-9666 001 0518 | Undetermined | Month to Month | $ - |
| 62 | AT&T | Knight Oil Tools LLC | Telecom Services Agreement | Telecom Services | 361-396-1670 533 5 | Undetermined | Month to Month | $ - |
| 63 | AT&T | Knight Oil Tools LLC | Telecom Services Agreement | Telecom Services | 361-668-8065 468 3 | Undetermined | Month to Month | $ - |
| 64 | AT&T | Knight Oil Tools LLC | Telecom Services Agreement | Telecom Services | 361-668-6660 185 6 | Undetermined | Month to Month | $ - |
| 65 | AT&T | Knight Oil Tools LLC | Telecom Services Agreement | Telecom Services | 361-664-5868 490 6 | Undetermined | Month to Month | $ - |
| 66 | AT&T | Knight Oil Tools LLC | Telecom Services Agreement | Telecom Services | 361-664-5839 544 6 | Undetermined | Month to Month | $ - |
| 67 | AT&T | Knight Oil Tools LLC | Telecom Services Agreement | Telecom Services | 361-883-6660 173 1 | Undetermined | Month to Month | $ - |
| 68 | AT&T | Knight Oil Tools LLC | Telecom Services Agreement | Telecom Services | 405-670-6660 490 1 | Undetermined | Month to Month | $ - |
| 69 | AT&T | Tri-Drill, LLC | Telecom Services Agreement | Telecom Services | 432-335-8500 733 5 | Undetermined | Month to Month | $ - |
| 70 | AT&T | Knight Oil Tools LLC | Telecom Services Agreement | Telecom Services | 432-366-1985 392 1 | Undetermined | Month to Month | $ - |
| 71 | AT&T | Knight Oil Tools LLC | Telecom Services Agreement | Telecom Services | 432-366-2666 978 1 | Undetermined | Month to Month | $ - |
| 72 | AT&T | Knight Oil Tools LLC | Telecom Services Agreement | Telecom Services | 432-381-6666 294 5 | Undetermined | Month to Month | $ - |
| 73 | AT&T | Knight Manufacturing, LLC | Telecom Services Agreement | Telecom Services | 432-530-1010 017 4 | Undetermined | Month to Month | $ - |
| 74 | AT&T | Knight Oil Tools LLC | Telecom Services Agreement | Telecom Services | 713-466-5095 577 7 | Undetermined | Month to Month | $ - |
| 75 | AT&T | Knight Oil Tools LLC | Internet Services Agreement | Internet Services | 831-000-4493 742 | Undetermined | Month to Month | $ - |
| 76 | AT&T | Knight Oil Tools LLC | Services Agreement | Internet & Cable Services | 129942255 | Undetermined | Month to Month | $ - |
| 77 | AT&T | Knight Oil Tools LLC | Internet Services Agreement | Internet Services | 128314224 | Undetermined | Month to Month | $ - |
| 78 | AT&T | Knight Oil Tools LLC | Internet Services Agreement | Internet Services | 134521078 | Undetermined | Month to Month | $ - |

* All of the above listed Executory Contracts and Unexpired Leases shall be assumed in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

3

MM AFFIDAVIT EXHIBIT L

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR ASSUMPTION IDENTIFIED IN THIS NOTICE AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE.

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS OR UNEXPIRED LEASES FOR ASSUMPTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE.

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 79 | AT&T Mobility | Knight Oil Tools LLC | Wireless Phone Services Agreement | Wireless Phone Services | BES 02436267 | Undetermined | Month to Month | $ - |
| 80 | AT&T Mobility | Knight Oil Tools LLC | Wireless Phone Services Agreement | Wireless Phone Services | BES 02436267 | January 8, 2018 | January 8, 2018 | $ - |
| 81 | AT&T Mobility | Knight Oil Tools LLC | Wireless Phone Services Agreement | Wireless Phone Services | BES 02436267 | October 5, 2019 | October 5, 2019 | $ - |
| 82 | Autodesk Inc. | Knight Oil Tool, LLC | Software License | Software License | AUTODESK AUTOCAD INVENTOR LT | Undetermined | Undetermined | $ - |
| 83 | Autodesk Inc. | Knight Oil Tool, LLC | Software License | Software License | AUTODESK AUTOCAD LT | Undetermined | Undetermined | $ - |
| 84 | Autodesk Inc. | Knight Oil Tool, LLC | Software License | Software License | AUTODESK AUTOCAD ELECTRICAL | Undetermined | Undetermined | $ - |
| 85 | B & I Steel Erectors, Inc. | HMC Leasing, LLC | Extension of Lease | Real Estate Lease | 6830 S. Sunnylane Road, Oklahoma City, Oklahoma | April 30, 2015 | Month to Month | $ 7,764.76 |
| 86 | Barracuda Networks, Inc. | Knight Oil Tools, LLC | Software License Agreement | Software License | Barracuda Email Security Gateway License | February 3, 2017 | February 3, 2017 | $ - |
| 87 | Bayou Bridge Pipeline L.L.C. | Knight Oil Tools, LLC | Pipeline Right of Way and Servitude Agreement | Pipeline Right of Way and Servitude Agreement | Pipeline Right of Way and Servitude Agreement | February 13, 2017 | Earlier of completion of pipeline or April 30, 2020 | $ - |
| 88 | Beau Box Commercial Real Estate | HMC Leasing, LLC | Commercial Lease Listing Agreement for Commercial | Real Estate Sale Listing Agreement | Firsston Property - 5017 Park Drive in the Parish DeSoto, LA | August 7, 2017 | February 8, 2018 | $ - |
| 89 | Berkley National Insurance Company | Knight Energy Holdings, LLC | Commercial General Liability Declarations | Commercial General Liability | EGL002119310 | March 31, 2017 | March 31, 2018 | $ - |
| 90 | Berkley National Insurance Company | Knight Energy Holdings, LLC | General Change Endorsement | General Change Endorsement | EGL002119310 | March 31, 2017 | March 31, 2018 | $ - |
| 91 | Berkley National Insurance Company | Knight Energy Holdings, LLC | General Change Endorsement | General Change Endorsement | EGL002119310 | March 31, 2017 | March 31, 2018 | $ - |
| 92 | Berkley National Insurance Company | Knight Energy Holdings, LLC | General Change Endorsement | General Change Endorsement | EGL002119410 | March 31, 2017 | March 31, 2018 | $ - |
| 93 | Berkley National Insurance Company | Knight Energy Holdings, LLC | Energy Commercial Umbrella Liability Declarations | Energy Commercial Umbrella Liability | EEL002119410 | March 31, 2017 | March 31, 2018 | $ - |
| 94 | Berkley National Insurance Company | Knight Energy Holdings, LLC | General Change Endorsement | General Change Endorsement | EEL002119410 | March 31, 2017 | March 31, 2018 | $ - |
| 95 | Berkley National Insurance Company | Knight Energy Holdings, LLC | General Change Endorsement | General Change Endorsement | EGL002119310 | March 31, 2017 | March 31, 2018 | $ - |
| 96 | Berkley National Insurance Company | Knight Energy Holdings, LLC | General Change Endorsement | General Change Endorsement | EGL002119310 | March 31, 2017 | March 31, 2018 | $ - |
| 97 | Berkley Regional Insurance Company | Knight Energy Holdings, LLC | Workers Compensation | Workers Compensation Insurance | EWC 3139186-10 | March 31, 2017 | March 31, 2018 | $ - |
| 98 | Berkley Regional Insurance Company | Knight Energy Holdings, LLC | Policy Information Page Endorsement | General Change Endorsement | EWC 3139186-10 | March 31, 2017 | March 31, 2018 | $ - |
| 99 | Bizzuka, Inc. | Knight Manufacturing, LLC | License Agreement | License Agreement | knightoiltools.com Website | October 1, 2016 | October 1, 2017 | $ - |
| 100 | Bizzuka, Inc. | Knight Oil Tools, LLC | License Agreement | License Agreement | knightoiltools.com Website | September 1, 2016 | September 1, 2017 | $ - |
| 101 | Bizzuka, Inc. | Knight Oil Tools, LLC | License Agreement | License Agreement | advancedsafetytraining.com Website | August 2017 | August 2018 | $ - |
| 102 | Blue Cross and Blue Shield of Louisiana | Tri-Drill, LLC | License Agreement | License Agreement | tridrill.com Website | December 1, 2016 | December 1, 2017 | $ - |
| 103 | Blue Cross and Blue Shield of Louisiana | Knight Oil Tools, LLC | Benefit Plan Policy Agreement | Benefit Plan Policy Agreement | High Deductible Health Plan - Group No. 77367FF4 | January 1, 2017 | December 31, 2017 | $ - |
| 104 | Blue Cross and Blue Shield of Louisiana | Knight Oil Tools, LLC | Benefit Plan Policy Agreement | Benefit Plan Policy Agreement | PPO Health Plan - Group No. 77367FF4 | January 1, 2017 | December 31, 2017 | $ - |

* All of the above listed Executory Contracts and Unexpired Leases shall be assumed in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

4

MM AFFIDAVIT EXHIBIT L

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IDENTIFIED IN THIS NOTICE AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE.

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS OR UNEXPIRED LEASES FOR ASSUMPTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 105 | Blue Cross and Blue Shield of Louisiana | Knight Oil Tools, LLC | Schedule of Administrative Services and Fees | Benefit Plan Services | High Deductible & PPO Health Plans - Group No. 77367FF4 Admin Services | January 1, 2017 | December 31, 2017 | $ - |
| 106 | Blue Cross and Blue Shield of Louisiana | Knight Oil Tools, LLC | Electronic Trading Partner Agreement | Benefit Plan Services | Benefit Plan Services | September 17, 2013 | September 17, 2018 | $ - |
| 107 | Box, Inc. | Knight Oil Tool, LLC | Software License | Software License | Box.com Business Plus | August 4, 2017 | August 4, 2018 | $ 29.16 |
| 108 | Bravo | Knight Oil Tool, LLC | Software License | Software License | Bravo | Undetermined | Undetermined | $ - |
| 109 | Burnett & Company, Inc | Knight Energy Holdings, LLC | Commercial Lines Policy | General Liability Policy | 16GGL2N1061I | March 31, 2016 | March 31, 2017 | $ - |
| 110 | Business Controls Inc. | Knight Oil Tools, LLC | Service Agreement | Service Agreement | MySafeWorkplace Service | February 15, 2017 | February 15, 2018 | $ - |
| 111 | CBRE, Inc. | HMC Leasing, LLC | Exclusive Sales Listing Agreement | Real Estate Sale Listing Agreement | "OKC Property"- 154.75 acres MOL located at the SE Corner of I-40 and Cimarron Road, Oklahoma City, Oklahoma | April 14, 2017 | April 14, 2018 | $ - |
| 112 | CenturyLink | Knight Oil Tools LLC | Services Agreement | Telecom Services | 61816123 | Undetermined | Undetermined | $ - |
| 117 | CenturyLink | Knight Oil Tools LLC | Services Agreement | Telecom Services | 61816130 | Undetermined | Undetermined | $ - |
| 116 | CenturyLink | Knight Oil Tools LLC | Services Agreement | Telecom Services | 61816131 | Undetermined | Undetermined | $ - |
| 115 | CenturyLink | Knight Oil Tool, LLC | Services Agreement | Telecom Services | 61816133 | Undetermined | Undetermined | $ - |
| 115 | CenturyLink | Tri-Drill, LLC | Services Agreement | Telecom Services | 82422589 | February 9, 2017 | February 9, 2019 | $ - |
| 116 | CenturyLink | Knight Oil Tool, LLC | Services Agreement | Telecom Services | 76219483 | Undetermined | Undetermined | $ - |
| 117 | CenturyLink | Knight Manufacturing LLC | Services Agreement | Telecom Services | 8562368 | Undetermined | Undetermined | $ - |
| 118 | CenturyLink | Knight Oil Tools, LLC | Services Agreement | Telecom Services | 86711714 | Undetermined | Undetermined | $ - |
| 119 | CenturyLink | Knight Oil Tools, LLC | CenturyLink Total Advantage Express Agreement | Telecom and Internet Services | 86711714 | October 28, 2014 | October 28, 2017 | $ - |
| 120 | CenturyLink | Knight Oil Tools LLC | Services Agreement | Telecom Services | 307-362-5617 470B | Undetermined | Month to Month | $ - |
| 121 | CenturyLink | Knight Oil Tools LLC | Services Agreement | Telecom Services | 307-382-0096 875B | Undetermined | Undetermined | $ - |
| 122 | CenturyLink | Knight Oil Tools LLC | Services Agreement | Telecom Services | 505-632-6666 395B | Undetermined | Undetermined | $ - |
| 122 | CenturyLink | Knight Oil Tools LLC | Services Agreement | Telecom Services | | Undetermined | Undetermined | $ - |
| 123 | Cisco Systems Inc. | Knight Oil Tool, LLC | Software License | Software License | Cisco AnyConnect | Undetermined | Undetermined | $ - |
| 124 | Cisco Systems Inc. | Knight Oil Tool, LLC | Software License | Software License | Cisco Jabber | Undetermined | Undetermined | $ - |
| 124 | Cisco Systems Inc. | Knight Oil Tool, LLC | Software License | Software License | Cisco | Undetermined | Undetermined | $ - |
| 125 | Citrix Systems Inc. | Knight Oil Tool, LLC | Software License | Software License | Citrix | Undetermined | Undetermined | $ - |
| 126 | Combined Insurance Company of America | | Group Accident Insurance | Group Accident Insurance | BKRC00447 | December 15, 2014 | December 15, 2017 | $ - |
| 127 | Comcast | Knight Oil Tools LLC | Master Services Agreement | Internet and Telecom Services | 93001005 | Undetermined | Undetermined | $ - |
| 128 | Comvault | Knight Oil Tool, LLC | Software License | Software License | Comvault | Undetermined | Undetermined | $ - |
| 129 | Corel Corporation | Knight Oil Tool, LLC | Software License | Software License | COREL PAINT SHOP PRO | Undetermined | Undetermined | $ - |
| 130 | Corporate Services L.L.C. | Knight Oil Tools, LLC | Commercial End-User License Agreement for Rental Tool Management System (RTMS) | Software License Agreement: Rental Tool Management System | End-User License Agreement for Rental Tool Management System | Undetermined | Undetermined | $ - |
| 131 | Cox Business | Knight Manufacturing, LLC | Commercial Services Agreement | Internet and Telecom Services | 001 3604 260977701 | August 5, 2015 | Month to Month | $ - |

* All of the above listed Executory Contracts and Unexpired Leases shall be assumed in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

5

MM AFFIDAVIT EXHIBIT L

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR ASSUMPTION IDENTIFIED IN THIS NOTICE AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE.

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS OR UNEXPIRED LEASES FOR ASSUMPTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE.

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 132 | Cox Business | Knight Oil Tools LLC | Commercial Services Agreement | Cable, Internet and Telecom Services | 003 3608 078094901 | Undetermined | Undetermined | $ - |
| 133 | Cox Business | Tri-Drill, LLC | Commercial Services Agreement | Internet and Telecom Services | 003 3608 081659801 | Undetermined | Undetermined | $ - |
| 134 | Cox Business | Knight Oil Tools LLC | Commercial Services Agreement | Internet and Telecom Services | 003 3608 083856301 | Undetermined | Undetermined | $ - |
| 135 | Cox Business | Knight Oil Tools LLC | Commercial Services Agreement | Telecom Services | 003 3608 084110601 | Undetermined | September 10, 2018 | $ - |
| 136 | Cox Business | Knight Oil Tools LLC | Commercial Services Agreement | Internet Services | 003 3608 296647401 | Undetermined | Undetermined | $ - |
| 137 | Cox Business | Knight Manufacturing, LLC | Commercial Services Agreement | Internet and Telecom Services | 003 3610 077973101 | Undetermined | Month to Month | $ - |
| 138 | Cox Business | Knight Oil Tools LLC | Commercial Services Agreement | Internet and Telecom Services | 001 6110 067065701 | Undetermined | Month to Month | $ - |
| 139 | Crum & Forester Specialty Insurance Company | Advanced Safety and Training Management, LLC | Environmental Excess Liability Policy | Environmental Excess Liability Insurance | EFX-107126 | March 31, 2017 | March 31, 2018 | $ - |
| 140 | Crum & Forester Specialty Insurance Company | Advanced Safety and Training Management, LLC | Environmental Excess Liability Policy | Environmental Excess Liability Insurance | EFX-107126 | March 31, 2017 | March 31, 2018 | $ - |
| 141 | Crum & Forester Specialty Insurance Company | Advanced Safety and Training Management, LLC | Environmental Excess Liability Change Endorsement | Environmental Excess Liability Insurance | EFX-107126 | March 31, 2017 | March 31, 2018 | $ - |
| 142 | Crum & Forester Specialty Insurance Company | Advanced Safety and Training Management, LLC | Environmental Excess Liability Change Endorsement | Environmental Excess Liability Insurance | EFX-106286 | March 31, 2017 | March 31, 2018 | $ - |
| 143 | Crum & Forester Specialty Insurance Company | Advanced Safety and Training Management, LLC | Environmental Excess Liability General Change Endorsement | Environmental Excess Liability Insurance | EFX-107126 | March 31, 2017 | March 31, 2018 | $ - |
| 144 | Crum & Forester Specialty Insurance Company | Advanced Safety and Training Management, LLC | Environmental Excess Liability Change Endorsement | Environmental Excess Liability Insurance | EFX-116286 | March 31, 2017 | March 31, 2018 | $ - |
| 145 | Crum & Forester Specialty Insurance Company | Advanced Safety and Training Management, LLC | Environmental Excess Liability Policy | Environmental Excess Liability Insurance | EFX-112023 | March 31, 2016 | March 31, 2017 | $ - |
| 146 | Crum & Forester | Knight Energy Holdings, LLC | Confidentiality Agreement | Confidentiality Agreement | Confidentiality agreement | April 7, 2016 | Undetermined | $ - |
| 147 | Dassault Systemes SolidWorks Corporation | Knight Oil Tools LLC | Dassault Systemes SolidWorks Corporation License and Subscription Service Agreement | Software License | SOLIDWORKS ENTERPRISE PDM | Undetermined | Undetermined | $ - |
| 148 | Dassault Systemes SolidWorks Corporation | Knight Oil Tools LLC | Dassault Systemes SolidWorks Corporation License and Subscription Service Agreement | Software License | SOLIDWORKS ENTERPRISE PDM CAD CONTRIBUTOR | Undetermined | Undetermined | $ - |
| 149 | Dassault Systemes SolidWorks Corporation | Knight Oil Tools LLC | Dassault Systemes SolidWorks Corporation License and Subscription Service Agreement | Software License | SOLIDWORKS PROFESSIONAL | Undetermined | Undetermined | $ - |

* All of the above listed Executory Contracts and Unexpired Leases shall be assumed in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

6

MM AFFIDAVIT EXHIBIT L

**EXHIBIT A**

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IDENTIFIED IN THIS NOTICE AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE.

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS OR UNEXPIRED LEASES FOR ASSUMPTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 150 | Dassault Systèmes SolidWorks Corporation | Knight Oil Tools LLC | Dassault Systèmes SolidWorks Corporation License and Subscription Service Agreement | Software License | SOLIDWORKS STANDARD - NETWORK LICENSE | Undetermined | Undetermined | $ - |
| 151 | Dassault Systèmes SolidWorks Corporation | Knight Oil Tools LLC | Dassault Systèmes SolidWorks Corporation License and Subscription Service Agreement | Software License | Solidworks Electrical | Undetermined | Undetermined | $ - |
| 152 | Dell EMC | Knight Oil Tools, LLC | Software License Agreement | Software License | Application/Xtender to SAP Interface | Undetermined | Undetermined | $ - |
| 153 | Dell EMC | Knight Oil Tools, LLC | Software License Agreement | Software License | Application/Xtender | Undetermined | Undetermined | $ - |
| 154 | Devolutions | Knight Oil Tools, LLC | Software License | Software License | DEVOLUTIONS REMOTE DESKTOP MANAGER | Undetermined | Undetermined | $ - |
| 155 | DNV GL Business Assurance USA, Inc. | Knight Manufacturing, LLC | ISO 9001:2015 Transition Contract Amendment | Management System Certification Agreement | Customer | January 23, 2017 | September 15, 2018 | $ - |
| 156 | Dominique's Record Management Company | Knight Oil Tools, LLC | Services Contract | Services Contract | Services Contract for Records Storage | March 7, 2008 | Month to Month | $ 5,130.56 |
| 157 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Vehicle Lease - Lessee | 1FDBW3HT3HEB52415 | March 11, 2017 | March 11, 2019 | $ - |
| 158 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Change payment terms - Lessee | 1FDBW3HT8HEB52415 | March 11, 2017 | March 11, 2019 | $ - |
| 159 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Vehicle Lease - Lessee | 1FDBW3HTXHEC13336 | March 11, 2017 | March 11, 2019 | $ - |
| 160 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Change payment terms - Lessee | 1FDBW3HFXHEC13386 | March 11, 2017 | March 11, 2019 | $ - |
| 161 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Vehicle Lease - Lessee | 3GCUKNEC2HG251475 | March 11, 2017 | March 11, 2019 | $ - |
| 162 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Change payment terms - Lessee | 3GCUKNEC2HG251475 | March 11, 2017 | March 11, 2019 | $ - |
| 163 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Vehicle Lease - Lessee | 3GCUKNEC5HF106665 | March 11, 2017 | March 11, 2019 | $ - |
| 164 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Change payment terms - Lessee | 1GCUKNEC5HF106665 | March 11, 2017 | March 11, 2019 | $ - |
| 165 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Vehicle Lease - Lessee | 3GCUKNEC1HG254111 | March 11, 2017 | March 11, 2019 | $ - |
| 166 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Change payment terms - Lessee | 3GCUKNEC1HG254111 | March 11, 2017 | March 11, 2019 | $ - |
| 167 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Vehicle Lease - Lessee | 1FTFW28THEB555992 | March 11, 2017 | March 11, 2019 | $ - |
| 168 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Change payment terms - Lessee | 1FDBW3HT8HEB555992 | March 11, 2017 | March 11, 2019 | $ - |
| 169 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Vehicle Lease - Lessee | 1FTFW28THEHEC94309 | March 11, 2017 | March 11, 2019 | $ - |
| 170 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Change payment terms - Lessee | 1FTFW28THEHEC94309 | March 11, 2017 | March 11, 2019 | $ - |
| 171 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Vehicle Lease - Lessee | 1FDBW3HT6HEC94399 | March 11, 2017 | March 11, 2019 | $ - |
| 172 | DW Transportation, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Change payment terms - Lessee | 1FDBW3HT6HEC94399 | March 11, 2017 | March 11, 2019 | $ - |
| 173 | DW Transportation, LLC | Knight Oil Tools, LLC | Lease Agreement | Vehicle Lease - Lessee | 1FTFW28T7HECS3394 | March 11, 2017 | March 11, 2019 | $ - |

* All of the above listed Executory Contracts and Unexpired Leases shall be assumed in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

7

MM AFFIDAVIT EXHIBIT L

**EXHIBIT A**

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IDENTIFIED IN THIS NOTICE AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE.

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS OR UNEXPIRED LEASES FOR ASSUMPTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 174 | DW Transportation Leasing, LLC | Knight Oil Tools, LLC | Closed-End Motor Vehicle Lease Agreement | Change payment terms - Lessee | 1FTTW2BT7HEC53394 | March 11, 2017 | Undetermined | $ - |
| 175 | EDI Environmental Services, Inc. | Knight Energy Holdings, LLC | Confidentiality Agreement | Confidentiality Agreement | Confidentiality Agreement | October 18, 2016 | October 18, 2019 | $ - |
| 176 | Exacq Technologies, Inc. | Knight Oil Tools, LLC | Software License | Software License | ExacqVision | Undetermined | Undetermined | $ - |
| 177 | Exact Software Erpna Inc. | Knight Oil Tools, LLC | Software License | Software License | MAS | Undetermined | Undetermined | $ - |
| 178 | Exact Software Erpna Inc. | Knight Oil Tools, LLC | Software License | Software License | JobBOSS | Undetermined | Undetermined | $ - |
| 179 | Exact Software Erpna Inc. | Knight Oil Tools, LLC | Software License | Software License | JOBBOSS FOR CLIENT MACHINES | Undetermined | Undetermined | $ - |
| 180 | Exact Software Erpna Inc. | Knight Oil Tools, LLC | Software License | Software License | INTERNET KIOSK PRO | Undetermined | Undetermined | $ - |
| 181 | F Key Solutions Inc. | Knight Oil Tools, LLC | Software License | Software License | AUTOMATION STUDIO | Undetermined | Undetermined | $ - |
| 182 | Famic Technologies, Inc. | Knight Oil Tools, LLC | Software License | Software License | FastShore Screen Capture | Undetermined | Undetermined | $ - |
| 183 | FastShore | Knight Oil Tools, LLC | Software License | Software License | FastShore Screen Capture | Undetermined | Undetermined | $ - |
| 184 | FileMaker, Inc. | Knight Oil Tools, LLC | Software License | Software License | FILE MAKER PRO | Undetermined | Undetermined | $ - |
| 185 | FileMaker, Inc. | Knight Oil Tools, LLC | Software License | Software License | FILE MAKER SERVER 12 VOLUME | Undetermined | November 8, 2020 | $ - |
| 186 | Rightsig | Knight Oil Tools, LLC | Software License | Software License | ScanAdPro | Undetermined | Undetermined | $ - |
| 186 | GAGEMAKER HOLDINGS | Knight Oil Tools, LLC | Software License | Software License | GageMaker | Undetermined | Undetermined | $ - |
| 187 | GAGEMAKER HOLDINGS LLP | Knight Oil Tool, LLC | Software License | Software License | GageView | Undetermined | Undetermined | $ - |
| 188 | Gemini Insurance Company | Knight Manufacturing, LLC | Commercial Lines Policy | General Liability Policy | VMGP002404 | March 31, 2016 | March 31, 2017 | $ - |
| 191 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | ADVANCEDSAFETYTRAINING.COM | Undetermined | October 2, 2017 | $ - |
| 192 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | ADVANCEDSAFETYTRAINING.MOBI | Undetermined | October 2, 2017 | $ - |
| 193 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | APEXSERVICESINC.COM | Undetermined | October 2, 2017 | $ - |
| 194 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | BODY-MASTERS.CO | Undetermined | May 15, 2018 | $ - |
| 195 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | BODYMASTERS.CO | Undetermined | July 19, 2018 | $ - |
| 196 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | BODYMASTERS.INFO | Undetermined | July 19, 2018 | $ - |
| 197 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | BODYMASTERS.MOBI | Undetermined | July 5, 2021 | $ - |
| 198 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | BODYMASTERS.NET | Undetermined | July 5, 2021 | $ - |
| 199 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | BODYMASTERS.ORG | Undetermined | July 5, 2021 | $ - |
| 200 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | BODYMASTERS.US | Undetermined | July 5, 2021 | $ - |
| 201 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | HUBCITYIRONWORKS.BIZ | Undetermined | July 5, 2021 | $ - |
| 202 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | HUBCITYIRONWORKS.COM | Undetermined | July 11, 2018 | $ - |
| 203 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | HUBCITYIRONWORKS.INFO | Undetermined | July 11, 2018 | $ - |
| 204 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | HUBCITYIRONWORKS.MOBI | Undetermined | October 2, 2017 | $ - |
| 205 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | HUBCITYIRONWORKS.NET | Undetermined | October 2, 2017 | $ - |
| 206 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | HUBCITYIRONWORKS.ORG | Undetermined | October 2, 2017 | $ - |
| 207 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | HUBCITYIRONWORKS.US | Undetermined | October 2, 2017 | $ - |
| 208 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHT-COMPANIES.BIZ | Undetermined | October 1, 2017 | $ - |
| 209 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHT-COMPANIES.COM | Undetermined | October 1, 2017 | $ - |
| 210 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHT-COMPANIES.INFO | Undetermined | February 7, 2027 | $ - |
| 211 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHT-COMPANIES.MOBI | Undetermined | October 2, 2017 | $ - |
| 212 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHT-COMPANIES.NET | Undetermined | October 2, 2017 | $ - |
| 213 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHT-COMPANIES.ORG | Undetermined | October 2, 2017 | $ - |
| 214 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTFISHINGSERVICES.BIZ | Undetermined | October 2, 2017 | $ - |
| 215 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTFISHINGSERVICES.COM | Undetermined | July 28, 2018 | $ - |
| 216 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTFISHINGSERVICES.INFO | Undetermined | October 2, 2017 | $ - |

* All of the above listed Executory Contracts and Unexpired Leases shall be assumed in their entirety, including any amendments, modifications, supplements, or sub-parts thereto.

8

MM AFFIDAVIT EXHIBIT L

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR ASSUMPTION IDENTIFIED IN THIS NOTICE, AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE.

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS OR UNEXPIRED LEASES FOR ASSUMPTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE.

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Descriptive/Contract ID Number | Beginning Date | Ending Date | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 217 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTFISHINGSERVICES.MOBI | Undetermined | October 2, 2017 | $ - |
| 218 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTFISHINGSERVICES.NET | Undetermined | October 2, 2017 | $ - |
| 219 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTFISHINGSERVICES.ORG | Undetermined | October 2, 2017 | $ - |
| 220 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTFISHINGSERVICES.US | Undetermined | October 2, 2017 | $ - |
| 221 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTMANUFACTURING.BIZ | Undetermined | October 2, 2017 | $ - |
| 222 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTMANUFACTURING.INFO | Undetermined | October 2, 2017 | $ - |
| 223 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTMANUFACTURING.MOBI | Undetermined | October 2, 2017 | $ - |
| 224 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTMANUFACTURING.NET | Undetermined | October 2, 2017 | $ - |
| 225 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTMANUFACTURING.ORG | Undetermined | October 1, 2017 | $ - |
| 226 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTMANUFACTURINGINC.US | Undetermined | October 1, 2017 | $ - |
| 227 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTMANUFACTURINGINC.BIZ | Undetermined | October 1, 2017 | $ - |
| 228 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTMANUFACTURINGINC.INFO | Undetermined | October 2, 2017 | $ - |
| 229 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTMANUFACTURINGINC.INFO | Undetermined | October 2, 2017 | $ - |
| 230 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTMANUFACTURINGINC.MOBI | Undetermined | October 2, 2017 | $ - |
| 231 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTMANUFACTURINGINC.NET | Undetermined | October 2, 2017 | $ - |
| 232 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTMANUFACTURINGINC.ORG | Undetermined | October 1, 2017 | $ - |
| 233 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTOILTOOLS.BIZ | Undetermined | October 1, 2017 | $ - |
| 234 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTOILTOOLS.COM | Undetermined | February 16, 2024 | $ - |
| 235 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTOILTOOLS.INFO | Undetermined | September 26, 2017 | $ - |
| 236 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTOILTOOLS.MOBI | Undetermined | September 27, 2017 | $ - |
| 237 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTOILTOOLS.ORG | Undetermined | September 26, 2017 | $ - |
| 238 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTOILTOOLS.US | Undetermined | September 26, 2018 | $ - |
| 239 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTOILTOOLS.US | Undetermined | September 27, 2017 | $ - |
| 240 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTOILTOOLS.US | Undetermined | October 1, 2017 | $ - |
| 241 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTOIL.COM | Undetermined | June 1, 2018 | $ - |
| 242 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTSAWSERVICES.BIZ | Undetermined | October 2, 2017 | $ - |
| 243 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTSAWSERVICES.INFO | Undetermined | October 2, 2017 | $ - |
| 244 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTSAWSERVICES.MOBI | Undetermined | October 2, 2017 | $ - |
| 245 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTSAWSERVICES.NET | Undetermined | October 2, 2017 | $ - |
| 246 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTSAWSERVICES.ORG | Undetermined | October 2, 2017 | $ - |
| 247 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTSAWSERVICES.US | Undetermined | October 2, 2017 | $ - |
| 248 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTWELLSERVICES.BIZ | Undetermined | October 2, 2017 | $ - |
| 249 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTWELLSERVICES.INFO | Undetermined | October 2, 2017 | $ - |
| 250 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTWELLSERVICES.MOBI | Undetermined | October 2, 2017 | $ - |
| 251 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTWELLSERVICES.NET | Undetermined | October 1, 2017 | $ - |
| 252 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | KNIGHTWELLSERVICES.ORG | Undetermined | February 16, 2027 | $ - |
| 253 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | THEKNIGHTCOMPANIES.BIZ | Undetermined | October 1, 2017 | $ - |
| 254 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | THEKNIGHTCOMPANIES.COM | Undetermined | October 1, 2017 | $ - |
| 255 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | THEKNIGHTCOMPANIES.INFO | Undetermined | October 1, 2017 | $ - |
| 256 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | THEKNIGHTCOMPANIES.NET | Undetermined | October 1, 2017 | $ - |
| 257 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | THEKNIGHTCOMPANIES.ORG | Undetermined | October 1, 2017 | $ - |
| 258 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | THEKNIGHTCOMPANIES.US | Undetermined | October 1, 2017 | $ - |
| 259 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | TRIDRILL.BIZ | Undetermined | October 1, 2017 | $ - |
| 260 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | TRIDRILL.COM | Undetermined | April 27, 2018 | $ - |
| 261 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | TRIDRILL.INFO | Undetermined | October 2, 2017 | $ - |
| 262 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | TRIDRILL.MOBI | Undetermined | October 2, 2017 | $ - |
| 263 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | TRIDRILL.NET | Undetermined | October 2, 2017 | $ - |
| 264 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | TRIDRILL.ORG | Undetermined | October 2, 2017 | $ - |
| 265 | GoDaddy.com LLC | Knight Oil Tools, LLC | License | Domain Name License | TRIDRILL.US | Undetermined | October 2, 2017 | $ - |

\* All of the above listed Executory Contracts and Unexpired Leases shall be assumed in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

MM AFFIDAVIT EXHIBIT L

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR ASSUMPTION IDENTIFIED IN THIS NOTICE, AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

NOTE: THE INCLUSION OF ANY EXECUTORY CONTRACTS OR UNEXPIRED LEASES FOR ASSUMPTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 266 | GoDaddy.com LLC | Knight Oil Tools, LLC | SSL Certificate | Standard SSL Up to 5 | afaridev.knightoiltools.com | Undetermined | October 28, 2017 | $ - |
| 267 | GoDaddy.com LLC | Knight Oil Tools, LLC | SSL Certificate | Standard SSL | clk.knightoiltools.com | Undetermined | December 10, 2017 | $ - |
| 268 | GoDaddy.com LLC | Knight Oil Tools, LLC | SSL Certificate | Standard SSL | vpn.knightoiltools.com | Undetermined | January 12, 2018 | $ - |
| 269 | GoDaddy.com LLC | Knight Oil Tools, LLC | SSL Certificate | Standard SSL | citrix.knightoiltools.com | Undetermined | February 4, 2018 | $ - |
| 270 | GoDaddy.com LLC | Knight Oil Tools, LLC | SSL Certificate | Standard SSL Up to 5 | spam.knightoiltools.com | Undetermined | February 28, 2018 | $ - |
| 271 | GoDaddy.com LLC | Knight Oil Tools, LLC | SSL Certificate | Standard SSL | Storefront.knightoiltools.com | Undetermined | April 25, 2018 | $ - |
| 272 | GoDaddy.com LLC | Knight Oil Tools, LLC | SSL Certificate | Standard SSL Up to 10 | access.knightoiltools.com | Undetermined | October 10, 2018 | $ - |
| 273 | GoDaddy.com LLC | Knight Oil Tools, LLC | SSL Certificate | Standard SSL Up to 5 | afaria.knightoiltools.com | Undetermined | October 10, 2018 | $ - |
| 274 | GoDaddy.com LLC | Knight Oil Tools, LLC | SSL Certificate | Standard SSL | mail.knightoiltools.com | Undetermined | September 9, 2019 | $ - |
| 275 | GoDaddy.com LLC | Knight Oil Tools, LLC | SSL Certificate | Standard SSL | hciworder.hubcityironworks.com | Undetermined | September 15, 2019 | $ - |
| 276 | GoDaddy.com LLC | Knight Oil Tools, LLC | SSL Certificate | Standard SSL Up to 5 | intranet.knightoiltools.com | Undetermined | April 19, 2020 | $ - |
| 277 | Green River Cable TV | Knight Oil Tools, LLC | Service Agreement | Cable and Internet Services | 14906 | Month to Month | Month to Month | $ - |
| 278 | HealthEquity | Knight Oil Tools, LLC | Health Savings Account Agreement | Health Savings Account Agreement | Administrative Services | April 24, 2015 | Undetermined | $ - |
| 279 | HID Global | Knight Oil Tool, LLC | Software License | Software License | ASURE ID ENTERPRISE 7.3 | Undetermined | Undetermined | $ - |
| 280 | HM Life Insurance Company | Knight Energy Holdings, LLC | Stop Loss Insurance Policy | Stop Loss Insurance Policy | HG0984 | January 1, 2017 | December 31, 2017 | $ - |
| 281 | Homeland Insurance Company of New York | Knight Energy Holdings, LLC | Private Company Management Liability Company | Management Liability Policy | MML-07066-17 | March 31, 2017 | March 2, 2021 | $ - |
| 282 | HYG Financial Services, Inc. | Knight Energy Holdings, LLC | Master Lease Agreement | Master Lease Agreement | Hyster Forklift | March 2, 2017 | March 2, 2021 | $ - |
| 283 | Hymec Ltd | Knight Oil Tools, LLC | Independent Contractor Agreement | Independent Contractor Agreement | Independent Contractor Agreement | January 1, 2017 | January 1, 2018 | $ - |
| 284 | Hypertherm Inc. | Knight Manufacturing, LLC | Software License | Software License | ProNest 2017 | June 2017 | June 2018 | $ - |
| 285 | Illinois Union Insurance Company (Ace) | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Lines Policy | CLR-G217059925 | March 31, 2007 | March 31, 2008 | $ - |
| 286 | Illinois Union Insurance Company (Ace) | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Lines Policy | CLR-G23741660 | March 31, 2008 | March 31, 2009 | $ - |
| 287 | Illinois Union Insurance Company (Ace) | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Lines Policy | CLR-G27333576 | March 31, 2009 | March 31, 2010 | $ - |
| 288 | Illinois Union Insurance Company (Ace) | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Lines Policy | CLR-G24941565 | March 31, 2010 | March 31, 2011 | $ - |
| 289 | Illinois Union Insurance Company (Ace) | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Lines Policy | CLR-G25528396 | March 31, 2011 | March 31, 2012 | $ - |
| 290 | Illinois Union Insurance Company (Ace) | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Lines Policy | CLR-G27009207 | March 31, 2012 | March 31, 2013 | $ - |
| 291 | Illinois Union Insurance Company (Ace) | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Lines Policy | CLR-G27019742 | March 31, 2013 | March 31, 2014 | $ - |
| 292 | Illinois Union Insurance Company (Ace) | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Lines Policy | CLR-G27333576 | March 31, 2014 | March 31, 2015 | $ - |
| 293 | Illinois Union Insurance Company (Ace) | Knight Oil Tools, LLC | Commercial Lines Policy | Commercial Lines Policy | CLR-G27339341A | March 31, 2015 | March 31, 2016 | $ - |
| 294 | Intuit, Inc. | Knight Oil Tool, LLC | Software License | Software License | QUICKBOOKS | Undetermined | Undetermined | $ - |

* All of the above listed Executory Contracts and Unexpired Leases shall be assumed in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

MM AFFIDAVIT EXHIBIT L

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR ASSUMPTION IDENTIFIED IN THIS NOTICE, AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE.

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS OR UNEXPIRED LEASES FOR ASSUMPTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 295 | IPFS Corporation | Knight Energy Holdings, LLC | Confidentiality Agreement | Confidentiality Agreement | Confidentiality agreement | March 30, 2016 | Undetermined | $ - |
| 296 | Kenneth R. Puch dba Kenneth Puch Construction | Knight Energy Holdings, LLC | Commercial Lease Agreement | Real Estate Lease | Properties located at 5334-1B Sandy Lane, Kenai, AK 99611 and 42730-B Kenai Spur Hwy, Kenai, AK 99611 | December 17, 2017 | December 31, 2017 | $ - |
| 297 | Kofax Inc. | Knight Oil Tool, LLC | Software License | Software License | KOFAX VRS | Undetermined | Undetermined | $ - |
| 298 | Liberty Mutual Fire Insurance Company | Knight Energy Holdings, LLC | RM Select Policy | Real Property, Personal property, equipment breakdown, and extra expense insurance | YU2-L9L-462295-017 | March 31, 2017 | March 31, 2018 | $ - |
| 299 | Liberty Mutual Fire Insurance Company | Knight Family Enterprises, L.L.C. | RM Select Policy | Real Property, Personal property, equipment breakdown, and extra expense insurance | YU2-L9L-439463-017 | March 31, 2017 | March 31, 2018 | $ - |
| 300 | Liberty Mutual Fire Insurance Company | Knight Energy Holdings, LLC | RM Select Policy | Real Property, Personal property, equipment breakdown, and extra expense insurance | YU2-L9L-462295-027 | March 31, 2017 | March 31, 2018 | $ - |
| 301 | Liberty Mutual Fire Insurance Company | Knight Energy Holdings, LLC | RM Select Policy | Real Property, Personal property, equipment breakdown, and extra expense insurance | YU2-L9L-462295-016 | March 31, 2016 | March 31, 2017 | $ - |
| 302 | Liberty Mutual Fire Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | Real Property, Personal property, equipment breakdown, and extra expense insurance | YU2-L9L-462295-026 | March 31, 2016 | March 31, 2017 | $ - |
| 303 | Liberty Mutual Fire Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | Real Property, Personal property, equipment breakdown, and extra expense insurance | YU2-L9L-439463-016 | March 31, 2016 | March 31, 2017 | $ - |
| 304 | Liberty Mutual Fire Insurance Company | Knight Energy Holdings, LLC | Workers Compensation | Workers Compensation Insurance | WC2-641-444744-026 | March 31, 2016 | March 31, 2017 | $ - |
| 305 | Liberty Mutual Insurance | Knight Energy Holdings, LLC | Confidentiality Agreement | Confidentiality Agreement | Confidentiality agreement | March 25, 2016 | Undetermined | $ - |
| 306 | Liberty Mutual Insurance | Knight Energy Holdings, LLC | Commercial Lines Policy | Commercial Auto Coverage | AS2-641-444744-016 | March 31, 2016 | March 31, 2017 | $ - |
| 307 | Life Insurance Company of North America (Cigna) | Knight Oil Tools, LLC | Life Insurance Policy | Life Insurance Policy | FLX-967234 | January 1, 2016 | March 31, 2017 | $ - |
| 308 | Life Insurance Company of North America (Cigna) | Knight Energy Holdings, LLC | Short-term Disability Policy | Short-term Disability Policy | LK-751979 | January 1, 2016 | December 31, 2017 | $ - |
| 309 | Life Insurance Company of North America (Cigna) | Knight Energy Holdings, LLC | Accidental Death & Dismemberment Life Insurance Policy | Accidental Death & Dismemberment Life Insurance Policy | OK-968745 | January 1, 2016 | December 31, 2017 | $ - |
| 310 | Life Insurance Company of North America (Cigna) | Knight Oil Tools, LLC | Long-term Disability Policy | Long-term Disability Policy | LK-964969 | January 1, 2016 | December 31, 2017 | $ - |
| 311 | Life Insurance Company of North America (Cigna) | Agreement for Life Assistance Program Services | Long-term Disability Policy | Long-term Disability Policy | LK-964969 | January 1, 2016 | December 31, 2017 | $ - |
| 312 | LogMeIn, Inc. | Knight Oil Tools, LLC | Software License | Software License | LogMeIn Software | December 12, 2016 | December 31, 2017 | $ 1,499.00 |
| 313 | LogMeIn, Inc. | Knight Oil Tools, LLC | Software License | Software License | Last Pass Software | March 25, 2017 | March 25, 2018 | $ - |
| 314 | LogMeIn, Inc. | Knight Oil Tool, LLC | Software License | Software License | Malware Bytes | Undetermined | Undetermined | $ 6,728.00 |
| 315 | Maxum Indemnity Company | Knight Energy Holdings, LLC | Excess Insurance Declarations | Excess Insurance Declarations | MXN-6030772-01 | March 31, 2017 | March 31, 2018 | $ - |

\* All of the above listed Executory Contracts and Unexpired Leases shall be assumed in their entirety including any amendments, modifications, supplements or sub-parts thereto.

11

MM AFFIDAVIT EXHIBIT L

**EXHIBIT A**

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR ASSUMPTION IDENTIFIED IN THIS NOTICE AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR ASSUMPTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 316 | Maxum Indemnity Company | HMC Leasing, LLC | Excess Insurance Declarations | Excess Insurance Declarations | MXN-6030772-01 | March 31, 2017 | March 31, 2018 | $ - |
| 317 | Maxum Indemnity Company | Knight Family Enterprises, L.L.C. | Excess Insurance Declarations | Excess Insurance Declarations | MXN-6030772-01 | March 31, 2017 | March 31, 2018 | $ - |
| 318 | McAfee | Knight Oil Tool, LLC | Software License | Software License | McAfee | Undetermined | Undetermined | $ - |
| 319 | Metal One America, Inc | Knight Manufacturing, LLC | Warehouse Agreement | Warehouse Agreement | Storage Agreement | Undetermined | Undetermined | $ - |
| 320 | Microsoft Corporation | Knight Energy Holdings LLC | Master Products and Services Agreement | Software License | Volume Licensing Agreement | June 30, 2016 | Undetermined | $ - |
| 321 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | Windows Enterprise | April 22, 2013 | Undetermined | $ - |
| 322 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | Office Professional | April 22, 2013 | Undetermined | $ - |
| 323 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | Project Standard | April 22, 2013 | Undetermined | $ - |
| 324 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | Visio Standard | April 22, 2013 | Undetermined | $ - |
| 325 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | Visio Professional | April 22, 2013 | Undetermined | $ - |
| 326 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | Visual Studio Professional with MSDN | April 22, 2013 | Undetermined | $ - |
| 328 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | Visual Studio Enterprise with MSDN | April 22, 2013 | Undetermined | $ - |
| 329 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | CORE CAL Suite (Exchange, Lync, SharePoint, System Center Configuration Manager, System Center Endpoint Protection, Windows Server) | April 22, 2013 | Undetermined | $ - |
| 330 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | Windows Remote Desktop Services - User CAL | April 22, 2013 | Undetermined | $ - |
| 331 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | System Center Client Management Suite | April 22, 2013 | Undetermined | $ - |
| 332 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | Lync Server Enterprise - Device CAL | April 22, 2013 | Undetermined | $ - |
| 333 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | Exchange Server Enterprise CAL - User CAL | April 22, 2013 | Undetermined | $ - |
| 334 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | SharePoint Server Enterprise CAL - User CAL | April 22, 2013 | Undetermined | $ - |
| 335 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | Windows Server - Standard | April 22, 2013 | Undetermined | $ - |
| 336 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | Windows Server Datacenter | April 22, 2013 | Undetermined | $ - |
| 337 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | SQL Server Standard - Core License | April 22, 2013 | Undetermined | $ - |
| 338 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | SQL Server Enterprise - Core License | April 22, 2013 | Undetermined | $ - |
| 339 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | Exchange Server - Standard | April 22, 2013 | Undetermined | $ - |
| 340 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | SharePoint Server | April 22, 2013 | Undetermined | $ - |

* All of the above listed Executory Contracts and Unexpired Leases shall be assumed in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

12

17-51014 - #488-1 File 11/06/17 Enter 11/06/17 21:14:58 Exhibit A Pg 12 of 14

MM AFFIDAVIT EXHIBIT L

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR ASSUMPTION IDENTIFIED IN THIS NOTICE AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE. NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS OR UNEXPIRED LEASES FOR ASSUMPTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE.

| Contract # | Counterparty | Debtor | Title of Lease/Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 341 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | System Center Standard | April 22, 2013 | Undetermined | $ - |
| 342 | Microsoft Corporation | Knight Energy Holdings LLC | Enterprise Agreement (EA) | Software License | System Center DataCenter | April 22, 2013 | Undetermined | $ - |
| 343 | Microsoft Corporation | Knight Energy Holdings LLC | Select Plus Agreement | Software License | Windows Enterprise - Shared | June 25, 2013 | Undetermined | $ - |
| 344 | Microsoft Corporation | Knight Energy Holdings LLC | Select Plus Agreement | Software License | Windows Server - Device CAL | June 25, 2013 | Undetermined | $ - |
| 345 | Microsoft Corporation | Knight Energy Holdings LLC | Select Plus Agreement | Software License | Office Standard | June 25, 2013 | Undetermined | $ - |
| 346 | Mitel Netsolutions Inc. | Knight Oil Tool, LLC | Software Agreement | Software License | Phone System Software | Undetermined | Undetermined | $ - |
| 347 | National Union Fire Insurance Company of Pittsburgh, PA | Knight Energy Holdings, LLC | Confidentiality Agreement | Confidentiality Agreement | Confidentiality agreement | March 28, 2016 | Undetermined | $ - |
| 348 | Nemont Communications Inc. | Knight Oil Tools LLC | Service Agreement | Telecom Services | 7378400 | October 14, 2013 | Month to Month | $ - |
| 349 | Nemont Communications Inc. | Knight Oil Tools LLC | Service Agreement | Telecom Services | 7478900 | Undetermined | Month to Month | $ - |
| 350 | Nemont Communications Inc. | Knight Manufacturing, LLC | Service Agreement | Internet Services | 8857200 | October 14, 2013 | Month to Month | $ - |
| 351 | New Tech Systems Inc. | Knight Oil Tools LLC | Service Agreement | Software License | Vidaq | Undetermined | Undetermined | $ - |
| 352 | Northwest Communications Corp. | Knight Oil Tools LLC | Service Agreement | Internet Services | 1487800 | Undetermined | Month to Month | $ - |
| 353 | Nuance Communications Inc. | Knight Oil Tools, LLC | Software License | Software License | SCANSOFT PDF CONVERTER | Undetermined | Undetermined | $ - |
| 354 | Oasis Petroleum North America LLC | | Paid Up Oil and Gas Lease | Paid Up Oil and Gas Lease | City of Williston, Original Townsite, Lots 1,2,3,4 Block 26 in County of Williams, State of North Dakota | September 19, 2014 | September 19, 2018 | $ - |
| 355 | Open Systems, Inc. | Knight Oil Tool, LLC | Software License | Software License | Traverse | Undetermined | Undetermined | $ - |
| 356 | Paessler AG | Knight Oil Tool, LLC | Software License | Software License | PRTG Network Monitor | March 31, 2017 | March 31, 2018 | $ - |
| 357 | Philadelphia Insurance Companies | El Caballero Ranch, Inc. | Commercial Lines Policy | Commercial Lines Policy | PHPK1607493 | March 31, 2017 | March 31, 2018 | $ - |
| 358 | Philadelphia Insurance Companies | El Caballero Ranch, Inc. | Commercial Lines Policy | Commercial Lines Policy | PHPK1450419 | March 31, 2016 | March 31, 2017 | $ - |
| 359 | Pitney Bowes Inc. | Knight Oil Tools, LLC | Lease Agreement | Postage Meter Lease Agreement - Lessee | Postage Meter Lease Agreement | June 22, 2017 | June 21, 2021 | $ - |
| 360 | PNC Bank, National Association | Knight Oil Tools, LLC | Agency Agreement | 401(k) Plan | Plan Administrator | July 10, 2017 | Undetermined | $ - |
| 361 | Pointer Group LLC | Knight Energy Holdings, LLC | Confidentiality Agreement | Confidentiality Agreement | Confidentiality agreement | March 24, 2016 | Undetermined | $ - |
| 362 | Property Boulevard Inc. | HMC Leasing, LLC | Software License | Software License | Property Boulevard | Undetermined | Undetermined | $ - |
| 363 | Provisio LLC | Knight Oil Tool, LLC | Software License | Software License | PROVISIO SITEKIOSK BASIC | Undetermined | Undetermined | $ - |
| 364 | ResortQuest Real Estate | | Exclusive Right of Sale Listing Agreement | Real Estate Sale Listing Agreement | "Seaside Property" - 2288 E Co Hwy. 30A Santa Rosa Beach FL 32459 | May 26, 2017 | February 26, 2018 | $ - |
| 365 | Roberts Armyage & Partners | HMC Leasing, LLC | MRC Slip | Marine Cargo and Equipment Insurance | B136E170737 | March 31, 2017 | March 31, 2018 | $ - |
| 366 | Roberts Armyage & Partners | Knight Energy Holdings, LLC | Commercial Lines Policy | Excess Liabilities Insurance | B1368E160527 | March 31, 2016 | March 31, 2017 | $ - |
| 367 | Rockwell Automation Inc. | Knight Oil Tool, LLC | Software License | Software License | ROCKWELL RSLINX CLASSIC SINGLE NODE PLC SOFTWARE | Undetermined | Undetermined | $ 8,750.00 |
| 368 | S&P Global Plats | Knight Oil Tools, LLC | Master Subscription Agreement | Technology License Agreement | Technology License Agreement | April 26, 2017 | April 26, 2018 | $ - |
| 369 | Sean Systems Corp | Tri Drill LLC | Software License | Software License | TDSW | Undetermined | Undetermined | $ 1,200.00 |

* All of the above listed Executory Contracts and Unexpired Leases shall be assumed in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

MM AFFIDAVIT EXHIBIT L

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IDENTIFIED IN THIS NOTICE OR THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE. NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS OR UNEXPIRED LEASES FOR ASSUMPTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE.

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 370 | Smart Technologies Corporation | Knight Oil Tool, LLC | Software License | Software License | SMART MEETING PRO (ROOM EDITION) | Undetermined | Undetermined | $ - |
| 371 | Software Pursuits Inc. | Knight Oil Tool, LLC | Software Upgrade and Support Plan | Software Upgrade and Support Plan | SureSync Pro Software | November 2016 | November 2017 | $ 275 |
| 372 | Solarwinds Inc. | Knight Oil Tool, LLC | Software License | Software License | WebHelpDesk | Undetermined | Undetermined | $ - |
| 373 | Solarwinds Inc. | Knight Oil Tool, LLC | Software License | Software License | DAMEWARE MINI REMOTE CONTROL DMRC5 | Undetermined | Undetermined | $ - |
| 374 | StarNet Insurance Company | Knight Energy Holdings, LLC | Commercial Lines Policy | Commercial Auto Coverage | ECA 3139176 - 10 | March 31, 2017 | March 31, 2018 | $ - |
| 375 | Sweetwater Cable TV | Knight Oil Tools LLC | Service Agreement | Internet Services | 17427 | Undetermined | Month to Month | $ - |
| 376 | Tableau Software | Knight Oil Tools LLC | Software License | Software License | TABLEAU DESKTOP | Undetermined | Undetermined | $ - |
| 377 | TechSmith Corporation | Knight Oil Tools, LLC | Software License | Software License | CAMTASIA STUDIO | Undetermined | Undetermined | $ - |
| 378 | TechSmith Corporation | Knight Oil Tools, LLC | Software License | Software License | SNAGIT VERSION 7.1 | Undetermined | Undetermined | $ - |
| 379 | The First National Bank of Jeanerette | Knight Energy Holdings, LLC | Business Loan Agreement | Business Loan Agreement | Business Loan Agreement | March 30, 2017 | January 31, 2018 | $ - |
| 380 | The Ultimate Software Group Inc. | Knight Oil Tools, LLC | Intersourcing Service Model Agreement | Service Level Agreement | UltiPro Software License and Support | July 1, 2017 | July 1, 2018 | $ - |
| 381 | Total Administrative Services Corporation | Knight Oil Tools, LLC | Service Level Agreement | Service Level Agreement | Flex Spending and COBRA | Undetermined | Undetermined | $ - |
| 382 | Total Administrative Services Corporation | Knight Oil Tools, LLC | Business Associate Agreement | Business Associate Agreement | Flex Spending and COBRA | Undetermined | Undetermined | $ - |
| 383 | Travelers Casualty and Surety Company of America | Knight Energy Holdings, LLC | Confidentiality Agreement | Confidentiality Agreement | Confidentiality agreement | March 4, 2016 | Undetermined | $ - |
| 384 | Tri-State Tools & Inspection, LLC | Knight Oil Tools, LLC | Bill of Sale, Assignment and Assumption Agreement | Bill of Sale, Assignment and Assumption Agreement | Bill of Sale, Assignment and Assumption Agreement | July 2, 2012 | Undetermined | $ - |
| 385 | Tri-State Tools & Inspection, LLC | Knight Oil Tools, LLC | Bill of Sale, Assignment and Assumption Agreement | Bill of Sale, Assignment and Assumption Agreement | Bill of Sale, Assignment and Assumption Agreement | July 2, 2012 | Undetermined | $ - |
| 386 | Tri-State Tools & Inspection, LLC | Tri-Drill, LLC | Asset Purchase Agreement and Amendments | Asset Purchase Agreement and Amendments | Asset Purchase Agreement and Amendments | June 25, 2012 | Undetermined | $ - |
| 387 | Tri-State Tools & Inspection, LLC | Tri-Drill, LLC | Asset Purchase Agreement and Amendments | Asset Purchase Agreement and Amendments | Asset Purchase Agreement and Amendments | June 25, 2012 | Undetermined | $ - |
| 388 | Verizon Wireless | Knight Oil Tools LLC | Verizon Wireless Entity Agreement | Wireless Phone Services | 913354657-001 | December 27, 2011 | June 16, 2019 | $ - |
| 389 | Verizon Wireless | Knight Oil Tools LLC | Verizon Wireless Entity Agreement | Wireless Phone Services | 913354657-001 | December 27, 2011 | June 16, 2019 | $ - |
| 390 | Verizon Wireless | Knight Oil Tools LLC | Verizon Wireless Entity Agreement | Wireless Phone Services | 913354657-001 | June 27, 2011 | June 20, 2019 | $ - |
| 391 | VMware Inc. | Knight Oil Tools, LLC | Software License | Software License | VMWare VSphere Enterprise License and Support | July 28, 2017 | August 21, 2018 | $ - |
| 392 | Wellbore Fishing & Rental Tools, LLC | Knight Oil Tools, LLC | Master Subrental Agreement | Service Agreement | Equipment Rental | March 26, 2014 | Month to Month | $ 246.41 |
| 393 | WinShuttle LLC | Knight Oil Tool, LLC | Software License | Software License | WINSHUTTLE RUNNER | Undetermined | Undetermined | $ - |
| 394 | WinShuttle LLC | Knight Oil Tool, LLC | Software License | Software License | WINSHUTTLE TRANSACTION | Undetermined | Undetermined | $ - |
| 395 | Wonderware | Knight Oil Tool, LLC | Software License | Software License | WONDERWARE INDUSOFT WEB STUDIO DEVELOPER LICENSE | Undetermined | Undetermined | $ - |
| | | | | | | | | $ 31,364.34 |

* All of the above listed Executory Contracts and Unexpired Leases shall be assumed in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

14

MM AFFIDAVIT EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE | § | CIVIL ACTION NO. 6:21-CV-041919 |
| COMPANY (f/k/a CHARTIS | § | |
| SPECIALTY INSURANCE COMPANY) | § | |
| | § | JUDGE ROBERT R SUMMERHAYS |
| VS. | § | |
| | § | |
| KNIGHT OIL TOOLS, INC. | § | MAGISTRATE CAROL B WHITEHURST |

# MORRIS
# AFFIDAVIT
# EXHIBIT M

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-51014 |
| KNIGHT ENERGY HOLDINGS, LLC, *ET AL.*[1] | (JOINTLY ADMINISTERED) |
| DEBTORS | CHAPTER 11 |
| | JUDGE ROBERT SUMMERHAYS |

### OBJECTION TO PROOFS OF CLAIM NUMBERS 129 (CASE NO. 17-51014) AND 14 (CASE NO. 17-51027) FILED BY AIG PROPERTY CASUALTY, INC.

**NOW INTO COURT**, through undersigned counsel, Knight Energy Holdings, LLC ("KEH"); Knight Oil Tools, LLC; Knight Manufacturing, LLC; KDCC, LLC, f/k/a Knight Well Services, LLC; Tri-Drill, LLC; Advanced Safety & Training Management, LLC; Knight Security, LLC; Knight Information Systems, LLC; El Caballero Ranch, Inc.; Rayne Properties, LLC; Knight Aviation, LLC; Knight Research & Development, LLC; Knight Family Enterprises, LLC; HMC Leasing, LLC ("HMC"); and HMC Investments, LLC, as reorganized debtors, (collectively, "Debtors"), and, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, file this Objection (the "Objection") to Proof of Claim Number 129 filed against Knight Energy Holdings, LLC in Case No. 17-51014 and Proof of Claim Number 14 filed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (9787) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (7235) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (8254) (Case No. 17-51029). The Debtors' service address is 2727 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 2725 SE Evangeline Thruway, Lafayette, Louisiana 70508.

{00362346-1}

MM AFFIDAVIT EXHIBIT M

against HMC Leasing, LLC in Case No. 17-51027 (collectively, the "Claims") by AIG Property Casualty, Inc. and its affiliates ("AIG"), and in support thereof, state as follows:

## FACTS AND PROCEDURAL HISTORY

1.      On June 8, 2017, the Debtors filed voluntary petitions under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101, *et seq.* with this Court.

2.      The Debtors' Chapter 11 cases have been jointly administered and consolidated for procedural purposes under the lead case KEH, case number 17-51014.

3.      On September 21, 2017, AIG filed the Claims, asserting unsecured claims in an undetermined amount based on certain insurance services provided to KEH and HMC. The Claims are "protective" proofs of claim based on amounts owed that are related to certain insurance policies between the Debtors and AIG ("AIG Policies").

4.      On November 6, 2017, the Debtors filed the *Notice of Assumption of Executory Contracts and Unexpired Leases and Proposed Cure Costs for Such Executory Contracts and Unexpired Leases Pursuant to Debtors' Joint Chapter 11 Plan of Reorganization as of October 17, 2017 [P-147]* [Dkt. No. 488] (the "Assumption Notice"), listing the AIG Policies as executory contracts to be assumed under the *Joint Chapter 11 Plan of Reorganization as of November 29, 2017* [P-573] (hereinafter referred to as the "Plan")[2].

5.      On December 1, 2017, this Court entered an order (the "Confirmation Order") [P-576] confirming the Plan.  The Plan became effective on December 12, 2017 [P-589] (the "Effective Date").

6.      Pursuant to Article V(D) of the Plan, upon the occurrence of the Effective Date, all Insurance Policies were deemed accepted in their entirety.

---

[2] Capitalized terms not defined herein are as defined in the Plan.

MM AFFIDAVIT EXHIBIT M

7.    Pursuant to the Assumption Notice and the Plan, the Debtors assumed the AIG Policies.

## RELIEF REQUESTED

8.    Out of an abundance of caution[3], by this Objection, the Debtors request that the Court enter an order disallowing the Claims in their entirety.

## BASIS FOR OBJECTION

9.    The Claims filed by AIG were protective proofs of claim. The Debtors assumed the AIG Policies under the Plan; therefore, there is no liability associated with any of these claims. Additionally, the Debtors are current with respect to the premiums and other related costs associated with the AIG Policies.

10.    For the foregoing reason, the Debtors object to the Claims, and request that this Court enter an order disallowing and expunging the Claims.

## RESERVATION OF RIGHT

11.    This Objection is limited to the grounds stated herein.  Accordingly, it is without prejudice to the rights of the Debtors or any other party in interest to object to the Claims on any grounds whatsoever and the Debtors expressly reserve all further substantive or procedural objections they may have.  Nothing contained herein should be construed as: (a) an admission as to the validity of all or any portion of a prepetition claim against any Debtor, except to the extent described in the Debtors' schedules; (b) a waiver of any party's right to dispute any prepetition

---

[3] The Assumption Notice provides:

> Any and all Proofs of Claim...based upon any of the Executory Contracts...that have been assumed in the Chapter 11 Cases...shall be deemed disallowed and expunged as of the Effective Date without the need for any objection thereto or any further notice to or action, order, or approval of the Bankruptcy Court.

*See* Assumption Notice p. 4.

MM AFFIDAVIT EXHIBIT M

claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief this objection requests; (e) a request or authorization to assume any prepetition agreement, contract, or lease under Section 365 of the Bankruptcy Code; or (f) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law.

## NOTICE

12.     The Debtors have served a copy of this Objection on (i) the Office of the United States Trustee, (ii) AIG Property Casualty, Inc. and/or its counsel, and (iii) any parties entitled to notice pursuant to *Order Limiting Notice* [Dkt. No. 46]. The Debtors submit that notice of this Objection is sufficient under Bankruptcy Rule 3007 and that no further notice is necessary.

**WHEREFORE**, the Debtors respectfully request that the Court enter an Order disallowing and expunging Proof of Claim Number 129 filed against Knight Energy Holdings, LLC in Case No. 17-51014 and Proof of Claim Number 14 filed against HMC Leasing, LLC in Case No. 17-51027 by AIG Property Casualty, Inc., and granting such other further relief to which they may be entitled.

Dated:  April 11, 2018.

Respectfully submitted,

*/s/ Tristan E. Manthey*
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey, (La. Bar No. 24539)
Cherie Dessauer Nobles, (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone:  504-299-3300 // Fax:  504-299-3399
**Counsel for Debtors**

MM AFFIDAVIT EXHIBIT M

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE | § | CIVIL ACTION NO. 6:21-CV-041919 |
| COMPANY (f/k/a CHARTIS | § | |
| SPECIALTY INSURANCE COMPANY) | § | |
| | § | JUDGE ROBERT R SUMMERHAYS |
| VS. | § | |
| | § | |
| KNIGHT OIL TOOLS, INC. | § | MAGISTRATE CAROL B WHITEHURST |

# MORRIS AFFIDAVIT EXHIBIT N

1

2

**REPORTER'S RECORD**

FILED IN
10th COURT OF APPEALS
WACO, TEXAS

Volume 1 of 10

12/12/2018 7:21:00 AM

SHARRI ROESSLER
Court of Appeals No. 10-18-00284-CV Clerk

Trial Court Cause No. 0-10-498

RIPPY OIL COMPANY                    *          IN THE DISTRICT COURT

RIPPY INTEREST, L.L.C.               *

THE GENECOV GROUP, INC.              *

AND JOHN D. PROCTOR                  *

VS.                                  *          OF LEON COUNTY, TEXAS

KNIGHT OIL TOOLS, INC.               *

AND PIONEER DRILLING                 *

COMPANY                              *          278TH JUDICIAL DISTRICT

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

MASTER CHRONOLOGICAL INDEX

And

ALPHABETICAL WITNESS INDEX

May 1, 2, 3, 4, 7, 8, 9 and 10, 2018

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

SHERRY STEPHENS, C.S.R.

MM AFFIDAVIT EXHIBIT N

1                        **MASTER INDEX**

2                                                          PAGE

3              VOLUME 2 OF 10, MAY 1, 2018

4    Jury Voir Dire

5        Plaintiff's Attorney (Tekell)              40

6        Defendant's Attorney (Donato)              83

7    Jury Empanelled                                121

8    Plaintiff's Opening Statement (Slusser)        129

9    Defendant's Opening Statement (Donato)         153

10             VOLUME 3 OF 10, MAY 2, 2018

11                 Plaintiff's Witnesses

12   CHARLES GLEN RIPPY

13     Direct Examination (Slusser)                  8

14         Plaintiff's Exhibit No. 1 admitted        10

15         Plaintiff's Exhibit No. 2 admitted        89

16         Plaintiff's Exhibit No. 3 admitted        89

17         Plaintiff's Exhibit No. 4 admitted        89

18         Plaintiff's Exhibit No. 5 admitted        89

19         Plaintiff's Exhibit No. 6 admitted        89

20         Plaintiff's Exhibit No. 7 admitted        135

21         Plaintiff's Exhibit No. 8 admitted        135

22         Plaintiff's Exhibit No. 9 admitted        137

23         Plaintiff's Exhibit No. 11 admitted       143

24         Plaintiff's Exhibit No. 12 admitted       143

25         Plaintiff's Exhibit No. 13 admitted       143

SHERRY STEPHENS, C.S.R.

MM AFFIDAVIT EXHIBIT N

1   **MASTER INDEX — PAGE 2**

2                                                                  PAGE

3   Volume 3 of 10 (cont.)

4        Plaintiff's Exhibit No. 14 admitted              143

5        Plaintiff's Exhibit No. 15 admitted              143

6        Plaintiff's Exhibit No. 22 admitted              115

7        Plaintiff's Exhibit No. 23 admitted               44

8        Plaintiff's Exhibit No. 24 admitted               39

9        Plaintiff's Exhibit No. 35 admitted               16

10       Plaintiff's Exhibit No. 36 admitted              152

11       Plaintiff's Exhibit No. 37 admitted              152

12       Plaintiff's Exhibit No. 38 admitted              152

13   Cross-Examination (Sunosky)                          161

14       Defendant's Exhibit No. 14 admitted              216

15       Defendant's Exhibit No. 15 admitted              217

16       Defendant's Exhibit No. 111 admitted             182

17       Defendant's Exhibit No. 115 admitted             188

18                  VOLUME 4 OF 10, MAY 3, 2018

19                     Plaintiff's Witnesses

20       Plaintiff's Exhibit No. 16 admitted                4

21       Plaintiff's Exhibit No. 17 admitted                4

22       Plaintiff's Exhibit No. 18 admitted                4

23       Plaintiff's Exhibit No. 20 admitted                4

24       Plaintiff's Exhibit No. 21 admitted                4

25       Plaintiff's Exhibit No. 39 admitted                4


                    SHERRY STEPHENS, C.S.R.

                                        MM AFFIDAVIT EXHIBIT N

**MASTER INDEX - PAGE 3**

PAGE

Volume 4 of 10, May 3, 2018 (cont.)

    Defendant's Exhibit No. 13 admitted    4

    Defendant's Exhibit No. 22 admitted    4

    Defendant's Exhibit No. 23 admitted    4

    Defendant's Exhibit No. 60 admitted    4

    Defendant's Exhibit No. 64 admitted    4

    Defendant's Exhibit No. 76 admitted    4

    Defendant's Exhibit No. 85 admitted    4

    Defendant's Exhibit No. 127 admitted    4

    Defendant's Exhibit No. 130 admitted    4

CHARLES RIPPY (For The Plaintiffs)

    Cross-Examination (Sunosky)    8

    Redirect Examination (Slusser)    83

    Recross Examination (Sunosky)    109

    Further Redirect Examination (Slusser)    121

    Plaintiff's Exhibit No. 26 admitted    124

    Plaintiff's Exhibit No. 27 admitted    124

    Plaintiff's Exhibit No. 28 admitted    124

    Plaintiff's Exhibit No. 29 admitted    124

    Plaintiff's Exhibit No. 30 admitted    124

    Plaintiff's Exhibit No. 31 admitted    124

    Plaintiff's Exhibit No. 32 admitted    124

    Plaintiff's Exhibit No. 33 admitted    124

MM AFFIDAVIT EXHIBIT N

1    **MASTER INDEX - PAGE 4**

2                                                              PAGE

3    Volume 4 of 10, May 3, 2018 (cont.)

4         Plaintiff's Exhibit No. 34 admitted          124

5    CURTIS DALE IGNASIAK (For The Plaintiffs)

6      Examination by Deposition                       127

7    DANIEL M. ROGERS (For The Plaintiffs)

8      Examination by Deposition                       131

9    GRANT PETERSON (For The Plaintiffs)

10     Direct Examination (Tekell)                     132

11     Cross-Examination (Donato)                      144

12   GEORGE HITE (For The Plaintiffs)

13     Direct Examination (Tekell)                     158

14     Cross-Examination (Sunosky)                     177

15     Redirect Examination (Tekell)                   191

16                  Defendant's Witnesses

17   CHARLES RIPPY (For The Defendants)

18     Direct Examination (Donato)                     194

19       Court's Exhibit No. 1 admitted                201

20       Court's Exhibit No. 2 admitted                201

21       Court's Exhibit No. 3 admitted                201

22       Court's Exhibit No. 4 admitted                201

23       Court's Exhibit No. 5 admitted                201

24       Court's Exhibit No. 6 admitted                201

25       Court's Exhibit No. 7 admitted                201

SHERRY STEPHENS, C.S.R.

MM AFFIDAVIT EXHIBIT N

1    **MASTER INDEX – PAGE 5**

2                                                                PAGE

3    Volume 4 of 10, May 3, 2018 (cont.)

4    CHARLES RIPPY (cont.)

5       Cross-Examination (Slusser)                              207

6                    VOLUME 5 OF 10, MAY 4, 2018

7                    Plaintiff's Witnesses

8       Plaintiff's Exhibit No. 40 admitted                       16

9    TED BRUNO (For The Plaintiffs)

10      Examination By Deposition                                 19

11      Plaintiff's Exhibit No. 41 admitted                       20

12   HILTON PREJEAN (For The Plaintiffs)

13      Examination By Deposition                                 82

14                   VOLUME 6 OF 10, MAY 7, 2018

15      Defendant's Exhibit No. 1 admitted                        21

16      Defendant's Exhibit No. 75 admitted                       21

17      Defendant's Exhibit No. 109 admitted                      21

18      Defendant's Exhibit No. 118 admitted                      21

19      Defendant's Exhibit No. 128 admitted                      20

20      Defendant's Exhibit No. 131 admitted                      20

21      Defendant's Exhibit No. 132 admitted                      21

22      Defendant's Exhibit No. 173 admitted                      20

23      Defendant's Exhibit No. 174 admitted                      21

24      Defendant's Exhibit No. 175 admitted                      20

25      Defendant's Exhibit No. 176 admitted                      20

SHERRY STEPHENS, C.S.R.

MM AFFIDAVIT EXHIBIT N

1  **MASTER INDEX — PAGE 6**

2                                                      PAGE

3  Volume 6 of 10, May 7, 2018

4                          Plaintiff's Witnesses

5  HILTON PREJEAN (For The Plaintiffs)

6     Examination by Deposition                        23

7                       Defendant's Witnesses

8  DAVID WATSON (For The Defendants)

9     Direct Examination (Donato)                      69

10                   VOLUME 7 OF 10, MAY 8, 2018

11       Defendant's Exhibit No. 136 admitted          4

12       Defendant's Exhibit No. 179 admitted          4

13       Defendant's Exhibit No. 180 admitted          4

14       Defendant's Exhibit No. 182 admitted          4

15                    Defendant's Witnesses

16  DAVID WATSON (For The Defendant)

17     Direct Examination (Donato)                     5

18       Defendant's Exhibit No. 21 admitted           90

19     Cross-Examination (Slusser)                     91

20       Plaintiff's Exhibit No. 42 admitted           93

21     Redirect Examination (Donato)                   190

22     Recross Examination (Slusser)                   208

23     Further Redirect Examination (Donato)           215

24       Plaintiff's Exhibit No. 110 admitted          216

25

SHERRY STEPHENS, C.S.R.

MM AFFIDAVIT EXHIBIT N

**MASTER INDEX — PAGE 7**

1

2                                                          PAGE

3              VOLUME 8 OF 10, MAY 9, 2018

4                    Defendant's Witnesses

5  DAN ROGERS  (For the Defendant)

6     Direct Examination (Donato)                       13

7     Cross-Examination (Slusser)                       91

8     Redirect Examination (Donato)                    114

9        Defendant's Exhibit No. 180 admitted          117

10 SCOTT HARDING (For The Defendant)

11    Direct Examination (Donato)                      117

12       Defendant's Exhibit No. 170 admitted          131

13    Cross-Examination (Slusser)                      142

14    Redirect Examination (Donato)                    143

15              Plaintiff's Rebuttal Witness

16 CHARLES RIPPY (For The Plaintiff)

17    Direct Examination (Slusser)                     150

18    Cross-Examination (Donato)                       173

19       Defendant's Exhibit No. 66 admitted           183

20    Redirect Examination (Slusser)                   194

21    Recross Examination (Donato)                     195

22 Plaintiffs rest and close                           196

23 Defendants rest and close                           196

24

25

SHERRY STEPHENS, C.S.R.

MM AFFIDAVIT EXHIBIT N

1    **MASTER INDEX — PAGE 8**

2                                         PAGE

3           VOLUME 9 OF 10, MAY 10, 2018

4    Objections to the Charge               5

5    Charge of the Court                   16

6    Closing Argument (Slusser)         28

7    Closing Argument (Tekell)          47

8    Closing Argument (Donato)          49

9    Closing Argument (Slusser)         89

10    Closing Argument (Tekell)          96

11    Verdict                               106

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SHERRY STEPHENS, C.S.R.

MM AFFIDAVIT EXHIBIT N

ALPHABETICAL WITNESS INDEX

|  | VOLUME | PAGE |
|---|---|---|
| TED BRUNO (For the Plaintiffs) | | |
| Examination by Deposition | 5 | 19 |
| SCOTT HARDING (For the Defendants) | | |
| Direct Examination by Donato | 8 | 117 |
| Cross-Examination by Slusser | 8 | 142 |
| Redirect Examination by Donato | 8 | 143 |
| GEORGE HITE (For the Plaintiffs) | | |
| Direct Examination by Tekell | 4 | 158 |
| Cross-Examination by Sunosky | 4 | 177 |
| Redirect Examination by Tekell | 4 | 191 |
| CURTIS DALE IGNASIAK (For the Plaintiffs) | | |
| Examination by Deposition | 4 | 127 |
| GRANT PETERSON (For the Plaintiffs) | | |
| Direct Examination by Tekell | 4 | 132 |
| Cross-Examination by Donato | 4 | 144 |
| HILTON PREJEAN (For the Plaintiffs) | | |
| Examination by Deposition | 5 | 82 |
| Examination by Deposition | 6 | 23 |
| CHARLES GLEN RIPPY (For the Plaintiffs) | | |
| Direct Examination by Slusser | 3 | 8 |
| Cross-Examination by Sunosky | 3 | 8 |
| Cross-Examination by Sunosky (cont.) | 4 | 8 |
| Redirect Examination by Slusser | 4 | 83 |

SHERRY STEPHENS, C.S.R.

MM AFFIDAVIT EXHIBIT N

**ALPHABETICAL WITNESS INDEX (cont.)**

|  |  | VOLUME | PAGE |
|---|---|---|---|
| CHARLES RIPPY (cont.) | | | |
| Recross Examination By Sunosky | | 4 | 109 |
| Further Redirect Examination by Slusser | | 4 | 121 |
| Direct Examination by Slusser | | 8 | 150 |
| Cross-Examination by Donato | | 8 | 173 |
| Redirect Examination by Slusser | | 8 | 194 |
| Recross Examination by Donato | | 8 | 195 |
| CHARLES RIPPY (For the Defendants) | | | |
| Direct Examination by Donato | | 4 | 194 |
| Cross-Examination by Slusser | | 4 | 207 |
| DANIEL ROGERS (For the Plaintiffs) | | | |
| Examination by Deposition | | 4 | 131 |
| DANIEL ROGERS (For the Defendants) | | | |
| Direct Examination by Donato | | 8 | 13 |
| Cross-Examination by Slusser | | 8 | 91 |
| Redirect Examination by Donato | | 8 | 114 |
| DAVID WATSON (For the Defendants) | | | |
| Direct Examination by  Donato | | 6 | 69 |
| Direct Examination by Donato (cont.) | | 7 | 5 |
| Cross-Examination by Slusser | | 7 | 91 |
| Redirect Examination by Donato | | 7 | 190 |
| Recross Examination by Slusser | | 7 | 208 |
| Further Redirect Examination by Donato | | 7 | 215 |

SHERRY STEPHENS, C.S.R.

MM AFFIDAVIT EXHIBIT N

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SHERRY STEPHENS, C.S.R.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE | § | CIVIL ACTION NO. 6:21-CV-041919 |
| COMPANY (f/k/a CHARTIS | § | |
| SPECIALTY INSURANCE COMPANY) | § | |
| | § | JUDGE ROBERT R SUMMERHAYS |
| VS. | § | |
| | § | |
| KNIGHT OIL TOOLS, INC. | § | MAGISTRATE CAROL B WHITEHURST |

# MORRIS AFFIDAVIT EXHIBIT O

## CAUSE NO. O-10-498

| | | |
|---|---|---|
| RIPPY OIL COMPANY, RIPPY INTEREST LLC, THE GENECOV GROUP, INC., AND JOHN D. PROCTOR, | § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § | LEON COUNTY, T E X A S |
| VS. | § § | |
| KNIGHT OIL TOOLS, INC. AND PIONEER DRILLING COMPANY, | § § | 278th JUDICIAL DISTRICT |
| *Defendants.* | § | |

FILED
BEVERLY WILSON, DISTRICT CLERK
LEON COUNTY, TEXAS    5-10-18

MAY 10 2018

BY _____

## **CHARGE OF COURT**

MEMBERS OF THE JURY:

After the closing arguments, you will go to the jury room to decide the case, answer the questions that are attached, and reach a verdict. You may discuss the case with other jurors only when you are all together in the jury room.

Remember my previous instructions: Do not discuss the case with anyone else, either in person or by any other means. Do not do any independent investigation about the case or conduct any research. Do not look up any words in dictionaries or on the Internet. Do not post information about the case on the Internet. Do not share any special knowledge or experiences with the other jurors. Do not use your phone or any other electronic device during your deliberations for any reason. I will give you a number where others may contact you in case of an emergency.

Any notes you have taken are for your own personal use. You may take your notes back into the jury room and consult them during deliberations, but do not show or read your notes to your fellow jurors during your deliberations. Your notes are not evidence. Each of you should rely on your independent recollection of the evidence and not be influenced by the fact that another juror has or has not taken notes.

You must leave your notes with the bailiff when you are not deliberating. The bailiff will give your notes to me promptly after collecting them from you. I will make sure your notes are kept in a safe, secure location and not disclosed to anyone. After you complete your deliberations, the bailiff will collect your notes. When you are released from jury duty, the bailiff will promptly destroy your notes so that nobody can read what you wrote.

Here are the instructions for answering the questions.

1373

MM AFFIDAVIT EXHIBIT O

1.      Do not let bias, prejudice, or sympathy play any part in your decision.

2.      Base your answers only on the evidence admitted in court and on the law that is in these instructions and questions. Do not consider or discuss any evidence that was not admitted in the courtroom.

3.      You are to make up your own minds about the facts. You are the sole judges of the credibility of the witnesses and the weight to give their testimony. But on matters of law, you must follow all of my instructions.

4.      If my instructions use a word in a way that is different from its ordinary meaning, use the meaning I give you, which will be a proper legal definition.

5.      All the questions and answers are important. No one should say that any question or answer is not important.

6.      Answer "yes" or "no" to all questions unless you are told otherwise. A "yes" answer must be based on a preponderance of the evidence unless you are told otherwise. Whenever a question requires an answer other than "yes" or "no," your answer must be based on a preponderance of the evidence unless you are told otherwise.

The term "preponderance of the evidence" means the greater weight of credible evidence presented in this case. If you do not find that a preponderance of the evidence supports a "yes" answer, then answer "no." A preponderance of the evidence is not measured by the number of witnesses or by the number of documents admitted in evidence. For a fact to be proved by a preponderance of the evidence, you must find that the fact is more likely true than not true.

A fact may be established by direct evidence or by circumstantial evidence or both. A fact is established by direct evidence when proved by documentary evidence or by witnesses who saw the act done or heard the words spoken. A fact is established by circumstantial evidence when it may be fairly and reasonably inferred from other facts proved.

7.      Do not decide who you think should win before you answer the questions and then just answer the questions to match your decision. Answer each question carefully without considering who will win. Do not discuss or consider the effect your answers will have.

8.      Do not answer questions by drawing straws or by any method of chance.

MM AFFIDAVIT EXHIBIT O

9.      Some questions might ask you for a dollar amount. Do not agree in advance to decide on a dollar amount by adding up each juror's amount and then figuring the average.

10.      Do not trade your answers. For example, do not say, "I will answer this question your way if you answer another question my way."

11.      Unless otherwise instructed, the answers to the questions must be based on the decision of at least ten of the twelve jurors. The same ten jurors must agree on every answer. Do not agree to be bound by a vote of anything less than ten jurors, even if it would be a majority.

As I have said before, if you do not follow these instructions, you will be guilty of juror misconduct, and I might have to order a new trial and start this process over again. This would waste your time and the parties' money, and would require the taxpayers of this county to pay for another trial. If a juror breaks any of these rules, tell that person to stop and report it to me immediately.

MM AFFIDAVIT EXHIBIT O

## DEFINITIONS

"Occurrence": in the questions, below "occurrence" means the drill pipe separation that occurred on the Easterling No. 1-H well on May 11, 2010.

"Knight Oil Tools" includes its employees and, Robinson Tubular Services and its employees.

"Rippy Oil Company" includes Rippy Oil Company, and its agents, employees, or consultants, including Leo Wiggins and Larry Elkins.

"Gyrodata" means Gyrodata, and its agents and employees.

MM AFFIDAVIT EXHIBIT O

## QUESTION 1

Did Knight Oil Tools breach the implied warranty of fitness for a particular purpose, and, if so, was such breach a proximate cause of the occurrence in question?

A warranty that the goods are fit for a particular purpose is implied at the time of contracting if -

1. Knight Oil Tools had reason to know the particular purpose for which the drill pipe was required; and

2. Knight Oil Tools had reason to know that Rippy Oil Company was justifiably relying on Knight Oil Tools' skill and judgment to furnish suitable drill pipe.

There is a breach of an implied warranty of fitness for a particular purpose if at the time of lease, the drill pipe supplied by Knight Oil Tools was unfit for the particular purpose for which the drill pipe was leased.

"Proximate cause" means a cause that was a substantial factor in bringing about an occurrence, and without which cause such occurrence would not have occurred. In order to be a proximate cause, the act or omission complained of must be such that a person using ordinary care would have foreseen that the occurrence, or some similar occurrence, might reasonably result therefrom. There may be more than one proximate cause of an occurrence.

Answer "Yes" or "No."

Answer: ___Yes___

MM AFFIDAVIT EXHIBIT O

## QUESTION 2

Did Knight Oil Tools make a negligent misrepresentation with respect to the condition of the drill pipe at issue, on which Rippy Oil Company justifiably relied and was the proximate cause of the occurrence in question?

Negligent misrepresentation occurs when—

1.   a party makes a representation in the course of his business; and

2.   the representation supplies false information for the guidance of others in their business; and

3.   the party making the representation did not exercise reasonable care or competence in obtaining or communicating the information.

"Proximate cause" means a cause that was a substantial factor in bringing about an occurrence, and without which cause such occurrence would not have occurred.  In order to be a proximate cause, the act or omission complained of must be such that a person using ordinary care would have foreseen that the occurrence, or some similar occurrence, might reasonably result therefrom.   There may be more than one proximate cause of an occurrence.

A person may not justifiably rely on a representation if there is information indicating such reliance is unwarranted.

Answer "Yes" or "No."

Answer: ___Yes___

MM AFFIDAVIT EXHIBIT O

## QUESTION 3

Did the negligence, if any, of those named below proximately cause the occurrence in question?

"Negligence" means failure to use ordinary care, that is, failing to do that which a person of ordinary prudence would have done under the same or similar circumstances or doing that which a person of ordinary prudence would not have done under the same or similar circumstances.

"Ordinary care" means that degree of care that would be used by a person of ordinary prudence under the same or similar circumstances.

"Proximate cause" means a cause, unbroken by any new and independent cause, that was a substantial factor in bringing about an occurrence, and without which cause such occurrence would not have occurred. In order to be a proximate cause, the act or omission complained of must be such that a person using ordinary care would have foreseen that occurrence, or some similar occurrence, might reasonably result therefrom. There may be more than one proximate cause of an occurrence.

"New and independent cause" means the act or omission of a separate and independent agency, not reasonably foreseeable, that destroys the causal connection, if any, between the act or omission inquired about and the occurrence in question and thereby becomes the immediate cause of such occurrence.

You are instructed that the occurrence of an accident is not of itself evidence of negligence.

Answer "Yes" or "No" for each of the following:

1.   Rippy Oil Company          NO

2.   Gyrodata                         NO

If you answered "Yes" to Question 1 or 2 and "Yes" to one or more entities in Question 3, then answer the following question. Otherwise, do not answer the following question.

Assign percentages of responsibility only to those you found caused or contributed to cause the occurrence in question. The percentages you find must total 100 percent. The percentages must be expressed in whole numbers. The percentage of responsibility attributable to any one is not necessarily measured by the number of acts or omissions found. The percentage attributable to any one need not be the same percentage attributed to that one in answering another question.

## QUESTION 4

For each person you found caused or contributed to cause the occurrence, find the percentage of responsibility attributable to each:

| | | | |
|---|---|---|---|
| 1. | Knight Oil Tools | _____ | % |
| 2. | Rippy Oil Company | _____ | % |
| 3. | Gyrodata | _____ | % |
| | *Total* | _____ 100 _____ | % |

MM AFFIDAVIT EXHIBIT O

## QUESTION 5

Was the Easterling No. 1-H well capable of being reproduced by drilling another well as it existed at the time of the occurrence in question?

Answer "Yes" or "No."

Answer: ___ND___

MM AFFIDAVIT EXHIBIT O

## QUESTION 6

What would have been the reasonable and necessary costs of drilling and equipping the Easterling 2-H well in the condition the Easterling 1-H well was equipped before the occurrence in question less the salvage value?

Do not include in your answer any amount that you find Rippy Oil Company could have avoided by the exercise of reasonable care. Do not add any amount for interest on damages, if any.

Answer separately in dollars and cents for damages, if any:

    a.    The reasonable and necessary drilling and equipping costs for the Easterling No. 2-H well.

        Answer: __1.5 Million__

MM AFFIDAVIT EXHIBIT O

If you answered "Yes" to Question 1 or 2 as to Knight Oil ~~Company~~ Tools HKR, then answer the following question. Otherwise, do not answer the following question.

## QUESTION 7

What is the reasonable fair market value of the Rippy Oil Company's Easterling 1-H well immediately before the occurrence in question and immediately after the occurrence in question and proximately caused by the occurrence in question?

"Fair market value" means the price a willing seller not obligated to sell can obtain from a willing buyer not obligated to buy. Do not include interest on any amount of damages you find.

Answer each question in dollars and cents, if any.

**a. Before the occurrence in question.**

Consider only evidence of fair market value immediately prior to the time of the occurrence, not at any time after the occurrence. Do not consider evidence from wells not in the same field and formation as the Easterling No. 1-H well.

Answer: _____5.9 Million_____

**b. After the occurrence in question.**

Consider only evidence of fair market value immediate after the time of the occurrence. Do not consider evidence from wells not in the same field and formation as the Easterling No. 1-H well.

Answer: _____0_____

MM AFFIDAVIT EXHIBIT O

## QUESTION 8

Did Rippy fail to comply with the parties' Agreement by failing to pay the Invoices?

For the purpose of answering this question, "Invoices" means Knight Oil Tools Invoice Nos. 232983, 233524, 233853, 234340, and 234461.

Answer "Yes" or "No":

Answer: ___yes___

MM AFFIDAVIT EXHIBIT O

## QUESTION 9

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Knight Oil Tools for its damages, if any, that resulted from such failure to comply?

Consider this measure of damages, and none other, the total amount of the invoices.

Please answer in dollars and cents.

Answer: $ 361,356.87

MM AFFIDAVIT EXHIBIT O

**Presiding Juror:**

1.    When you go into the jury room to answer the questions, the first thing you will need to do is choose a presiding juror.

2.    The presiding juror has these duties:

    a.  have the complete charge read aloud if it will be helpful to your deliberations;

    b.  preside over your deliberations, meaning manage the discussions, and see that you follow these instructions;

    c.  give written questions or comments to the bailiff who will give them to the judge;

    d.  write down the answers you agree on;

    e.  get the signatures for the verdict certificate; and

    f.  notify the bailiff that you have reached a verdict.

Do you understand the duties of the presiding juror? If you do not, please tell me now.

**Instructions for Signing the Verdict Certificate:**

1.    You may answer the questions on a vote of 10 jurors. The same 10 jurors must agree on every answer in the charge. This means you may not have one group of 10 jurors agree on one answer and a different group of 10 jurors agree on another answer.

2.    If 10 jurors agree on every answer, those 10 jurors sign the verdict.

If 11 jurors agree on every answer, those 11 jurors sign the verdict.

If all 12 of you agree on every answer, you are unanimous and only the presiding juror signs the verdict.

3.    All jurors should deliberate on every question. You may end up with all 12 of you agreeing on some answers, while only 10 or 11 of you agree on other answers. But when you sign the verdict, only those 10 who agree on every answer will sign the verdict.

Do you understand these instructions? If you do not, please tell me now.

_____

CHARGE OF THE COURT
14

Page

MM AFFIDAVIT EXHIBIT O

Judge Presiding

MM AFFIDAVIT EXHIBIT O

## VERDICT CERTIFICATE

Check one:

_____     Our verdict is unanimous.  All twelve of us have agreed to each and every
              answer.  The presiding juror has signed the certificate for all twelve of us.

_____          _____
**Signature of Presiding Juror**                      **Printed Name of Presiding Juror**

_____     Our verdict is not unanimous.  Eleven of us have agreed to each and every
              answer and have signed the certificate below.

_JD_          Our verdict is not unanimous.  Ten of us have agreed to each and every
              answer and have signed the certificate below.

|     | Signature | Name Printed |
|-----|-----------|--------------|
| 1.  | *Jean Davis* | Jean Davis |
| 2.  | *Powell Ward* | Powell WArd |
| 3.  | *Paul Bosse* | Paul Bosse |
| 4.  | *Tomas Clark* | Tomas Clark |
| 5.  | *Margaret Gray* | MARGARET GRAY |
| 6.  | *Tony H Gonzalo* | Tony H Gonzalo |
| 7.  | *Louisa Hargrave* | Louisa Hargrave |
| 8.  | *Lawrence J Cornett* | LAWRENCE J CORNETT |
| 9.  | *George Pawley* | George Pawley |
| 10. | *Jacob Holcomb* | JACOB HolcomB |
| 11. |           |              |

FILED
BEVERLY WILSON, DISTRICT CLERK
LEON COUNTY, TEXAS    5-10-18
MAY 10 2018          5:50pm
BY _____
1388

**CHARGE OF THE COURT**
16

Page

MM AFFIDAVIT EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AIG SPECIALTY INSURANCE          §     CIVIL ACTION NO. 6:21-CV-041919
COMPANY (f/k/a CHARTIS           §
SPECIALTY INSURANCE COMPANY)     §
                                 §        JUDGE ROBERT R SUMMERHAYS
         VS.                     §
                                 §
KNIGHT OIL TOOLS, INC.           §     MAGISTRATE CAROL B WHITEHURST

# MORRIS
# AFFIDAVIT
# EXHIBIT P



**SO ORDERED.**

**SIGNED May 29, 2018.**

ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-51014 |
| KNIGHT ENERGY HOLDINGS, LLC, *ET AL.*[1] | (JOINTLY ADMINISTERED) |
| DEBTORS | CHAPTER 11 |
| | JUDGE ROBERT SUMMERHAYS |

### ORDER GRANTING DEBTORS' OBJECTION TO PROOFS OF CLAIM NUMBERS 129 (CASE NO. 17-51014) AND 14 (CASE NO. 17-51027) <u>FILED BY AIG PROPERTY CASUALTY, INC.</u>

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (9787) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (7235) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (8254) (Case No. 17-51029). The Debtors' service address is 2727 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 2725 SE Evangeline Thruway, Lafayette, Louisiana 70508.

1

MM AFFIDAVIT EXHIBIT P

Considering the *Objection to Proofs of Claim Numbers 129 (Case No. 17-51014) and 14 (Case No. 17-51027) Filed by AIG Property Casualty, Inc.* [Dkt. No. 711] ("Objection")[2] filed by Knight Energy Holdings, LLC; Knight Oil Tools, LLC; Knight Manufacturing, LLC; KDCC, LLC, f/k/a Knight Well Services, LLC; Tri-Drill, LLC; Advanced Safety & Training Management, LLC; Knight Security, LLC; Knight Information Systems, LLC; El Caballero Ranch, Inc.; Rayne Properties, LLC; Knight Aviation, LLC; Knight Research & Development, LLC; Knight Family Enterprises, LLC; HMC Leasing, LLC; and HMC Investments, LLC, as reorganized debtors, no objections or responses being filed, service being proper and sufficient, and good cause existing to grant same;

**IT IS HEREBY ORDERED** that the Objection is **SUSTAINED**;

**IT IS FURTHER ORDERED** that Proof of Claim Number 129 filed by AIG Property Casualty, Inc. against Knight Energy Holdings, LLC in Case No. 17-51014 is hereby disallowed and expunged in its entirety; and

**IT IS FURTHER ORDERED** that Proof of Claim Number 14 filed by AIG Property Casualty, Inc. against HMC Leasing, LLC in Case No. 17-51027 is hereby disallowed and expunged in its entirety.

### ###

This order was prepared and is being submitted by:

*/s/ Cherie Dessauer Nobles*
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey, (La. Bar No. 24539)
Cherie Dessauer Nobles, (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
**Counsel for Debtors**

---

2 All capitalized terms not defined herein are as defined in the Objection.

{00362348-1}

2

MM AFFIDAVIT EXHIBIT P

## Notice Recipients

District/Off: 0536−4        User: mdoucet         Date Created: 5/29/2018
Case: 17−51014             Form ID: pdf8          Total: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          DIP

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of U. S. Trustee      USTPRegion05.SH.ECF@usdoj.gov
aty         Cherie D. Nobles             cnobles@hellerdraper.com
aty         Douglas S. Draper            ddraper@hellerdraper.com
aty         Gail Bowen McCulloch         gail.mcculloch@usdoj.gov
aty         Tristan E. Manthey           tmanthey@hellerdraper.com
aty         William H. Patrick, III      wpatrick@hellerdraper.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Knight Energy Holdings, LLC     2727 SE Evangeline Thruway        Lafayette, LA 70508
db          Knight Oil Tools, LLC        2727 SE Evangeline Thruway      Lafayette, LA 70508
db          Knight Manufacturing, LLC         2810−A Melancon Road         Broussard, LA 70518
db          KDCC, LLC       2727 SE Evangeline Thruway       Lafayette, LA 70508
db          Tri−Drill, LLC      2727 SE Evangeline Thruway        Lafayette, LA 70508
db          Advanced Safety & Training Management, LLC      2725 SE Evangeline Thruway         Lafayette, LA 70508
db          Knight Security, LLC       2727 SE Evangeline Thruway        Lafayette, LA 70508
db          Knight Information Systems, LLC       2727 SE Evangeline Thruway         Lafayette, LA 70508
db          El Caballero Ranch, Inc.       2727 SE Evangeline Thruway        Lafayette, LA 70508
db          Rayne Properties, LLC       2727 SE Evangeline Thruway        Lafayette, LA 70508
db          Knight Aviation, LLC       2727 SE Evangeline Thruway        Lafayette, LA 70508
db          Knight Research & Development, LLC       2727 SE Evangeline Thruway         Lafayette, LA 70508
db          Knight Family Enterprises, LLC       2727 SE Evangeline Thruway        Lafayette, LA 70508
db          HMC Leasing, LLC       2727 SE Evangeline Thruway        Lafayette, LA 70508
db          HMC Investments, LLC       2727 SE Evangeline Thruway        Lafayette, LA 70508
            AIG Property Casualty, Inc., Attn: Kevin J. Larner       80 Pine Street, 13th Floor       New York, NY 10005

TOTAL: 16

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE | § | CIVIL ACTION NO. 6:21-CV-041919 |
| COMPANY (f/k/a CHARTIS | § | |
| SPECIALTY INSURANCE COMPANY) | § | |
| | § | JUDGE ROBERT R SUMMERHAYS |
| VS. | § | |
| | § | |
| KNIGHT OIL TOOLS, INC. | § | MAGISTRATE CAROL B WHITEHURST |

# MORRIS
# AFFIDAVIT
# EXHIBIT Q



**SO ORDERED.**

**SIGNED June 1, 2018.**

ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-51014 |
| KNIGHT ENERGY HOLDINGS, LLC, *ET AL.* [1] | (JOINTLY ADMINISTERED) |
| DEBTORS | CHAPTER 11 |
| | JUDGE ROBERT SUMMERHAYS |

### ORDER GRANTING MOTION FOR ENTRY
### OF FINAL DECREE IN CERTAIN CASES

The *Motion for Entry of Final Decree in Certain Cases* [P-729] (the "Motion") filed by

Knight Oil Tools, LLC; Knight Manufacturing, LLC; KDCC, LLC, f/k/a Knight Well Services,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (9787) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (7235) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (8254) (Case No. 17-51029). The Debtors' service address is 2727 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 2725 SE Evangeline Thruway, Lafayette, Louisiana 70508.
{00362081-1}

LLC; Tri-Drill, LLC; Advanced Safety & Training Management, LLC; Knight Security, LLC; Knight Information Systems, LLC; El Caballero Ranch, Inc.; Rayne Properties, LLC; Knight Aviation, LLC; Knight Research & Development, LLC; Knight Family Enterprises, LLC; HMC Leasing, LLC; and HMC Investments, LLC, as reorganized debtors (collectively, the "Moving Debtors"), seeking a determination that the Moving Debtors' cases have been fully administered within the meaning of section 350(a), and an order of final decree closing the cases, came for hearing before this Court on May 15, 2018 at 10:00 a.m.

Considering the Motion, and no objections being filed, the Court hereby finds as follows:

1.      Notice has been properly given herein and no other or further notice is required.

2.      On December 1, 2017, this Court entered an order [P-576] confirming the *Debtors' Joint Chapter 11 Plan of Reorganization as of November 29, 2017* [P-573] (hereinafter referred to as the "Plan")[2].   The Plan became effective on December 12, 2017 [P-589]. The Plan as to the Moving Debtors has been fully administered within the meaning of section 350(a).

**IT IS HEREBY ORDERED** a final decree is hereby entered and the following cases are hereby closed:

> Knight Oil Tools, LLC (Case No. 17-51015); Knight Manufacturing, LLC (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (Case No. 17-51017); Tri-Drill, LLC (Case No. 17-51018); Advanced Safety & Training Management, LLC (Case No. 17-51019); Knight Security, LLC (Case No. 17-51020); Knight Information Systems, LLC (Case No. 17-51021); El Caballero Ranch, Inc. (Case No. 17-51022); Rayne Properties, LLC (Case No. 17-51023); Knight Aviation, LLC (Case No. 17-51024); Knight Research & Development, LLC (Case No. 17-51025); Knight Family Enterprises, LLC (Case No. 17-51026); HMC Leasing, LLC (Case No. 17-51027); and HMC Investments, LLC (Case No. 17-51029).

**IT IS HEREBY FURTHER ORDERED** that the Clerk's Office shall enter a copy of

---

[2] Capitalized terms not defined herein are as defined in the Plan.
{00362081-1}

this order in the docket for each of the closed cases.

**IT IS HEREBY FURTHER ORDERED** that notwithstanding the closing of the Moving Debtors' cases, the Court shall retain jurisdiction over and the estate of Knight Energy Holdings, LLC, the main case (Case No. 17-51014), shall remain open to the fullest extent provided for under the Plan, including, but not limited to, the following: (a) objecting to Claims, (b)  resolution of all pending objections to Claims, (c) resolution of any matters related to Executory Contracts or Unexpired Leases; (d) ensuring distributions to holders of Allowed Claims are accomplished pursuant to the Plan and adjudicating any disputes arising from or related to such distributions; (e) resolution of any motions, applications, adversary proceedings, contested or litigated matters pending on the Effective Date, (f) entering and implementing such orders as may be necessary or appropriate to execute, implement, or consummate the provisions of (i) contracts, instruments, releases, indentures, and other agreements or documents approved by Final Order in the Chapter 11 Cases and (ii) the Plan, the Confirmation Order, and contracts, instruments, releases, indentures, and other agreements or documents created in connection with the Plan; (g) resolution of any matters affecting the Distribution of funds under the Plan, (h) enforcing any order for the sale of property; (i) granting any consensual request to extend the deadline to assume or reject Unexpired Leases; (j) issuing injunctions, entering and implementing other orders, or taking such other actions as may be necessary or appropriate to restrain interference by any entity with Consummation or enforcement of the Plan; (k) hearing any cases, matters, controversies, suits, disputes, Causes of Action in connection with the Plan; (l) entering and implementing such orders as are necessary or appropriate if the Confirmation Order is for any reason modified, stayed, reversed, revoked or vacated; (m) considering any modifications to the Plan, to cure any defect or omission or to reconcile any inconsistency in the

{00362081-1}

Bankruptcy Court order, including the Confirmation Order; (n) hearing and determining matters concerning state, local and federal taxes in accordance with section 346, 505, and 1146 of the Bankruptcy Code; (o) entering an order or final decree in the KEH main case; (p) enforcing all orders previously entered by the Bankruptcy Court; and (q) hearing any matter not inconsistent with the Bankruptcy Code or applicable law.

# # #

This Order was prepared and is being submitted by:

William H. Patrick, III (LA #10359)
Tristan Manthey (LA #24539)
Cherie D. Nobles (LA #30476)
**Heller, Draper, Patrick, Horn & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504.299.3300
Facsimile:  504.299.3399
Email: wpatrick@hellerdraper.com
Email: tmanthey@hellerdraper.com
Email: cnobles@hellerdraper.com
**COUNSEL FOR MOVING DEBTORS**

{00362081-1}

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE | § | CIVIL ACTION NO. 6:21-CV-041919 |
| COMPANY (f/k/a CHARTIS | § | |
| SPECIALTY INSURANCE COMPANY) | § | |
| | § | JUDGE ROBERT R SUMMERHAYS |
| VS. | § | |
| | § | |
| KNIGHT OIL TOOLS, INC. | § | MAGISTRATE CAROL B WHITEHURST |

# MORRIS
# AFFIDAVIT
# EXHIBIT R

FILED
BEVERLY WILSON, DISTRICT CLERK
LEON COUNTY, TEXAS
06-04-18
JUN 04 2018
BY H Ballard

CAUSE NO. O-10-498

| | | |
|---|---|---|
| RIPPY OIL COMPANY, RIPPY INTEREST LLC, THE GENECOV GROUP, INC., AND JOHN D. PROCTOR, | § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs*, | § § | |
| VS. | § § | LEON COUNTY, TEXAS |
| KNIGHT OIL TOOLS, INC. AND PIONEER DRILLING COMPANY, | § § § | |
| *Defendants*. | § | 278TH JUDICIAL DISTRICT |

**FINAL JUDGMENT**

BE IT REMEMBERED that on the 1st day of May 2018, came on to be heard the above-entitled and numbered cause for trial, with due and proper notice to all parties, and came Plaintiff Rippy Oil Company ("Plaintiff"), by and through its attorneys of record, and announced ready for trial, and came Defendants Knight Oil Tool, Inc. and Pioneer Drilling Co., by and through their attorneys of record, and announced ready for trial.

A jury of twelve (12) good and lawful citizens of Leon County was duly qualified, selected, impaneled, and sworn. The case proceeded to trial and the parties presented their evidence.

At the conclusion of the evidence, the Court submitted the questions of fact to the jury. The jury returned and announced its verdict in open Court in the presence of the parties and their counsel. The verdict was by ten jurors who together concurred in and agreed to the answers to all required questions and who signed their names to the verdict. There being no objection, the Court thereafter accepted the verdict and ordered same duly filed. The charge of the Court and the verdict of the jury are incorporated herein for all purposes by reference.

MM AFFIDAVIT EXHIBIT R

Based on the pleadings, the evidence, the jury verdict, and the stipulations of the parties, the Court finds that Plaintiff is entitled to recover from Defendant Knight Oil Tools, Inc. as follows.

It is ORDERED, ADJUDGED and DECREED that Plaintiff Rippy Oil Company have and recover $5,900,000.00 in past damages from Defendant Knight Oil Tools, Inc., less the amount of Defendant Knight Oil Tools' counterclaim of $361,356.87, for a net recovery of $5,538,643.13. Additionally, the Court awards prejudgment interest on these past damages in the amount of $2,056,885.14 through June 1, 2017 and an additional $758.72 per day until the day before this final judgment is signed.

IT IS FURTHER ORDERED that this judgment will bear interest at the rate of 5.00%, compounded annually, from the date of this judgment until paid.

All costs of court spent or incurred in this cause are adjudged against Defendant.

All writs and processes for the enforcement and collection of this judgment or court costs may issue as necessary. All relief requested in this case and not expressly granted is denied. This judgment finally disposes of all parties and claims and is appealable.

SIGNED this ___4___ day of June 2018.


_____
THE HONORABLE HAL R. RIDLEY
JUDGE PRESIDING

2

MM AFFIDAVIT EXHIBIT R

**APPROVED AS TO SUBSTANCE AND FORM:**

LAW OFFICE OF KENNETH TEKELL, SR. PLLC

By: _____
Kenneth Tekell
State Bar No.
ktekell@balagiatekell.com
1221 McKinney, Suite 3200
Houston, TX  77010
(713) 654-5191

HERRICK & ASSOCIATES, P.C.

By: _____
David P. Herrick
State Bar No. 00785957
dherrick@herrickassociates.com
18111 Preston Road, Suite 480
Dallas, TX  75252
(214) 303-1258
(214) 303-1257 (Fax)

THE KRIST LAW FIRM, P.C.

By: _____
Ronald D. Krist
State Bar No. 11727000
psteele@kristlaw.com
The Krist Building
17100 El Camino Real
Houston, TX  77058
(281) 283-8500
(281) 488-3489 (Fax)

DAVID HAMMIT LLC

By: _____
David Hammit
State Bar No. 08857660
david@hammitlaw.com
109 South Madison Street
Madisonville, TX  77864
(936) 349-1600
(936) 349-0505 (Fax)

BECK REDDEN LLP

By: _____
David M. Gunn
State Bar No. 08621600
dgunn@beckredden.com
John S. Adcock
State Bar No. 00790206
jadcock@beckredden.com
1221 McKinney, Suite 4500
Houston, TX  77010
(713) 951-3700
(713) 951-3720 (Fax)

3

1442                                    MM AFFIDAVIT EXHIBIT R

**ATTORNEYS FOR PLAINTIFFS**

**APPROVED AS TO FORM ONLY:**

DONATO, MINX, BROWN & POOL, P.C.


By: _____
      Randy Donato
      State Bar No. 05973300
      rdonato@donatominxbrown.com
      James T. Sunosky
      State Bar No. 24033372
      jsunosky@donatominxbrown.com
      3200 Southwest Freeway, Suite 2300
      Houston, TX  77027
      (713) 877-1112
      (713) 877-1138 (Fax)


WRIGHT CLOSE & BARGER, LLP


By: _____
      Jessica Z. Barger
      State Bar No. 24032706
      barger@wrightclosebarger.com
      One Riverway, Suite 2200
      Houston, TX  77056
      (713) 572-4321
      (713) 572-4320 (Fax)

**ATTORNEYS FOR DEFENDANTS**

4

MM AFFIDAVIT EXHIBIT R