IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY) | § § § § § § § | CIVIL ACTION NO. 6:21-CV-041919 |
| VS. | | JUDGE ROBERT R SUMMERHAYS |
| KNIGHT OIL TOOLS, INC. | | MAGISTRATE CAROL B WHITEHURST |

# MORRIS AFFIDAVIT EXHIBIT AA



# Solutions We Provide

| Rental Services | Tubular Running Services | Remedial Solutions | Repair & Manufacturing | Inspection & Hardbanding |
|---|---|---|---|---|
|  |  |  |  |  |

## With Knight Energy Services, there are no roadblocks. *Only solutions.*



For more than 50 years, Knight Energy Services has specialized in serving the oil and gas industry by providing the highest quality oilfield equipment, consultation, and solutions to our clients throughout their project.

People are the difference when providing solutions. Their *experience*, their *expertise*, their *ingenuity*, and their *communication*. Those characteristics allow some people to find solutions where others only see roadblocks.

Knight Energy Services is committed to finding your solution.

# Committed to Quality

The Knight Energy Services pledge: We promise to ensure excellence through safety
and quality; integrity through trust and values; and leadership through accountability.



# RENTAL AND SERVICE COMPANY

Knight Energy Services is one of the largest independent rental tool companies serving the oil and gas industry in North America.




Knight Energy Services is dedicated to providing the highest-quality, zero-failure equipment and solutions to the oil and gas industry. We combine that dedication with on time delivery and superior service to assure our customers' needs are met on every job. Our quality programs and continuous training, make our employees' the best in the industry.

Through the 2019 merger of two long-time industry leaders, Knight Oil Tools and IronGate Energy Services, our robust portfolio of companies and service lines allows us to provide quick, educated, and reliable solutions to the oil & gas industry.

We are committed to our core principles.

Our vision statement reads: "We promise to ensure excellence through safety and quality; integrity through trust and values; and leadership through accountability, innovation and technology for our employees, customers, products and services."

Over our Company's 50+ years of industry experience and product knowledge, we developed our unique Quality Management System (QMS). The QMS ensures every tool is inspected and tested to the highest industry standards and conform to all specifications and requirements set forth by API, DS-1, our customers, and our own Knight Energy Services Quality Specifications.

Knight Energy Services is a sponsor, reviewer, and contributor to TH Hill Standard DS-1.

Want to know more?

©2022 Knight Energy Services. All Rights Reserved.

  

and quality, integrity through trust and values, and leadership through accountability, innovation, and technology for employees, customers, products, and services.

More About Quality

More About Safety

Ready to partner with Knight Energy Services?
Give us a call, 1-832-678-8585.

©2022 Knight Energy Services. All Rights Reserved

  



# LOCATIONS



## Corporate Headquarters

Houston, TX
6003 Cunningham Road; Houston, Texas 77041
(832) 678-8585

## Rental Services

Alice, TX
1270 Airport Rd; 78332
(361) 668-8065

Bolivar, OH
11029 Industrial Pkwy; 44612
(234) 222-5302

Broussard, LA
2810 Melancon Rd; 70518
(337) 233-6666

Farmington, NM
5970 Hwy 64; 87401
(505) 632-6666

Houston, TX
6003 Cunningham Rd; 77041
(713) 466-6660

Odessa, TX
3700 North FM 1936; 79764
(432) 530-1010

Oklahoma City, OK
6830 S. Sunnylane Rd; 73135
(405) 670-6660

Rock Springs, WY

Vernal, UT

Williston, ND

## Downhole Stroking Tools

Broussard, LA
1001 Petroleum Pkwy; 70518
(337) 376-6085

Midland, TX
9015 W County Rd 127; 79706
(432) 563-4949

## Remedial Solutions

Farmington, NM
5970 Hwy 64; 87401
(505) 632-6666

Odessa, TX
8100 Sprague Rd; 79764
(432) 366-2666

Youngsville, LA
251 Rousseau Rd; 70592
(337) 233-3666

## Repair & Manufacturing Services

Alice, TX
2401 Energy Ave; 78332
(361) 664-5868

Broussard, LA
2810-A Melancon Rd; 70518
(337) 369-6616

Odessa, TX
3816 North FM 1936; 79764
(432) 381-6666

Rayne, LA
700 E Texas Ave; 70578
(337) 334-6969

Williston, ND
14207 Hwy 2; 58801
(701) 572-7143

## Inspection & Hardbanding Services

Broussard, LA
1001 Briar Patch Rd; 70518
(337) 365-2025

Williston, ND
14207 Hwy 2; 58801
(701) 572-6669

## Tubular Running Services

Elk City, OK
1118 North 1967 Rd; 73644
(580) 303-9046

Victoria, TX
6101 U.S. Hwy 59 North; 77905
(361) 289-0606

Youngsville, LA
251 Rousseau Rd; 70592
(337) 232-2996

Ready to partner with Knight Energy Services?
Give us a call, 1-832-678-8585, or contact us today.

©2022 Knight Energy Services. All Rights Reserved.



IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY) | § § § § § § § | CIVIL ACTION NO. 6:21-CV-041919 |
| VS. | | JUDGE ROBERT R SUMMERHAYS |
| KNIGHT OIL TOOLS, INC. | | MAGISTRATE CAROL B WHITEHURST |

# MORRIS AFFIDAVIT EXHIBIT AB

State of Louisiana
Secretary of State



**COMMERCIAL DIVISION**
225.925.4704

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| KNIGHT ENERGY HOLDINGS, LLC | Limited Liability Company | LAFAYETTE | Inactive |

**Previous Names**

KNIGHT OIL TOOLS, LLC (Changed: 3/31/2011)
KNIGHT OIL TOOLS, INC. (Changed: 3/28/2011)
LIMITED MANAGEMENT COMPANY, INC. (Changed: 9/9/1985)

**Business:** KNIGHT ENERGY HOLDINGS, LLC
**Charter Number:** 34122602K
**Registration Date:** 9/2/1983

**Domicile Address**
2727 SE EVANGELINE THRUWAY
LAFAYETTE, LA 70508

**Mailing Address**
C/O LEE BARTLETT
PO BOX 52688
LAFAYETTE, LA 70505

## Status

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Voluntary Action** |
| **File Date:** | 9/2/1983 |
| **Last Report Filed:** | 8/10/2017 |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| Agent: | JEFFERY ELMORE |
|---|---|
| Address 1: | 2727 SE EVANGELINE THRUWAY |
| City, State, Zip: | LAFAYETTE, LA 70508 |
| Appointment Date: | 9/7/2016 |

## Officer(s)

**Additional Officers: No**

| Officer: | BRYAN R. KNIGHT |
|---|---|
| Title: | Manager |
| Address 1: | 2727 SE EVANGELINE THRUWAY |
| City, State, Zip: | LAFAYETTE, LA 70508 |

| Officer: | KELLY KNIGHT SOBIESK |
|---|---|

| | |
|---|---|
| Title: | Manager |
| Address 1: | 2727 SE EVANGELINE THRUWAY |
| City, State, Zip: | LAFAYETTE, LA 70508 |

| | |
|---|---|
| Officer: | MARK COMEAUX |
| Title: | Manager |
| Address 1: | 2727 SE EVANGELINE THRUWAY |
| Address 2: | KEY |
| City, State, Zip: | LAFAYETTE, LA 70508 |

## Mergers (5)

| Filed Date | Effective Date: | Type | Charter# | Chater Name | Role |
|---|---|---|---|---|---|
| 12/29/1994 | 12/29/1994 | MERGE | 34122602K | KNIGHT ENERGY HOLDINGS, LLC | SURVIVOR |
| 12/29/1994 | 12/29/1994 | MERGE | 34122602K | KNIGHT ENERGY HOLDINGS, LLC | SURVIVOR |
| 12/29/1994 | 12/29/1994 | MERGE | 34122602K | KNIGHT ENERGY HOLDINGS, LLC | SURVIVOR |
| | | | 32207830D | K-BAM, INC. | NON-SURVIVOR |
| 12/29/1994 | 12/29/1994 | MERGE | 34122602K | KNIGHT ENERGY HOLDINGS, LLC | SURVIVOR |
| | | | 29719760D | KNIGHT SPECIALTIES, INC. | NON-SURVIVOR |
| 3/31/2011 | 3/31/2011 | MERGE | 34122602K | KNIGHT ENERGY HOLDINGS, LLC | SURVIVOR |
| | | | 35081446K | KNIGHT COMPANIES, LLC | NON-SURVIVOR |

## Amendments on File (15)

| Description | Date |
|---|---|
| Name Change | 9/9/1985 |
| Merger | 12/29/1994 |
| Merger | 12/29/1994 |
| Merger | 12/29/1994 |
| Merger | 12/29/1994 |
| Amendment | 12/29/1994 |
| Restated Articles | 12/27/2000 |
| Domicile, Agent Change or Resign of Agent | 8/22/2007 |
| Appointing, Change, or Resign of Officer | 3/24/2011 |
| Conversion | 3/28/2011 |
| Name Change | 3/28/2011 |
| Name Change | 3/31/2011 |
| Merger | 3/31/2011 |
| Change of Jurisdiction (Step 1 of 2) | 12/12/2017 |
| Change State of Incorporation | 12/12/2017 |

Print

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY) | § § § § § § § | CIVIL ACTION NO. 6:21-CV-041919 |
| VS. | | JUDGE ROBERT R SUMMERHAYS |
| KNIGHT OIL TOOLS, INC. | | MAGISTRATE CAROL B WHITEHURST |

# MORRIS AFFIDAVIT EXHIBIT AC

State of Louisiana Secretary of State



**COMMERCIAL DIVISION**
225.925.4704

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| KNIGHT OIL TOOLS, LLC | Limited Liability Company (Non-Louisiana) | WILMINGTON | Active |

**Previous Names**

**Business:** KNIGHT OIL TOOLS, LLC
**Charter Number:** 42887940Q
**Registration Date:** 12/18/2017

**Domicile Address**
    251 LITTLE FALLS DRIVE
    WILMINGTON, DE 19808

**Mailing Address**
    19500 STATE HIGHWAY 249 SUITE 600
    HOUSTON, TX 77070

**Principal Business Office**
    6003 CUNNINGHAM RD
    HOUSTON, TX 77041

**Registered Office in Louisiana**
    501 LOUISIANA AVENUE
    BATON ROUGE, LA 70802

**Principal Business Establishment in Louisiana**
    501 LOUISIANA AVENUE
    BATON ROUGE, LA 70802

## Status

**Status:** Active
**Annual Report Status:** In Good Standing
**Qualified:** 12/18/2017
**Last Report Filed:** 12/1/2021
**Type:** Limited Liability Company (Non-Louisiana)

## Registered Agent(s)

| Agent: | CORPORATION SERVICE COMPANY |
|---|---|
| Address 1: | 501 LOUISIANA AVENUE |
| City, State, Zip: | BATON ROUGE, LA 70802 |
| Appointment Date: | 12/18/2017 |

## Officer(s)

Additional Officers: No

| | |
|---|---|
| Officer: | HMC LEASING, LLC |
| Title: | Manager |
| Address 1: | 19500 STATE HIGHWAY 249 SUITE 600 |
| City, State, Zip: | HOUSTON, TX 77070 |

## Mergers (1)

| Filed Date | Effective Date: | Type | Charter# | Chater Name | Role |
|---|---|---|---|---|---|
| 5/31/2018 | 6/1/2018 | MERGE | 42887940Q | KNIGHT OIL TOOLS, LLC | SURVIVOR |
| | | | 42887920Q | KNIGHT MANUFACTURING, LLC | NON-SURVIVOR |
| | | | 42887978Q | TRI-DRILL, LLC | NON-SURVIVOR |
| | | | 42887986Q | ADVANCED SAFETY AND TRAINING MANAGEMENT, LLC | NON-SURVIVOR |

## Amendments on File (1)

| Description | Date |
|---|---|
| Merger | 5/31/2018 |

Print