UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **AIG SPECIALTY INSURANCE COMPANY (F/K/A CHARTIS SPECIALTY INSURANCE COMPANY)**<br>    Plaintiff | * * * * * * | **CIVIL ACTION NO. 6:21-cv-04191** |
| | * | **JUDGE ROBERT R. SUMMERHAYS** |
| **VERSUS** | * * | |
| | * | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |
| **KNIGHT OIL TOOLS, INC.**<br>    Defendant | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING the Motion and Incorporated Memorandum in Support of Defendant's Motion To Dismiss Or, in the Alternative, to Stay Proceedings filed by Knight Energy Services, LLC ("Knight"), incorrectly identified as Knight Oil Tools, Inc.

IT IS HEREBY ORDERED that the Motion and Incorporated Memorandum in Support of Defendant's Motion To Dismiss Or, in the Alternative, to Stay Proceedings filed by Knight Energy Services, LLC ("Knight") be and is hereby GRANTED.

IT IS FURTHER ORDERED that this matter be and is hereby DISMISSED.

Lafayette, Louisiana, this \_\_\_\_ day of _____, 2022.

_____
DISTRICT COURT JUDGE
