UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY) | § § § § § | CIVIL ACTION NO. 6:21-CV-04191-RRS CBW |
| | § | JUDGE ROBERT R SUMMERHAYS |
| VS. | § § | MAGISTRATE CAROL B WHITEHURST |
| KNIGHT OIL TOOLS, INC. | § § | (ORAL ARGUMENT REQUESTED) |

## ORDER

CONSIDERING THE FOREGOING, "Unopposed Motion for Extension of Time" filed by intervenor Rippy Oil Company:

IT IS HEREBY ORDERED that the motion is GRANTED and that Rippy Oil Company is hereby granted an extension of time until May 19, 2022, to file its Motion for Leave and combined Reply to AIG's Memorandum in Opposition [R. Doc. 63], and ACE's Response [R. Doc. 64].

SIGNED this __17th__ day of _May_____, 2022.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE