**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (F/K/A CHARTIS SPECIALTY INSURANCE COMPANY), | * * * * | CIVIL ACTION NO. 6:21-cv-04191 |
| PLAINTIFF, | * * | JUDGE ROBERT R. SUMMERHAYS |
| VERSUS | * * | |
| KNIGHT OIL TOOLS, INC., | * * | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| DEFENDANT. | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Unopposed Motion For Extension Of Time To File a Reply to Doc. 63 filed by Defendant, Knight Oil Tools, Inc. ("Defendant"), and finding good cause exists therefor:

**IT IS ORDERED** that the motion is <u>granted</u> and the due date for Defendant to file a reply to Plaintiff's opposition is May 20, 2022.

Signed May 17, 2022, in Lafayette, Louisiana

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE