UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY) | § § § § § | CIVIL ACTION NO. 6:21-CV-04191-RRS CBW<br><br>JUDGE ROBERT R SUMMERHAYS |
| VS. | § § | MAGISTRATE CAROL B WHITEHURST |
| KNIGHT OIL TOOLS, INC. | § § | (ORAL ARGUMENT REQUESTED) |

## ORDER

CONSIDERING THE FOREGOING, "Unopposed Motion for Leave to File a Combined Reply Memorandum in Excess of Page Limit" filed by intervenor Rippy Oil Company:

IT IS HEREBY ORDERED that the motion is GRANTED and that Rippy Oil Company is hereby granted leave to file a combined Reply Memorandum in Opposition [R. Doc. 63], and ACE's Response [R. Doc. 64], in excess of 10 pages.

SIGNED this   23rd   day of   May  , 2022.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE