UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY)**<br>    Plaintiff<br><br>**VERSUS**<br><br>**KNIGHT OIL TOOLS, INC. AND RIPPY OIL COMPANY**<br>    Defendant<br><br>**RIPPY OIL COMPANY**<br>    Intervenor | * **CIVIL ACTION NO. 21-cv-04191**<br>*<br>*<br>* **JUDGE ROBERT R. SUMMERHAYS**<br>*<br>* **MAGISTRATE CAROL B.**<br>* **WHITEHURST**<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL ADDITIONAL COUNSEL

Plaintiff, AIG Specialty Insurance Company, through undersigned counsel, respectfully moves this Court for an Order enrolling Brandi N. Cormier (#39146) of the law firm Gieger, Laborde & Laperouse, LLC, as additional counsel of record for Plaintiff in addition to Robert I. Siegel (#12063) and Alistair M. Ward (#24693) of the law firm Gieger, Laborde & Laperouse, LLC.

**WHEREFORE**, Plaintiff, AIG Specialty Insurance Company, prays for an Order enrolling Brandi N. Cormier (#39146) as additional counsel of record for Plaintiff in the above-captioned matter.

Respectfully Submitted,

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL (#10263)
ALISTAIR M. WARD (#24693)
**GIEGER, LABORDE & LAPEROUSE, LLC**
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone:  (504) 561-0400
Facsimile:   (504) 561-1011
E-mail: rsiegel@glllaw.com
E-mail: award@glllaw.com
*Attorneys for AIG Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding.

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL (#10263)