UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY)** <br> Plaintiff <br><br> **VERSUS** <br><br> **KNIGHT OIL TOOLS, INC. AND RIPPY OIL COMPANY** <br> Defendant <br><br> **RIPPY OIL COMPANY** <br> Intervenor | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **CIVIL ACTION NO. 21-cv-04191** <br><br><br> **JUDGE ROBERT R. SUMMERHAYS** <br><br> **MAGISTRATE CAROL B. WHITEHURST** |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING** the Ex Parte Motion to Enroll Additional Counsel filed by Plaintiff, AIG Specialty Insurance Company;

**IT IS ORDERED** that the Ex Parte Motion to Enroll Counsel is **GRANTED**, hereby adding Brandi N. Cormier (#39146) of the law firm of Gieger, Laborde & Laperouse, L.L.C. as additional counsel of record for AIG Specialty Insurance Company, in addition to Robert I. Siegel (#12063) and Alistair M. Ward (#24936) of the law firm Gieger, Laborde & Laperouse, LLC.

Shreveport, Louisiana this _____ day of _____, 2022.

_____
**UNITED STATES DISTRICT JUDGE**