UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY (f/k/a CHARTIS SPECIALTY INSURANCE COMPANY)<br>  Plaintiff | * * * * * | CIVIL ACTION NO. 21-cv-04191<br><br>JUDGE ROBERT R. SUMMERHAYS |
| VERSUS | * * * | MAGISTRATE CAROL B. WHITEHURST |
| KNIGHT OIL TOOLS, INC. AND RIPPY OIL COMPANY<br>  Defendant | * * * * | |
| RIPPY OIL COMPANY<br>  Intervenor | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** the Ex Parte Motion to Enroll Additional Counsel filed by Plaintiff, AIG Specialty Insurance Company;

**IT IS ORDERED** that the Ex Parte Motion to Enroll Counsel is **GRANTED**, hereby adding Brandi N. Cormier (#39146) of the law firm of Gieger, Laborde & Laperouse, L.L.C. as additional counsel of record for AIG Specialty Insurance Company, in addition to Robert I. Siegel (#12063) and Alistair M. Ward (#24936) of the law firm Gieger, Laborde & Laperouse, LLC.

Lafayette, Louisiana this 31st day of May, 2022.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE