UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| A I G SPECIALTY INSURANCE CO | CASE NO. 6:21-CV-04191 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| KNIGHT OIL TOOLS INC | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Rippy Oil Company's Motion for Abstention (Rec. Doc. 36) and Knight Energy Services, LLC's Motion to Dismiss (Rec. Doc. 42) are GRANTED. This case is hereby DISMISSED.

Signed at Lafayette, Louisiana, this 23rd day of January, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE